**PACYGA**
TRIAL LAWYERS

612-339-5844  |  860 Blue Gentian Rd, Suite 175  |  St. Paul, MN 55121  |  MNTrialLaw.com

June 10, 2026

**VIA ECF ONLY**
Clerk of Court
United States District Court, District of Minnesota
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

**Re:** State v. Gregory Donnell Morgan Jr., Case No. 0:26-cr-00112-NEB: Proof of Service of Notice of Removal

Dear Clerk of Court:

I represent Gregory Donnell Morgan Jr. in the above-referenced matter. I write to update the Court on service and contacts.

On June 9, 2026, a copy of the Notice of Removal of State Criminal Prosecution and all Exhibits thereto (Exhibits A through H) were filed with this Court as Doc. 1 in the above-referenced federal case.

Please be further advised of the following service and filing:

> **Service on Adverse Party:** On June 9, 2026, a copy of the Notice of Removal and all Exhibits thereto was personally served on Senior Assistant Hennepin County Attorney Morgan D. Kunz, 300 S. 6th Street, Minneapolis, MN 55487, adverse party in this matter. His email address is: Morgan.Kunz@Hennepin.us

> **Filing with State Court:** On June 9, 2026, a copy of the Notice of Removal and all Exhibits thereto were e-filed with the Clerk of the Hennepin County District Court, Fourth Judicial District, Court File No. 27-CR-26-9656. Mr. Kunz and the Honorable Paul Scoggin, who presides over the State court matter, were copied on that filing.

Should the Court need any proof of service or proof of filing the Notice of Removal with the Hennepin County District Court, please advise and we will furnish those documents.

Should you have any questions, please do not hesitate to contact my office at (612) 339-5844. I will copy Mr. Kunz on this letter.

Sincerely,

**Ryan Pacyga**
Pacyga Trial Lawyers