**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# FINAL REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **COURT MINUTES - CRIMINAL** |

UNITED STATES OF AMERICA,                          )          **COURT MINUTES - CRIMINAL**
                                                   )          BEFORE: Nancy E. Brasel
                    Plaintiff,                     )                     U.S. District Judge
          v.                                       )
                                                   )
DAYTON CHARLES SAUKE,                              )   Case No:              21-cr-36 (1) (NEB/DTS)
                                                   )   Date:                 July 13, 2026
                                                   )   Courthouse:           Minneapolis
                                                   )   Courtroom:            13E
                    Defendant.                     )   Court Reporter:       Renee Rogge
                                                   )   Time Commenced:       2:15 p.m.
                                                   )   Time Concluded:       2:30 p.m.
                                                   )   Time in Court:        15 minutes

**APPEARANCES:**

  Plaintiff:    Katharine Buzicky, Assistant U.S. Attorney
  Defendant:    Daniel Huddleston, Assistant Federal Defender

**PROCEEDINGS:**

☒ Revocation of Supervised Release – Final Hearing
☒ Defendant admits to the alleged violations.
☒ Defendant is remanded to the custody of the USM.

<u>ORDERED:</u>

☒    The Defendant is found in violation of his supervised release condition. Defendant's supervised release is revoked. The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months and no supervised release to follow.

Date: July 13, 2026                                          s/Kristine Wegner
                                                             Courtroom Deputy to Judge Nancy E. Brasel