# EXHIBIT B

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

SCHNEIDER = Trooper Scott Schneider
MORGAN = Gregory Morgan
M.V.-C.
D.M.

### Statements of Gregory Morgan & M.V.-C.

**UNKNOWN:**     ...Um-

**SCHNEIDER:**     Cool if I talk to Greg first?

**UNKNOWN:**     Yeah, sure. You guys uh, do what you gotta do.

**SCHNEIDER:**     Cool.

**UNKNOWN:**     Um, do you need me for anything?

**SCHNEIDER:**     I guess I don't know how-

**UNKNOWN:**     Okay.

**SCHNEIDER:**     (Inaudible) or you talking uh (Inaudible)

**UNKNOWN:**     (Inaudible) whatever you guys-

**SCHNEIDER:**     Yeah, no, alright, cool-

**UNKNOWN:**     (Inaudible)

**SCHNEIDER:**     (Inaudible) chat with the other one. Yeah.

**UNKNOWN:**     Alright. Then you got my number?

**UNKNOWN:**     Uh (Inaudible)

**UNKNOWN:**     (Inaudible)

**SCHNEIDER:**     You guys feel more comfortable if somebody was (Inaudible) we talk?

**UNKNOWN:**     That, that would be totally up to them.

**UNKNOWN:**     (Inaudible) feel comfortable with.

**SCHNEIDER:**     No that's cool, whatever (Inaudible) I just can't have both of 'em at the same time.

1

**UNKNOWN:** Yeah, you want us to sit in there?

**UNKNOWN:** You got, it's up to you guys. You go in there (Inaudible)

**UNKNOWN:** What's up Lee?

**SCHNEIDER:** Looks like not enough chairs, that's all. Alright so I gotta get introduced to you, so it's D.M.

**D.M.** Yes.

**SCHNEIDER:** And who, how does this guy (Inaudible)

**D.M.** So I'm the assistant field office director for, I'm on detail here. So I'm actually out of California.

**SCHNEIDER:** Okay.

**D.M.** And so right now I'm supervising a group that (Inaudible)

**SCHNEIDER:** Gotcha. Okay.

**D.M.** So-

**SCHNEIDER:** Okay. And I missed your name sir.

**MORGAN:** I'm Greg.

**SCHNEIDER:** Greg?

**MORGAN:** Yes, sir.

**SCHNEIDER:** Okay. So obviously we all know, you know what, what happened, why I'm here. My name's Scott. Uh, I work for the state patrol. So where, where are you from?

**MORGAN:** Uh, Washington DC.

**SCHNEIDER:** Washington DC.

**MORGAN:** (Inaudible)

**SCHNEIDER:** So I don't-, how long you've been here?

**MORGAN:** Uh, we've been here for a week now.

**SCHNEIDER:** Okay.

2

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**MORGAN:** Yeah.

**SCHNEIDER:** So the way, right, every state's different. The way we work in Minnesota is I'm part of the state patrol.

**MORGAN:** Yes, sir.

**SCHNEIDER:** Right? So the highways, the freeways, right? Traffic cops.

**MORGAN:** Yes sir.

**SCHNEIDER:** Right? So I understand this incident happened on the freeway, that's why the complaint came into us.

**MORGAN:** Yes sir.

**SCHNEIDER:** So that's why I'm here. Uh, that's kind of the (Inaudible) so now that we know why, why we're all here, what can, what happened yesterday?

**MORGAN:** Yes, sir. So, um, the first incident we were doing surveillance, um, doing surveillance. Um, we have a lot, I guess it's a lot of agitatives in the areas that we working. Um, they follow us. They, it, you don't know what's gonna happen. So, um, I had my vest over here on the side, but I'm, I'm geared up. I have everything.

**SCHNEIDER:** Yep.

**MORGAN:** Uh, (Inaudible) he was like all the way, uh, across the highway somewhere in another area. I'm not familiar with the areas. Um, but-

**SCHNEIDER:** In a different vehicle?

**MORGAN:** In a different vehicle, yes.

**SCHNEIDER:** Got it.

**MORGAN:** It was like 20 minutes away.

**SCHNEIDER:** Oh.

**MORGAN:** Um, so he said people like knock on this window. He needed help basically. Um, so I get on the radio, TL, I'mma be there. You know, it's one of my guy. I don't want nothing to happen so um so I, we tried to get on the, so as we come on the highway, this guy, uh, in a car, he's just like, immediately as soon as I get on, he's like swerving side to side. And I'm trying to like get around the guy and it seems like he's trying to like bump the car and as I'm trying to keep going around him, but then I'm

like, it's all this stuff going on. I'm, I'm like, I fear for me, the people on the road, um, even my guy that I'm with, and I'm also have to go to a guy and I feel something can happen to them as well. So I'm just trying to be safe as I can, but we don't have no lights or sirens. So as this guy is like trying to bump me off the road, I'm like, hey, you know, I rolled down like police, like, you know, I showed a weapon hey police like, you know get back, you know, I'm just trying to get to where I need to go.

