**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

STATE OF MINNESOTA,                                   Case No. 26-CR-112 (NEB)

       Plaintiff,

v.                                                                            ORDER

GREGORY DONNELL MORGAN, JR.,

       Defendant.

---

Two witnesses in this case have indicated an intent to assert their Fifth Amendment privilege against self-incrimination at next week's evidentiary hearing.[1] (ECF No. 35.) Their communication to the Court on this issue comes on the heels of the federal government's statement of interest, which says that Defendant Gregory Donnell Morgan had probable cause to believe that one of the witnesses "was committing interference with and assault on a federal officer." (ECF No. 26 at 12.)

The witnesses request that the Court excuse them from testifying and permit them to invoke their Fifth Amendment privilege without requiring them to take the stand. A claim of privilege against self-incrimination must be asserted as to particular questions; without knowing the question, the Court cannot conclude whether future invocation of the privilege is proper. *United States v. Dick*, 694 F.2d 1117, 1119 (8th Cir. 1982) (per curiam). The witnesses have not articulated any reason why the Court should allow a blanket assertion of privilege over the traditional question-by-question invocation.

---

[1] The Court declines to address the other relief requested at ECF No. 35 at 4, 5–6.

Thus, the Court denies the request for a blanket invocation of privilege (ECF No. 35 at 5); the witnesses must invoke their Fifth Amendment right as to each particular question.

Dated: July 30, 2026                    BY THE COURT:

                                        s/Nancy E. Brasel
                                        Nancy E. Brasel
                                        United States District Judge