STATE OF MINNESOTA            DISTRICT COURT

COUNTY OF HENNEPIN       FOURTH JUDICIAL DISTRICT

State of Minnesota,

         Plaintiff,

                                 **ORDER WITH RESPECT TO PROSECUTOR'S CERTIFICATE**

vs.

                                Court Case No. #27-CR-26-9656

Gregory Donnell Morgan, Jr.,

         Defendant.

Based on Minn. R. Crim. P. 9.03, subd. 4 and 5, and as a modification to the order previously issued under Minn. R. Crim. P. 9.01, subd. 3(2), and applicable case law,

THE COURT ORDERS THE FOLLOWING:

1. The State shall provide defense counsel in this case unredacted police reports, witness statements, and other discoverable material concerning the protected witnesses by nine A.M. on July 6, 2026. These will be marked "confidential" by the State.

2. Defense counsel shall not (1) bring the listed materials in Paragraph 1 into the presence of the defendant; (2) show or provide unredacted discovery relating to the protected witnesses to the defendant; or (3) reveal the identities of the protected witnesses to the defendant.

3. Defense counsel may show or provide unredacted discovery to the defense team including attorneys, investigators, support-staff members, or retained experts working with defense counsel on this case. However, neither defense counsel nor the defense team shall (1) bring the listed materials into the presence of anyone else; (2) show or provide unredacted discovery relating to the protected witnesses to anyone else; or (3) reveal the identities of the protected witnesses to anyone else.

4. Defense counsel (and those working with defense counsel) shall not reveal the identities of the protected witnesses in any other court proceeding, including the corresponding removal proceeding in United States District Court, Case #26-cr-00112-NEB, absent any additional court order.

This order is in effect until further order of the Court.

Dated: _6/30/26_

                                 BY THE COURT:

                                 Paul R. Scoggin
                                 The Honorable Paul Scoggin