**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

State of Minnesota,

        Plaintiff,                  Case No. 0:26-cr-00112-NEB

v.


Gregory Donnell Morgan, Jr.,
        Defendant.

_____

**ORDER**

Based on the letter of Defendant Gregory Donnell Morgan, Jr. to the Court dated July 30, 2026, and the record herein, IT IS HEREBY ORDERED:

1.  Witnesses T.B. and B.A. shall be treated the same as any other witness testifying at the August 5, 2026 evidentiary hearing. They shall be identified by their true, legal names on the record and shall not testify or otherwise appear under initials, a pseudonym, or any other anonymized designation.

2.  Any documents or discovery materials that Defendant produces to the State of Minnesota in connection with this proceeding shall be subject to protective terms comparable to those set forth in the Hennepin County District Court's Order With Respect to Prosecutor's Certificate (File No. 27-CR-26-9656, dated June 30, 2026), to the same extent such materials warrant confidential treatment.


IT IS SO ORDERED.


Dated: _____


BY THE COURT:



_____
Nancy E. Brasel
United States District Judge