**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **STATE OF MINNESOTA,**<br><br>    v.<br><br>**GREGORY DONNELL MORGAN, JR.,**<br><br>        *Defendant.* | **No. 26-CR-112 (NEB)** |

**STATE OF MINNESOTA'S NOTICE CONCERNING IMMUNITY**

The State of Minnesota ("State") files this notice to alert the Court that, in a letter sent earlier today, it requested the U.S. Attorney for the District of Minnesota to seek and obtain use immunity under 18 U.S.C. § 6003 for two victim witnesses, T.B. and A.B.  As the Court is aware, defendant Gregory Morgan seeks those witnesses' testimony for the upcoming removal hearing; the State has argued that their testimony is not needed for purposes of the removal proceedings, *see* ECF No. 29, but acknowledges that their testimony will be necessary at the defendant's trial, whether in state or federal court.  As the Court is also aware, the two victim witnesses intend to assert their Fifth Amendment privilege against self-incrimination in light of the federal government's claim that there is a probable cause to believe that at least one of the witnesses violated 18 U.S.C. § 111.  *See id.*, ECF Nos. 26, 35, 38.  If the U.S. Attorney declines to seek use immunity under Section 6003 or seeks but does not obtain such immunity, the State intends to take alternative steps under applicable federal or state law to ensure that the victim witnesses will not face meritless federal prosecution for their testimony in this case.

A copy of the letter is attached as an exhibit.

Dated: July 31, 2026

Respectfully Submitted,

MARY F. MORIARTY
Hennepin County Attorney

/s/ *Morgan D. Kunz*
MORGAN D. KUNZ
JOSHUA R. LARSON
HENNEPIN COUNTY ATTORNEY'S OFFICE
300 S. 6th St.
Minneapolis, MN 55487
(612) 348-5550
Morgan.Kunz@hennepin.us

/s/ *Julia Gegenheimer*
JULIA GEGENHEIMER* (D.C. Bar No. 90034692)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
(202) 661-6539
jg1370@georgetown.edu

*/s/ James I. Pearce*
JAMES I. PEARCE* (D.C. Bar No. 90042280)
WASHINGTON LITIGATION GROUP
1717 K Street NW
Washington, DC 20006
(202) 521-8750
jpearce@washingtonlitigationgroup.org

*Counsel for State of Minnesota*

* *Admitted pro hac vice*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, a true and accurate copy of the State of Minnesota's Notice

Concerning Immunity was filed electronically with the Court's CM/ECF filing system, which will

then send notification of such filing to the parties, including:


RYAN M. PACYGA
Ryan Pacyga Criminal Defense
860 Blue Gentian Road
Suite 175
Eagan, MN 55121
612-339-5844
ryan@arrestedmn.com

*Attorney for Defendant*


This 31st day of July, 2026.


/s/ *James I. Pearce*
JAMES I. PEARCE* (D.C. Bar No. 90042280)
WASHINGTON LITIGATION GROUP
1717 K Street NW
Washington, DC 20006
(202) 521-8750
jpearce@washingtonlitigationgroup.org


* *Admitted pro hac vice*