**SCHNEIDER:**    Right.

**MORGAN:**    Um, this (Inaudible) is irate (Inaudible) cursing, going crazy. And so I said, police, I'm trying to (Inaudible) hey, police, get back, you know. And eventually I just put my weapon back in there because he, he, he, um, like kind after he been irate, he kind of like pushed back and I was like, police, you know, let him know like, hey, I'm trying to yell through the window.

**SCHNEIDER:**    Yep.

**MORGAN:**    And let him know but this guy has the window up. I'm like, you know, trying to let him know. Um, and I put it, my weapon back in and (Inaudible) trying to get back around. No, as I'm, it's like, I, I got around right here. Yeah. And then it's like he trying to swerve over and that's when we kept trying to come like, hey, police. That's what I was saying, police, and then I put my weapon and uh he backed up and then I just took off to get to my guy, TL. So that was the situation. That was pretty much the situation in a nutshell. Um, I felt, I was fearful, you know, just our safety. You know, we, we, we out here, we just trying to do our job, you know, and all I was trying to do was get to my partner. You know what I'm saying?

**SCHNEIDER:**    Right.

**MORGAN:**    And you got some guys' just, just trying to be agitated and trying to knock us off the road and, you know.

**SCHNEIDER:**    Right.

**MORGAN:**    It's a lot.

**SCHNEIDER:**    So I, were you driver or passenger?

**MORGAN:**    I was driver.

**SCHNEIDER:**    You were driver?

**MORGAN:**    Yes, sir.

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**SCHNEIDER:** Okay. And then your other guy, what's his name?

**MORGAN:** Um M.V.-C.

**SCHNEIDER:** M.V.-C.

**MORGAN:** Yes.

**SCHNEIDER:** He was?

**MORGAN:** He was in the backseat.

**SCHNEIDER:** Backseat.

**MORGAN:** Yeah.

**SCHNEIDER:** Okay.

**MORGAN:** So, so typically how we do, how we do it, um, I got on my cell phone, but when we doing surveillance, we don't have everyone just shown in the front seat, you know.

**SCHNEIDER:** Sure.

**MORGAN:** Try to, you know, um, be more distinctive.

**SCHNEIDER:** Yep.

**MORGAN:** And so, you know, um, you can kind of tell like they know that we lease big trucks.

**SCHNEIDER:** Right.

**MORGAN:** You know, they may have an inkling of it. Um, they don't like us.

**SCHNEIDER:** Right.

**MORGAN:** Um, so yeah. I, I, I felt like he was just trying to knock him on the road. I just wanted to, um, come and get back so I can continue my duty. That's all I was trying to do.

**SCHNEIDER:** Right. What kind of vehicle was this other car?

**MORGAN:** I think that was like a Jeep.

**SCHNEIDER:** A what?

**MORGAN:** I think, I believe that was a Jeep.

5

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**SCHNEIDER:** A Jeep?

**MORGAN:** It just happened so fast. I believe it was a Jeep.

**SCHNEIDER:** Okay. Do, do you remember the roads or do you know where this happened? Just so I, I don't know if this is the same incident or-

**MORGAN:** I don't know exactly. It was, it was on the, I don't know the, the streets out here.

**SCHNEIDER:** Okay. If I, was it close to here? Do you remember that? The one I'm talking about it, it was with a Cadillac.

**MORGAN:** I remember him. Yeah.

**SCHNEIDER:** You remember the caddy?

**MORGAN:** I remember.

**SCHNEIDER:** Is that something different?

**MORGAN:** Yes.

**SCHNEIDER:** Okay. You what, what do you remember about the Cadillac?

**MORGAN:** The Cadillac? Um, he was pretty much the same thing. After that situation just happened, I don't know. We got, these guys have like a group message.

**SCHNEIDER:** Sure.

**MORGAN:** (Inaudible) I don't know what's going on, immediately, I mean later, just a little bit after, it's like our truck is kind of getting known or something because this guy, as soon as I'm trying to get on, he swerves over really fast. And this guy's like swerving at, now I have my, I have my vest on. You can see, and you can see, um, police right here, my vest, everything. Um, my window's down and I'm trying to like drive around this guy. This guy's like irate. He's like swerving back and forth, you know, trying to bump me off. Maybe I'm like, hey, so I take the weapon, like, hey, you know, police stop, like, you know, back up, back up. You know, you know, you know signals and stuff like that and this guy follows us. Um, he tries to follow us, uh, here to the base, but he seen that we was coming. I wanted to shake him. And I'm like, you know what? I going-

**SCHNEIDER:** Yup.

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**MORGAN:**  -over the base, man. It's, it's, and he's like middle finger. Oh, you can see through the window irate. I'm like-

**SCHNEIDER:**  Was there anybody with him?

**MORGAN:**  I just pretty much seen the guy. I was just trying to get away from the guy. I don't know. It was, he was, he, it was just a lot 'cause his car , I'm trying to be safe. Um-

**SCHNEIDER:**  Right.

**MORGAN:**  -you, you, I don't want nothing to happen to anyone. You know, we got a big truck, so if this guy crashes me off, it's going to, you gonna hurt other people as well.

**SCHNEIDER:**  Where were you going when this incident happened with the Cadillac? Um, were you coming back here?

**MORGAN:**  Cadillac? Yes, we were coming back here.

**SCHNEIDER:**  Okay.

**MORGAN:**  Yes.

**SCHNEIDER:**  All right.

**MORGAN:**  And that's when we were going, um, coming, I believe he was coming to fill up the, the gas and everything-

**SCHNEIDER:**  Sure.

**MORGAN:**  -at end of the day.

**SCHNEIDER:**  Yep.

**MORGAN:**  (Inaudible) time. Yes.

**SCHNEIDER:**  Okay.

**MORGAN:**  And um, so the guy, similar situation, I just dealt with situation like that, and another guy immediately tries to like this guy, like-

**SCHNEIDER:**  What's the timeframe between that last one and then the Cadillac?

**MORGAN:**  Maybe, maybe an hour.

**SCHNEIDER:**  Hour. Okay.

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**MORGAN:** Possibly, I'm not hundred, so, but I believe maybe an hour.

**SCHNEIDER:** Okay.

**MORGAN:** Um-

**SCHNEIDER:** And when this, when this one with the Cadillac, you said you had your vest on and-

**MORGAN:** Yes, I had my vest on. Yes, sir.

**SCHNEIDER:** Do you have it on under that?

**MORGAN:** No, no, (Inaudible)

**SCHNEIDER:** I mean does it say, what does it say on the front?

**MORGAN:** Police.

**SCHNEIDER:** Police. Okay.

**MORGAN:** (Inaudible) Yes.

**SCHNEIDER:** Perfect. And then, correct me if I'm wrong, you said roll down your window and-

**MORGAN:** Yeah. So (Inaudible) so my window was kind of like already kind of down.

**SCHNEIDER:** Okay.

**MORGAN:** You know, um, but I'm, I'm a big tall guy. You can kind of see me.

**SCHNEIDER:** Right.

**MORGAN:** You know, so, um, I think I just put it down just a little bit more.

**SCHNEIDER:** Yep.

**MORGAN:** Um, but even when I got on this guy, like he was like over in his lane as I'm coming over, he's just-

**SCHNEIDER:** Right.

**MORGAN:** -swerving, swerving. I'm like, how are these guys roll? And I'm trying to like, get around it. I'm like, this guy trying to bump the cars. Like it's, it, it's, I it's irate.

8

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**SCHNEIDER:** Yeah.

**MORGAN:** It's irate and I just want to be safe and like, hey, police, you know, back up like trying to clear it, like just back up, that's all. So we can go about our day and continue on our duty. That's it.

**SCHNEIDER:** Right, right. Okay.

**MORGAN:** He's like middle finger and oh, irate crazy and swerving and you know, so-

**SCHNEIDER:** Yeah.

**MORGAN:** -we kind of fearful our safety, you know, at that point.

**SCHNEIDER:** Right.

**MORGAN:** And I fearful for other people's safety-

**SCHNEIDER:** Right.

**MORGAN:** -as well. You got people on the road.

**SCHNEIDER:** Right. Do you have an ID or something just so I can jot on your full name?

**MORGAN:** Yes sir.

**SCHNEIDER:** Um, so just to let you know, this other person, they claim they didn't see your vest, know, there was no mention of you guys-

**MORGAN:** So the guy-

**SCHNEIDER:** -police (Inaudible)-

**MORGAN:** It's, it's no way, put his little finger up. He's going irate. Um, even when I first got, he swerved in front of me. He doing this whole thing. You know (Inaudible). You want the, uh, the regular-

**SCHNEIDER:** Yeah, regular, something with your name, date of birth.

**D.M.** (Inaudible)

**SCHNEIDER:** Last name Morgan?

**MORGAN:** Yes sir.

**D.M.** Sorry if you're using an address, if you could use his office address.

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**SCHNEIDER:**   Absolutely.

D.M.   Thank you.

**SCHNEIDER:**   Uh, what do we got for that? ▮▮▮▮ is your birthday?

D.M.   Would you want (Inaudible) just want (Inaudible) address on these things?

**SCHNEIDER:**   Yep.

**MORGAN:**   Yeah.

**SCHNEIDER:**   Your uh phone number Gregory?

**MORGAN:**   Um, ▮▮▮▮.

**SCHNEIDER:**   ▮▮▮▮.

**MORGAN:**   ▮▮▮▮.

**SCHNEIDER:**   ▮▮▮▮

**MORGAN:**   ▮▮▮▮.

**SCHNEIDER:**   ▮▮▮▮.

**MORGAN:**   Trying to get the, I can't remember. The zip code is for the-

**SCHNEIDER:**   Oh, I can probably find that if you have a address. I'm sorry, I don't have the address.

**MORGAN:**   Okay. Um-

**SCHNEIDER:**   Whatever office (Inaudible)

**MORGAN:**   Chantily, Virginia.

**SCHNEIDER:**   Chantily?

**MORGAN:**   Virginia.

**SCHNEIDER:**   How do you spell that?

**MORGAN:**   C-H-A-N-T-I-L-Y, Virginia.

**SCHNEIDER:**   Okay. Uh, you have an address?

10

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**MORGAN:**       1 4 7 9.

**SCHNEIDER:**    1 4 7 9.

**MORGAN:**       Uh, Chantily Virginia.

**SCHNEIDER:**    The street, street name?

**MORGAN:**       Murdock. I'm sorry. Murdock.

**SCHNEIDER:**    Murdock.

**MORGAN:**       Murdock (Inaudible)

**SCHNEIDER:**    M-U-R-D-O-C-K?

**MORGAN:**       Yes, sir.

**SCHNEIDER:**    Is there a building number or street number or anything?

**MORGAN:**       Uh, no.

**SCHNEIDER:**    Okay. Um (Inaudible) for me. Okay.

**MORGAN:**       Um, so I'm trying to figure out like what, what would be the next step far, um, this incident because I was, we, we was in, we were, um, acting in a lawful (Inaudible) manner like um-

**D.M.**          Do you have a plate from this guy by any chance?

**MORGAN:**       I, I, I don't know (Inaudible) we were trying to get it though, uh, he was swerving so much and I was in the back. I was just trying to, you know, get away from the guy.

**D.M.**          So the, the person who called you guys, is it the person that was in the Cadillac or was it another observer?

**SCHNEIDER:**    Correct.

**D.M.**          Okay.

**SCHNEIDER:**    No, the one in the Cadillac.

**MORGAN:**       That's the guy would be super irate.

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**SCHNEIDER:** Um, yeah, I mean your, your stories are identical. Uh, you know, I'm not hiding anything. Your stories are identical except for the point of, uh, you know, he mentioned nothing about knowing you're law enforcement.

**MORGAN:** (Inaudible)

**SCHNEIDER:** Yeah, that, and, and again, I'm not hiding anything. Admittedly, he said he started it, he said he was pissed at you. He sees, he sees a vehicle coming up, uh, on the shoulder and, you know, it was basically f you this car, I'm not gonna let this car pass me. So that's when he cuts over. Like you (Inaudible)

**MORGAN:** (Inaudible)

**SCHNEIDER:** Yep. So again, every (Inaudible) country is different, right? Here, right, we, I want to say routinely, but that's how assholes drive.

**MORGAN:** (Inaudible)

**SCHNEIDER:** Like if, if somebody sees somebody coming up passing, right? Yeah. They'll, they'll move over. Right. So, you know, I don't think, right, he, he's not smart enough from a half mile away look in his mirror. Oh, that's law enforcement coming up. I'm gonna do it. Right. It's uh, I'm a Minnesota driver. I'm not gonna let him pass me. You know-

**MORGAN:** (Inaudible)

**SCHNEIDER:** Yeah. I wouldn't, I wouldn't say it's (Inaudible)

**MORGAN:** (Inaudible) odd because (Inaudible) his lane, so as I driving up, then he swerves over. Right. It's not like I was just in this lane trying to, I was coming in and then he heard and swerved over.

**SCHNEIDER:** Oh, because right, because that lane-

**MORGAN:** (Inaudible)

**SCHNEIDER:** Because that lane ends. Right. So again, the Minnesota way, fuck you.

**MORGAN:** (Inaudible)

**SCHNEIDER:** I'm not gonna let you pass me.

**MORGAN:** (Inaudible)

**SCHNEIDER:** Because where were you coming from? Do you remember where you coming from? Just like, were you like coming from like downtown area?

**MORGAN:**      (Inaudible)

**SCHNEIDER:**      Right? I know you're not.

**MORGAN:**      I'm new here, I don't-

**SCHNEIDER:**      I get it. I'm gonna pull up a map.

D.M.      Scott, can I get your, you know last name or badge-

**SCHNEIDER:**      Yeah. Yup. I'll give you all of that. Yep. You betcha. I do not have good reception here in this building. (Inaudible) map. Yeah if it's where I'm thinking it was, it's two lanes going down to one. Right. People are pissed at everybody. Oh, this guy's gonna try and cut over. (Inaudible)

**MORGAN:**      Maybe not like that. Like, so aggressive. Like-

**SCHNEIDER:**      Yeah.

**MORGAN:**      Like so aggressive.

**SCHNEIDER:**      He pointed a gun at you?

**MORGAN:**      Point a gun? He didn't point a, a gun. No. Um, but he, (Inaudible) so he tried to use his car.

**SCHNEIDER:**      Right, Right.

**MORGAN:**      You know.

**SCHNEIDER:**      The reason I ask-

**MORGAN:**      (Inaudible) the road-

**SCHNEIDER:**      He said he had a gun, he was permit holding. So-

**MORGAN:**      But I don't-

**SCHNEIDER:**      You're more than welcome to be in here for uh-

**MORGAN:**      Uh, I can't.

**SCHNEIDER:**      -next gentleman too.

**MOMROW:**      Alright.

**SCHNEIDER:**      If you want. So again, I got nothing to hide. So, uh-

13

**D.M.**        Yeah, either way.

**SCHNEIDER:**        Yep. If you got nothing else, I got nothing else.

**MORGAN:**        I was just wondering like what's, what would be like the next steps as far as-

**SCHNEIDER:**        The next steps was we, we docu. I have to document this.

**MORGAN:**        Yes sir.

**SCHNEIDER:**        Right. Uh-

**UNKNOWN:**        (Inaudible)

**SCHNEIDER:**        Alright. (Inaudible) good luck. Actually, one last thing for you.

**MORGAN:**        Yeah.

**SCHNEIDER:**        Is that the belt you were wearing?

**MORGAN:**        The belt?

**SCHNEIDER:**        Is that the belt you were wearing?

**MORGAN:**        Yeah, my belt, yeah.

**SCHNEIDER:**        Can I just take a couple pictures of it? Is that cool?

**MORGAN:**        I think so.

**SCHNEIDER:**        What kind of, you guys have any private guns or?

**D.M.**        Oh, uh-

**SCHNEIDER:**        (Inaudible)

**D.M.**        They got the new ones. I think they bought (Inaudible) 19 (Inaudible) they got a nice, nice, uh-

**SCHNEIDER:**        Hey man, you ready? We'll get outta here.

**D.M.**        You want me in or out?

**M.V.-C.**        Naw you could come.

**D.M.**        Up to you man.

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

M.V.-C.        Yeah, that's-

SCHNEIDER:     Hey man, how you doing?

M.V.-C.        M.V.-C.

SCHNEIDER:     M.V.-C. Alright, so again, uh, my name's Scott. Uh, like I told your partner, uh, how long you been in town?

M.V.-C.        Uh, we got here (Inaudible) weeks ago.

SCHNEIDER:     Okay.

M.V.-C.        About a week or so. Yeah we've only been here for a week.

SCHNEIDER:     Okay. Uh, so the way it works in Minnesota is we don't have, we don't have state police. Uh, you're from-

M.V.-C.        I'm from originally from Connecticut.

SCHNEIDER:     Okay. Alright so-

M.V.-C.        (Inaudible)

SCHNEIDER:     The way we, uh, breaks down here is we have state patrol.

M.V.-C.        Okay.

SCHNEIDER:     Right. So we don't have state police. Uh, I'm with the state patrol. So we cover anything that happens on the freeways, on the highways. Uh, we don't, in rural areas, right, we don't do domestics at houses. Uh, we don't, we might go to a (Inaudible) fight, you know, but we're not the, we're not the sheriff or-

M.V.-C.        Yeah.

SCHNEIDER:     -not the primary, primary agency or anything like that.

M.V.-C.        Okay.

SCHNEIDER:     Uh, so the reason I'm here today right is 'cause this incident happened on the freeway.

M.V.-C.        Correct.

SCHNEIDER:     Right. When somebody calls, that's how we get played in, right? 'Cause it happened on the freeway. So, uh, what can you tell me about that?

**M.V.-C.**    Uh, for which incident? 'Cause like I told my superior, it had happened twice.

**SCHNEIDER:**    Twice.

**M.V.-C.**    Twice in one day.

**SCHNEIDER:**    Okay. Which, let's start with the first one.

**M.V.-C.**    Uh, the first incident was with, uh, Cherokee Jeep.

**SCHNEIDER:**    Okay.

**M.V.-C.**    Um, we were doing surveillance on the opposite side of town. We got a call that our team lead and some other officers were being surrounded by other people. So, you know, as a fellow officer, we're rushing.

**SCHNEIDER:**    Yep.

**M.V.-C.**    Trying to get there as safely and quickly as possible. Um, As we were coming down the, the freeway, there was a Jeep Cherokee in front of us. We were trying to go right. And then he went right. And then we went back left. He went back on and then we were trying to go around him. He's tapping the brake. Keeps tapping the brake, tapping the brake. So now we're like, okay, like now you're trying to impede in what we're gotta do.

**SCHNEIDER:**    Mm-hmm <affirmative>.

**M.V.-C.**    I mean realistically I'm gonna assume that they didn't know we were law enforcement. We don't have lights and siren, but we're trying to go as safely as possible to help assist our team. Um, as we were driving 'cause I'm in the back seat. I'm getting the coordinates. Pluggin the planes.

**SCHNEIDER:**    Okay.

**M.V.-C.**    I'm not even in the passenger seat. I'm in the back seat.

**SCHNEIDER:**    Gotcha.

**M.V.-C.**    During all this.

**SCHNEIDER:**    Yup.

**M.V.-C.**    Um, grabbing information and on the radio, so as Morgan's driving, uh, the guy's still agitating us. So now at this time, he's in the breakdown lane following us, the driver. We're actually in the fast lane. Morgan pulls out and says, stop. We're the police. Stop, stop, stop. And then

16

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

when he did that, that's when that ended. So, you know, he didn't follow us anymore.

**SCHNEIDER:**    Yep.

**M.V.-C.**    We're on our way. That's over.

**SCHNEIDER:**    Yep.

**M.V.-C.**    So then now we're winding down the day. We're coming back to base, last call. We're coming down the freeway again. As we're driving, the white Cadillac, the bell to be specific, tinted down. They're in the left lane, stopped in traffic. We're coming down. Out of nowhere, 'cause once again, I'm still in the backseat. Boom. He comes out. I look up, he's right in front of us on the break. So now Morgan's trying to do the same thing. Trying to go round. He's doing the same snake, snake, snake, snake. Same situation. This time Morgan has everything on. He's like, stop, I'm the police. Stop, stop, stop. But now we're going, he's still following us 'cause I happen to turn around. I was like, yo, this Cadillac is still following us. This time he has his headlights on. So I'm like, okay, here we go. We get off the highway. I said, stop. This is me telling Morgan to stop here right now. I want to see if he gets off the exit with us. He gets off the exit. Then as we're getting ready to turn in the military base, I said, stop again 'cause now I want to see if you're gonna go right where we go or you gonna go left.

**SCHNEIDER:**    Right.

**M.V.-C.**    So I think the driver of the Cadillac figured out like, oh, okay, these guys are going on the military base. So if we're going right, he went left.

**SCHNEIDER:**    Gotcha.

**M.V.-C.**    That's because at that time, if he would've turned with us, I would've got out and said, listen, stop. He already told you to stop, we're the police. He already had his firearm drawn.

**SCHNEIDER:**    Right.

**M.V.-C.**    Stop.

**SCHNEIDER:**    Right.

**M.V.-C.**    But they didn't, they went the opposite way. So I think they already assumed like, okay, these guys are some type of long enforcement.

**SCHNEIDER:**    Sure, sure. Where were you guys coming from bef-, right before this white Cadillac? I'm trying to get the roads.

17

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

M.V.-C.        Uh, honestly, I couldn't tell you. I-

SCHNEIDER:     Like from like the downtown area or-

M.V.-C.        Yeah. We were like 40 minutes away from the military base. All right. We were just finishing up 'cause we were being tail out of there as well. Like-

SCHNEIDER:     Right.

M.V.-C.        -we were being tail by a couple Subarus. So we were, we lost them on the highway.

SCHNEIDER:     Right.

M.V.-C.        Because now our TLs like, all right, let's, it's getting too hot. Call it.

SCHNEIDER:     Right.

M.V.-C.        Like literally that's what exactly what happened. Let's call it.

SCHNEIDER:     I'm just trying to figure out if you were coming down 35 w or were you already on 62?

M.V.-C.        No, we, I think that's 62. Is that like the main highway?

SCHNEIDER:     62's right out here. 62 goes east west. I tried pulling it up.

M.V.-C.        So, okay, so what's the exit? So that might be 62 that takes you in the back of 600 highway. I don't know if you're familiar with the military base.

SCHNEIDER:     No, I, I'm not. Shit. So if you're, say you're like standing downtown Minneapolis, right? You're downtown Minneapolis and you're coming here, to get out of downtown you take 35 W, right? So you're coming down 35 w and then you get on highway 62 to come here.

M.V.-C.        It could've been 62.

SCHNEIDER:     Okay.

M.V.-C.        I'm gonna assume it's 62 because the exit, exit we got off is literally on the right hand side.

SCHNEIDER:     Right. It's fair that you don't know.

M.V.-C.        Yeah.

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**SCHNEIDER:**     You not from here. I don't expect you to, but the reason I bring this up is I think we, I know exactly where it happened.

M.V.-C.     Okay.

**SCHNEIDER:**     And like I was telling your boss, uh, so that traffic backs up there.

M.V.-C.     Okay.

**SCHNEIDER:**     Every single day. And if you're gonna stay on the highway, you have to stay in that left lane. Right.

M.V.-C.     Gotcha.

**SCHNEIDER:**     As you guys are coming up in the right lane. Right. I believe that's an exit lane. Right. But what happens is everybody passing, right, traffic stopped on the left. So boom, you're flying by everybody. Right?

M.V.-C.     Yeah.

**SCHNEIDER:**     Everybody that stopped was pissed. Right. Because God damn it, this car is passing me.

M.V.-C.     Could have. And, and to piggyback off that, maybe that could have happened because like I said, I'm in the backseat, but there was people behind us. So I don't know if they assumed like, oh these guys are the cops. You know how people like to tell to-

**SCHNEIDER:**     Right.

M.V.-C.     Beat the traffic because literally that Cadillac was stopped in traffic and he literally just came out and slammed on the brakes.

**SCHNEIDER:**     Right.

M.V.-C.     Which we had cars behind us following us at the same time.

**SCHNEIDER:**     Right. Because you were, what lane were you guys in?

M.V.-C.     We were in, that was the right lane. He was left, dead stop. We were in the right, literally. That's exactly what happened. And like I said, we got off. He still followed us.

**SCHNEIDER:**     Right. So as he pulls out, cuts you off, what does your partner do? He goes around him on the left side?

M.V.-C.     He's going on the right side because that's where the most of the room is-

19

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**SCHNEIDER:** Gotcha.

M.V.-C. -because he's on the left. He's gonna hit-

**SCHNEIDER:** And then you said he had his vest on?

M.V.-C. He had his vest on. Yes.

**SCHNEIDER:** Does his vest say?

M.V.-C. Says police on it.

**SCHNEIDER:** Okay.

M.V.-C. And then he already had the firearm with the window down.

**SCHNEIDER:** Okay.

M.V.-C. Because the guy or the driver was like literally side by side, but their windows weren't down so we couldn't see in there. At least I couldn't 'cause I'm in the backseat.

**SCHNEIDER:** Okay. Did he verbalize police?

M.V.-C. Yes, he did.

**SCHNEIDER:** Okay.

M.V.-C. He said police stop.

**SCHNEIDER:** Any video?

M.V.-C. No.

**SCHNEIDER:** Okay.

M.V.-C. No.

**SCHNEIDER:** Alright. And you're the renter of the vehicle?

M.V.-C. Yes.

**SCHNEIDER:** Right. So it's, you guys gotta drive your own rigs.

M.V.-C. Well, so, 'cause he has more experience and I'm really good with the computer stuff.

20

**SCHNEIDER:**    Yeah.

M.V.-C.    It only makes sense to like, yo, you have more experience doing driving and fugitive stuff.

**SCHNEIDER:**    Yeah.

M.V.-C.    I'm good with IT. 'Cause I used to do lot of desk stuff.

**SCHNEIDER:**    Right. No, but what I mean is you gotta drive.

M.V.-C.    Yeah, yeah.

**SCHNEIDER:**    You, you gotta drive your own rig?

M.V.-C.    Kind of, kind of. Yeah.

D.M.    So yeah, they, they, the field office rented a ton of cars, brought 'em over here and then as the Detailees show up-

M.V.-C.    Yeah.

D.M.    -they-

M.V.-C.    We get-

D.M.    -they hand 'em out to them.

M.V.-C.    Cause we have our own G rides-

**SCHNEIDER:**    Okay.

M.V.-C.    -but they told us last like, literally the day before we were getting ready to leave they said no.

**SCHNEIDER:**    Okay.

M.V.-C.    You can't take your G ride.

D.M.    Yeah (Inaudible)

**SCHNEIDER:**    Uh, you just have ID on you-

M.V.-C.    Yes.

**SCHNEIDER:**    (Inaudible). And border patrol or who? H, HSI.

M.V.-C.    I'm ERO. Ice.

D.M.    Yes.

SCHNEIDER:    Ice. Both these gentlemen?

M.V.-C.    Yes.

SCHNEIDER:    Ice. Okay.

D.M.    And the division of ice is called ERO.

SCHNEIDER:    Got it. M.V.-C. your middle name?

M.V.-C.    No, M.V.-C. is my first name.

SCHNEIDER:    Oh yeah, Yeah, yeah. I'm asking your middle name. It's just-

M.V.-C.    Uh, M.V.-C.    .

SCHNEIDER:    M.V.-C. ?

M.V.-C.    M.V.-C.    (Inaudible)

SCHNEIDER:    Okay. And uh, like we told your partner what, what uh, office address you want me to use 'cause I'm not gonna (Inaudible)

M.V.-C.    Uh, you can use our field office. What is it? 1 4 2 9?

D.M.    Is it the same one as-

M.V.-C.    Same. Same. Yeah, we're-

SCHNEIDER:    Same?

M.V.-C.    Yeah, we're the same. We're (Inaudible)

SCHNEIDER:    That works. And just a phone number?

M.V.-C.    Uh, ███████ . Uh, no, I'll give you the government phone.

SCHNEIDER:    Okay.

M.V.-C.    ███████ .

SCHNEIDER:    Give me a second (Inaudible)

M.V.-C.    █████ . Sorry.

**SCHNEIDER:** ████ ?

M.V.-C.   Yes.

**SCHNEIDER:** Okay. Alright. So what do you have for me? What questions?

M.V.-C.   Oh, what happened to after?

**SCHNEIDER:** Yep.

M.V.-C.   In the sense of, I'm gonna ask you (Inaudible)

**SCHNEIDER:** Oh-

M.V.-C.   (Inaudible) rear passengers still operating (Inaudible) like with the incident with overall since he was there after (Inaudible)

**SCHNEIDER:** Right. We document it, we write a report on it.

M.V.-C.   Alright.

**SCHNEIDER:** Alright. And then I don't make any decisions.

M.V.-C.   Gotcha.

**SCHNEIDER:** So-

M.V.-C.   No that's fine.

**SCHNEIDER:** Yeah.

M.V.-C.   Yeah. I mean, like I said, um, that's literally what happened in both incidents. Um, as our boss, he said forward, just call it up.

**SCHNEIDER:** Yeah.

M.V.-C.   Because like we didn't think any of it because it happens.

**SCHNEIDER:** Right.

M.V.-C.   So we're just like alright-

**SCHNEIDER:** Nope. Everybody's telling the truth. There's no-

M.V.-C.   My mindset was like, let's get there.

D.M.   Yeah. Because normally within this operation, when we have an incident, either, you know, use of force, agitator involvement, things like

that or anything out of the ordinary. You know, if we go out, arrest somebody, everything's peaceful, normal, it doesn't really get documented except for in the arrest report later on.

**SCHNEIDER:** Yep.

D.M. When we have something unusual, we have, uh, it's called a joint operations center here and they fill all those calls.

**SCHNEIDER:** Okay.

D.M. It's like, hey, I've got got agitators here, we're leaving or you know, I've got agitators here. They've, you know, kicked out our taillight and they just kind of flag all those incidents.

**SCHNEIDER:** Sure.

D.M. This one wasn't flagged, which is kind of why it created this little bit of a-

M.V.-C. Yeah-

D.M. (Inaudible)

M.V.-C. We, we didn't, like I said, we were like, it happened, let it go in the sense of, 'cause it's been happening not just to us, to other people.

**SCHNEIDER:** Right.

D.M. Yeah.

M.V.-C. Because that's what we were told it's like that's the norm thing.

**SCHNEIDER:** Right.

M.V.-C. So we like, alright, what's the point?

**SCHNEIDER:** Right.

M.V.-C. Reporting the same thing over, but like you said-

D.M. I guess maybe part of our orientation should be the drivers around here don't like being passed.

M.V.-C. Which I mean, nobody likes to be passed. I get it.

D.M. Yeah.

24

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

M.V.-C.   You know what I mean? But like I said, they don't know, let's just assume they don't know who we are, but we're in all black trucks.

D.M.   Yeah.

**SCHNEIDER:**   Right. And that's what, that's why I told your boss and your partner before, I don't, I don't think this guy was smart enough to look in his mirror in a half mile back. Oh, here comes, here comes Ice.

M.V.-C.   Yeah.

**SCHNEIDER:**   I, I-

M.V.-C.   I'm gonna give him that.

**SCHNEIDER:**   I think it not at that point. Right. Maybe when you're side by side he puts two and two together. But, uh, I would say from that distance, when it started, it was, uh, screw you, you're not passing me.

M.V.-C.   Yeah. That's what I think. You know what I mean?

D.M.   Typical kind of road rage or-

M.V.-C.   Yeah.

**SCHNEIDER:**   Right.

D.M.   Type of-

M.V.-C.   Because he's like you said-

D.M.   Yep.

M.V.-C.   With the two incidents. One was mobile and one was in traffic. The other guy probably said, screw you, you're not gonna pass me. You're gonna sit here with me.

D.M.   Yep.

M.V.-C.   I get it. It's not the first time I had that so.

D.M.   Right.

M.V.-C.   So, but oh-

**SCHNEIDER:**   So that's all I got for you.

M.V.-C.   That's, that's literally what happened.

25

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

**SCHNEIDER:** No, I appreciate you (Inaudible) right. You're both being honest. Certainly nothing going on. I appreciate your cooperation.

M.V.-C. Yeah.

**SCHNEIDER:** I understand. I thank you for your understanding (Inaudible) do it and I appreciate you. You know what you guys are doing. I appreciate so much.

M.V.-C. Yeah.

**UNKNOWN:** (Inaudible) either (Inaudible)

D.M. Do you have one by chance too?

M.V.-C. I'm glad you said that. (Inaudible) see you guys on the highway (Inaudible) never seen a state (Inaudible) not a lot of you guys?

**SCHNEIDER:** Uh, no. It's-

M.V.-C. (Inaudible) right at the department. Because I used to be a patrol down in uh-

**SCHNEIDER:** Okay. So, so our metro area here's divided up in the east and west metro and it's kind of generally like by county.

M.V.-C. Uh.

**SCHNEIDER:** So, uh, right now in the entire metro area, east and west, you probably have maybe 14, 15 troops there.

M.V.-C. Got it.

**SCHNEIDER:** Right. And that's for the entire (Inaudible)

M.V.-C. Yeah yeah okay. Makes sense.

**SCHNEIDER:** So-

M.V.-C. Yeah.

**SCHNEIDER:** And then-

M.V.-C. Yeah.

**SCHNEIDER:** -you talk about like overnight.

26

State v. Gregory Donnell Morgan
MNCIS No: 27-CR-26-9656
PCN: 26A01457
CCN: 26401115
*Statements of Gregory Morgan &* M.V.-C.

M.V.-C.      Yeah. I saw one, I, I saw one last night for the first time, but it was an accident and-

SCHNEIDER:   Right.

M.V.-C.      (Inaudible)

SCHNEIDER:   (Inaudible) that's the primary job is accidents. Um, you know, we have a, uh, we have a mobile field force.

M.V.-C.      Oh.

SCHNEIDER:   So we've been helping, you know, Hennepin County (Inaudible) you know they're, they're going around doing things. So that's primarily-

M.V.-C.      Alright, yeah.

SCHNEIDER:   Primarily.

M.V.-C.      But it makes sense when you said, I'm like, okay. Yeah. Remember (Inaudible)

SCHNEIDER:   Yeah, we're about like 600 statewide.

M.V.-C.      Okay. Yeah.

SCHNEIDER:   600 license.

D.M.         Is there an incident number or case number (Inaudible)

SCHNEIDER:   Yeah, case number is uh, 2 6 4 0. Um, 1 1 1 5. So the entire thing. 2 6 4 0 1 1 1 5.

D.M.         Okay.

SCHNEIDER:   So yeah, that's all I got gentlemen.

M.V.-C.      Okay. Thank you.

SCHNEIDER:   So alright. Stay safe.

M.V.-C.      Yes sir.

D.M.         Thank you. Be safe.

SCHNEIDER:   Thank you.

D.M.         Take care.

**END OF TRANSCRIPT**