# APPENDIX

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **STATE OF MINNESOTA,**<br><br>**v.**<br><br>**GREGORY DONNELL MORGAN, JR.,**<br>***Defendant.*** | **No. 26-CR-112 (NEB)** |

**DECLARATION OF IAN T. ADAMS**

I, Ian T. Adams, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

**Introduction**

1. I am an Assistant Professor at the University of South Carolina in the Department of Criminology and Criminal Justice. I have served as a corrections officer and a police officer, in executive leadership positions within the Fraternal Order of Police, and as a board member in organizations relevant to evaluating police operations. I have been retained as an expert in issues of policing and use of force well over 100 times since 2017, and I was retained as an expert by the Hennepin County Attorney's Office in this case on June 24, 2026.

2. Based on my training, experience, and research, I am familiar with the professional and generally accepted principles and practices in policing. "Generally accepted principles" refer to those concepts and theories that are widely known, acknowledged, and relied upon in the professional field. "Generally accepted practices" refer to those protocols, techniques, and procedures that are widely known, acknowledged, and relied upon in the professional field. A principle or practice is generally accepted when well-trained, experienced, and educated professionals would agree that it is conventional, customary, and reasonably standard.

3. Individuals who have any power to engage in law enforcement, including making arrests, performing traffic stops, or otherwise upholding and ensuring compliance with federal, state, or local laws, have a duty of care. I refer to such individuals below as "officers."

4. It is the foremost obligation of all officers to value and preserve the sanctity of human life.

**Officer Identification**

5. When on duty and not operating in a plainclothes or undercover capacity, an officer who has reason to identify himself as a law enforcement official should take reasonable steps to do so. The purpose of doing so is to ensure that civilians are aware the officer is a law enforcement official.

6. Generally accepted means of identifying oneself as a law enforcement official include displaying a badge or wearing a uniform. It is also generally accepted that officers should identify themselves in a manner that is visible or audible, or both, to the person or persons with whom the officers are interacting.

7. It is not generally accepted to identify oneself as an officer solely by showing, presenting, or pointing a service weapon, particularly in circumstances that do not otherwise make clear or strongly suggest that the officer is a law enforcement official.

8. A typical law enforcement vehicle includes several features that make clear to the public that it is a law enforcement vehicle operated by a law enforcement officer. Those features include markings, lights, sirens, and loudspeakers.

9. When an on-duty officer is operating a vehicle that is not clearly identified to the public as being operated by a law enforcement official, the officer must presume that members of the public will not know the vehicle belongs to a law enforcement official. Barring an emergency or exigent circumstances, the officer must proceed with caution.

**Traffic Laws**

10. An officer traveling on the roadway has a duty of care for the safety of all persons on the roadway. Consistent with this duty of care, there is a presumption that officers will comply with all traffic laws and generally accepted driving practices. Such compliance aims to protect the officer and others.

11. It is well accepted and understood, and officers are trained, that they may violate traffic laws and generally accepted driving practices only in limited circumstances, such as when faced with an emergency or exigency. In those limited circumstances, officers must still operate their vehicles as safely as possible.

12. It is well accepted and understood, and officers are trained, that they may not engage in emergency vehicle operations (which may involve violating traffic laws or generally accepted driving practices) unless they have present and functioning law enforcement equipment such as sirens and lights.

**Use of Force**

13. There are circumstances in which officers may use force against others. In those circumstances, an officer should use only the amount of force that is objectively reasonable

to effectively bring an incident under control, while protecting the safety of the officer and others.

14. Officers should use force only when no reasonably effective alternative appears to exist. It is generally accepted that whenever feasible and appropriate, officers should use basic tactics—including creating or maintaining distance, taking cover, time, communication, disengagement, and de-escalation techniques—aimed at stabilizing the situation or decreasing tensions, in order to avoid or reduce the need for force.

15. The evaluation of whether an officer's use of force was justified is based on whether the force was objectively reasonable in light of the totality of circumstances reasonably perceived by or known to the officer at the time force was used, and on what force a reasonably prudent officer would use under the same or functionally similar circumstances.

16. It is not objectively reasonable for an officer to use force based solely on an immediate threat of physical harm that is no longer present, or a threat that was never present in the first place.

17. Deadly force is any force that substantially risks causing death or serious bodily injury. It is generally accepted that the use of deadly force is objectively reasonable in only two circumstances: (1) to protect the officer or others from what is reasonably believed to be an immediate threat of death or serious bodily injury, or (2) to prevent the escape of a fleeing subject when the officer has probable cause to believe the person has committed, or intends to commit, a felony involving death or serious bodily injury, and the officer reasonably believes that there is an imminent risk of death or serious bodily injury to the officer or another person if the subject is not immediately apprehended.

18. Shooting *at* a moving vehicle poses significant risk of death or serious bodily injury, including to the officer and others. It is generally accepted that an officer should discharge a firearm at a moving vehicle only under limited circumstances: (1) when a person in the moving vehicle poses an immediate deadly threat to the officer or another person by means other than the vehicle, such as by shooting at the officer or others in the vicinity; or (2) when the moving vehicle is intentionally being used as a deadly weapon and all other reasonable means of defense have been exhausted or are not present or practical, such as a truck being driven through a crowd of innocent bystanders. Even in those circumstances, the officer should use or threaten to use deadly force only if the action does not present an unreasonable risk to officers or others; when the reasonable alternatives are not practical; when failure to take such action would probably result in death or serious bodily injury, and then only when due consideration has been given to the safety of others in the vicinity.

19. Shooting *from* a moving vehicle similarly poses significant risk of death or serious bodily injury, including to innocent bystanders. Officers are not taught to shoot a firearm while driving. It is generally accepted that an officer should not discharge a firearm from a moving vehicle unless exigent circumstances exist and the use of deadly force is otherwise justified.

20. The discharge of a firearm solely as a warning or signal is inherently dangerous, particularly in crowded areas, and risks death or serious bodily injury to innocent bystanders.

21. It is generally accepted practice, and officers are trained, that the safest place for their firearm is in their holster, and that removal of a firearm from its holster increases the risk of physical harm to the officer and to others.

22. It is well understood that officers should not point their firearm at anything they are not willing to kill or destroy. Pointing a firearm at a human being constitutes a use of force and a threat of deadly force. Officers are trained that the act of pointing a firearm at a human being immediately precedes discharging a firearm. An officer should not point a firearm unless he reasonably perceives an immediate threat of death or serious bodily injury.

23. Even in a situation where an officer is justified in pointing his firearm at an individual who poses an immediate threat of death or serious bodily injury to the officer or others, generally accepted police principles and practice require the officer to be sure of his target and to be aware of the area immediately around and beyond the target. This obligation to give due consideration to the safety of others in the vicinity means that officers are trained not to point a gun in a manner that threatens or endangers an innocent bystander.

24. Generally accepted police practice treats presenting or pointing a firearm at a human being as an escalation and not as a means of identifying oneself as an officer.

25. Officers are trained that presenting a firearm, including holding a firearm at the ready, is appropriate only in limited circumstances, such as a high-risk felony stop, clearing a building when the officers reasonably believe that the building may contain a threat, or when the officers are interacting with an individual that they reasonably believe is armed and dangerous.

26. It is generally accepted that officers should report uses of force, particularly those involving firearms, to a supervisor or other law enforcement official. Such reports should include a detailed account of the type and degree of force used; any immediate threat of physical harm to the officer or others in the vicinity; any other relevant circumstances present and known to the officer at the time; any injuries to the officer or others; and any other justification for the use of force.

**Application of Principles**

27. I have reviewed evidence provided to me by the Hennepin County Attorney's Office, including the charging document in this case, the notice of removal and an opposition to removal, police reports, transcripts of witness interviews, several policy documents created by the Department of Homeland Security, and several videos. Based on that review, I offer the following views based on my understanding of the relevant facts.

28. Officers are trained that, absent an emergency or exigent circumstances, they should not drive on the shoulder of a highway outside the clearly marked traffic lanes.

29. In conducting a traffic stop or arrest, it is generally accepted police practice for an officer to call for assistance from other officers if the officer cannot safely and efficiently conduct the traffic stop or arrest himself—including if the officer is driving a vehicle without the markings, lights, or sirens necessary to conduct the traffic stop or arrest in a manner that ensures the safety of the officer and others on the roadway. It is not consistent with generally accepted police practice for an officer to engage in emergency vehicle operations if the officer's own vehicle is not equipped with lights or sirens.

30. Officers are trained not to present or point a firearm at another motorist while operating a vehicle. It is not consistent with generally accepted police practice for an officer to present or point a firearm at another motorist while driving and when the use of deadly force is not justified.

31. Presenting or pointing a firearm while driving compromises an officer's ability to control and safely navigate his vehicle. More significantly, presenting or pointing a firearm while driving carries a significant risk of accidental discharge and poses an inherent danger to the officer, occupants of his vehicle, other motorists, passengers, and pedestrians.

32. Based on the evidence I have reviewed, an objectively reasonable officer would not perceive an immediate threat of physical harm or death to the driver of the black Ford Expedition (who I understand to be an officer) or to others. Absent the presence of an immediate threat of physical harm or death to the officer or others, no circumstances suggest that the use of force or a threat of force would be objectively reasonable.

33. Based on the evidence I have reviewed, even if the driver of the black Ford Expedition (who I understand to be an officer) perceived an immediate threat of physical harm from the motorist driving next to him, the officer is obligated to consider the presence of the motorist's passenger located between the officer and the motorist, the passenger in the officer's own vehicle, and other motorists on the highway. Particularly given the risks to these other individuals, and because the officer's own moving vehicle does not provide a stable platform from which to point or shoot a firearm, it is not consistent with generally accepted police principles and practice for the officer to point a firearm at the other motorist.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this date: 7/4/2026

Respectfully submitted,

Signed by:

Ian T. Adams

FE35F52F043440D

Ian T. Adams, Ph.D

# Ian T. Adams, Ph.D.

Assistant Professor, Dept. of Criminology & Criminal Justice
University of South Carolina
ian.adams@sc.edu 0000-0001-5595-8070 ianadamsresearch.com | *Updated:* Jul. 3, 2026

## Education

### University of Utah

*Department of Political Science*, Ph.D. 2022

*Programs of Public Affairs*, Masters of Public Administration 2017

*Eccles School of Business*, B.A. Marketing 2003

## Academic Positions

Assistant Professor (faculty page) | University of South Carolina 2022–>

Senior Research Advisor | EPPS Program[1] | Joseph F. Rice School of Law 2023–>

### Academic Affiliations

*Police Practice & Research: An International Journal*

Senior Managing Editor (2025 →)
Managing Editor (2022–2025)

Research Advisory Committee | International Association of Chiefs of Police 2025–>

Council on Criminal Justice 2025–>

Artificial Intelligence in Criminal Justice Taskforce (CCJ) 2025

*Justice Quarterly* | Editorial Board 2026-2028

*Evidence Base* | Editorial Board Member 2025–>

LEADS[2] Academic | National Institute of Justice 2023–2026

Co-Founder | PAPER Lab[3] | University of Utah & University of South Carolina 2023–>

Affiliate | Police Staffing Observatory | Michigan State University 2023–>

Affiliate | GRAIL Lab[4] | Purdue University 2023–>

Co-Founder | Interdisciplinary Policing Workshop 2023–>

University of Utah March 27-28, 2023
University of Utah February 23-24, 2024

[1] Excellence in Policing & Public Safety
[2] Law Enforcement Advancing Data and Science
[3] Police Accountability and Policy Evaluation Research
[4] Governance and Responsibility AI Lab

| | |
|---|---|
| University of South Carolina | February 28 - March 1, 2025 |
| Texas State | February 27-28, 2026 |

### Relevant Past Positions

| | |
|---|---|
| Associate Instructor \| University of Utah | 2019-2022 |
| Graduate Assistant \| University of Utah | 2017-2019 |
| Executive Director \| Utah Fraternal Order of Police | 2016-2022 |
| Law Enforcement Officer \| Utah | 2007-2016 |
| Corrections Officer \| Utah | 2004-2007 |

## Publications

From Google Scholar Profile: Total citations 2170, h-index 24, i10-index 38.

### Books

1. Laura Huey, Lorna Ferguson, & Ian T. Adams. (*Forthcoming* 2026). *Future Policing: Technology and Transformation*. Taylor & Francis/Routledge. Book

### Peer Reviewed Scientific Journal Articles

1. Marc Olson & Ian T. Adams. (2026). Tough Shift: The Temporal Dynamics of Police Discretion. *Journal of Quantitative Criminology*. Journal
2. Ian T. Adams, Kyle Mclean, Paige Vaughn, Alexis R. Fabila, & Geoffrey P. Alpert. (2026). Bad Is Bad, Good Is Not Bad, and Great Is Good: Validating AI Classifications of Police Professionalism. *Evidence Base*. Journal.
3. Scott M. Mourtgos, Ian T. Adams, Kyle McLean, Seth Stoughton, & Geoffrey P. Alpert. (2026). Assessing "Reasonable" Police Uses of Force after *Barnes v. Felix*: How Time Framing Affects Public Perceptions. *Police Quarterly*. Journal
4. Chandler Robinson, Matthew Logan, Brandon Dulisse, Ian T. Adams, & Mark Morgan. (2026). Restorative justice and the evidence hierarchy: Implications for policy and practice. *Evidence Base*, 0(0). Journal
5. Elizabeth Quinby, T.J. Geary, Matt Logan, Ian Adams, & Kyle McLean. (2026). "Emotional Intelligence, Policing, and the Military Veteran Influence." *Armed Forces & Society*. Journal
6. Ian T. Adams. (2026). "Experimentally Falsifying Ghost Criminology: Exercising Rigor, Exorcising Residue." *Theory & Society 0(0)*. Journal.
7. Chandler Robinson, Ian T. Adams, Matt Logan, & Pete Blair. (2026). "AI-Generated Human Stimuli for Experimental Social Science." *Journal of Experimental Criminology 0(0)*. Journal.
8. Scott M. Mourtgos & Ian T. Adams.(2026) "Recalibrating the risk of false confession wrongful convictions: Interrogation tactics and inverse probability." *Journal of Criminal Justice 0(0)*. Journal.
9. Matt Logan, Joshua Long, Brandon Dulisse, Mark Morgan, & Ian T. Adams. (2026). "The Foundational Deficits of Correctional Rehabilitation." *Evidence Base 0(0)*. Journal

10. Scott M. Mourtgos, Ian T. Adams, Kyle McLean, & Geoffrey P. Alpert. (2026). "Risk and Public Judgments on Police Pursuits: A Nationally Representative Conjoint Experiment." *Police Quarterly 0(0)*. Journal

11. Ian T. Adams, Kyle McLean, & Geoffrey P. Alpert. (2026). "Improving police behavior through artificial intelligence: Pre-registered experimental results in two large U.S. agencies." *Criminology 64(2)*. Journal

12. Logan Somers, Natalie Todak, Scott Mourtgos, & Ian T. Adams. (2026). Through Thick and Thin: Comparing Traditional Qualitative Analysis and Natural Language Processing Techniques Using Narrative Data from Police Officers. *Justice Quarterly 43(3)*, 754-774. Journal

13. Kaylyn Schiff, Daniel Schiff, Bryant Moy, Josh McCrain, Scott Mourtgos, & Ian T. Adams. (2025). "Does Civilian Oversight Impact Police Legitimacy?" *PNAS Nexus 4(9)*. Journal

14. Hunter Boehme, Marc Olson, Ian T. Adams, Cannon Fulmer. (2025). "Shootings, Seizures, and Speed: A Quasi-Experimental Study of Gunshot Detection Technology in a Mid-Sized Capital City." *Crime Science 14(14)*. Journal

15. Ian T. Adams, Seth Stoughton, Brandon Del Pozo, Irick A. Geary, Marc Olson, & Geoffrey P. Alpert. (2025). "Forced Science: A Critical Appraisal of the Scientific Rigor of 'Force Science' Policing Research." *Police Quarterly 29(2)*, 159–197. Journal

16. Ian T. Adams, Marc Olson, Lois James, Brandon Tregle, Hunter M. Boehme. (2025) "Fuck: Public Opinion." *Police Quarterly 29(1)*, 70-97. Journal

17. Hunter Boehme, Ian T. Adams, Matt Barter, Irick A. Geary, Jr., & Kyle McLean (2025). "Writing at the Speed of Hype: Officers' Post-Experimental Perceptions of AI Report Writing." *Journal of Experimental Criminology*. Journal

18. Brandon Del Pozo, Rose Nevill, Javier Cepada, Ian T. Adams, Alina Whiteside, & Erin Thompson. (2025). "Why innovations in policing don't work or don't translate: An implementation science survey of US police leaders." *Police Practice & Research: An International Journal 27(1)*, 110-130. Journal

19. Ian T. Adams (2025). "Automation and Artificial intelligence in Police Body-worn Cameras: Experimental evidence of impact on perceptions of fairness among officers." *Journal of Criminal Justice*, 97. Journal

20. Ian T. Adams, Josh McCrain, Daniel Schiff, Kaylyn Jackson Schiff, & Scott M. Mourtgos (2025). "Police Reform from the Top Down: Experimental Evidence on Police Executive Support for Civilian Oversight." *Journal of Policy Analysis and Management*, *44(2)*. Journal

21. Ian T. Adams, Matt Barter, Kyle McLean, T.J. Geary, & Hunter Boehme (2024). "No Man's Hand: Artificial Intelligence Does Not Improve Police Report Writing Speed." *Journal of Experimental Criminology, 0(0)*. Journal

22. Brandon Del Pozo, Steven Belenko, Faye Taxman, Robin Engel, Jerry Ratcliffe, Ian T. Adams, & Alex Piquero (2024). "Then a Miracle Occurs: Cause, Effect, and the Heterogeneity of Criminal Justice Research." *Journal of Experimental Criminology,* 21, 689-713. Journal

23. Scott M. Mourtgos, Ian T. Adams, Josh McCrain, Kaylyn Jackson Schiff, & Daniel S. Schiff (2024). "Speaking of Reform: Experimental Insights into Influencing Police Executives'

Perspectives on Civilian Oversight." *Criminology & Public Policy, 23(3)*, 689-720. Journal

24. Ian T. Adams (2024). "Fuck: The Police." *Police Quarterly, 28(1)*, 3-44. Journal. *AKA* "The Police Profanity Study" pre-registration

25. Scott Mourtgos, Ian T. Adams, & Justin Nix (2024). "Staffing Levels are the Most Important Factor Influencing Police Response Times". *Policing: A Journal of Policy and Practice*, 18. Journal

26. Matt Logan, Ian T. Adams, & Sharon Mastracci (2024). "The protective effects of prior military service on burnout in criminal justice professions: A multi-agency comparison." *Psychology, Public Policy, and Law 30(1)*, 7-21. Journal

27. Hunter Boehme, Ian T. Adams, Christi Metcalfe, Peter Leasure, & Melissa Nolan (2024). "Does Scientific Research Change Minds? Linking Criminology and Public Perceptions of Policing." *Criminology & Public Policy 23(1)*, 201-224. Journal

28. Kaylyn Schiff, Daniel Schiff, Ian T. Adams, Josh McCrain, & Scott Mourtgos (2023). "Institutional Factors Driving Citizen Perceptions of AI in Government: Evidence from a Survey Experiment on Policing." *Public Administration Review 0(0)*. Journal

29. Ian T. Adams, Scott Mourtgos, & Justin Nix (2023). "Turnover in Large US Policing Agencies Following the George Floyd Protests." *Journal of Criminal Justice 88(0)*. Journal

30. Hunter Boehme, Ian T. Adams, & Peter Leasure (2023). "Weeding out the Truth: A Survey Experiment on the Role of Scientific Evidence in Shaping Public Opinion on Marijuana Policy." *Journal of Criminal Justice 87(0)*. Journal.

31. Kyle Mclean, Justin Nix, Seth W. Stoughton, Ian T. Adams, & Geoffrey Alpert (2023). "An Experimental Look at Reasonable Suspicion and Police Discretion." *Policing: An International Journal, 46(3)*. Journal

32. Ian T. Adams, Scott Mourtgos, Kyle McLean, & Geoffrey Alpert. (2023). "Defanged." *Journal of Experimental Criminology, 0(0)*. Journal

33. Ian T. Adams, Scott Mourtgos, Christopher Simon, & Nicholas Lovrich. (2023). "If the Face Fits: Predicting Future Promotions from Police Cadets' Facial Traits." *Journal of Experimental Criminology, 0(0)*. Journal

34. Scott Mourtgos, Ian T. Adams, & Justin Nix. (2022). "Elevated Police Turnover following the Summer of George Floyd Protests: A Synthetic Control Study." *Criminology & Public Policy, 21(1)*, 9-33. Journal

35. Scott Mourtgos, Ian T. Adams, & Sam Baty. (2022). "Challenging the Ordinality of Police Use-of-Force Policy." *Criminal Justice Policy Review, 33(2)*, 119-147. Journal

36. David Carter, Ian T. Adams, Seth Wright, & Tyler Scott. (2022). "Appraising the Administrative Burden of USDA Organic Certification: A Descriptive Analysis of Notice of Noncompliance Data." *Journal of Agriculture, Food Systems, and Community Development, 11(2)*, 235-242. Journal

37. Justin Nix, Tara Richards, Scott Mourtgos, & Ian T. Adams. (2021). "Comparing 911 and Emergency Hotline Calls for Domestic Violence in Seven Cities: What Happened When People Started Staying Home Due to COVID-19?" *Criminology & Public Policy, 20(3)*, 573-591. Journal

38. Ian T. Adams, Scott Mourtgos, & Sharon Mastracci. (2021). "High-Stakes Administrative Discretion: What Drives Body-Worn Camera Activations?" *Public Administration Review, 81(4)*, 691-703. Journal
39. Sharon Mastracci & Ian T. Adams (2021). "Fitter, Happier: Smiling Display Rules in Policing." *Journal of Police and Criminal Psychology, 36(3)*, 592-602. Journal
40. Scott Mourtgos, Ian T. Adams, & Sharon Mastracci (2021). "Improving Victim Retention and Police-Victim Interactions in Rape Investigations: A Longitudinal Assessment of a Brief Training." *Journal of Criminal Justice, 74*, 101-118. Journal
41. Scott Mourtgos & Ian T. Adams. (2021). "COVID-19 vaccine program eliminates law enforcement workforce infections: A Bayesian Structural Time Series Analysis." *Police Practice and Research, 22(5)*, 1557–1565. Journal
42. Scott Mourtgos & Ian T. Adams, Justin Nix, & Tara Richards (2021). "Mandatory Sexual Assault Kit Testing Policies and Arrest Trends: A Natural Experiment." *Justice Evaluation Journal, 22(5)*, 145-162. Journal
43. Sharon Mastracci & Ian T. Adams (2021). "Women's Representation in State Politics: Linking Descriptive and Substantive Representation to Health and Economic Policy Outcomes." *Journal of Public Management and Social Policy, 28(1)*. Journal
44. Ian T. Adams & Sharon Mastracci (2020). "Contrasting Emotional Labor in Civilian and Sworn Criminal Justice Employees." *Policing: An International Journal, 43(2)*, 314-329. Journal
45. Sharon Mastracci & Ian T. Adams (2020). "It's not Depersonalization, it's Emotional Labor: Examining surface acting and use-of-force with evidence from the U.S." *International Journal of Law, Crime and Justice, 61*, 100358. Journal
46. Scott Mourtgos & Ian T. Adams (2019). Assessing Public Perceptions of Police Use-of-Force: Legal Reasonableness and Community Standards. *Justice Quarterly, 37(5)*, 869–899. Journal
47. Ian T. Adams & Sharon Mastracci. (2019). "Police Body-Worn Cameras: Development of the Perceived Intensity of Monitoring Scale." *Criminal Justice Review, 44(3)*, 386–405. Journal
48. Scott Mourtgos & Ian T. Adams (2019). "The rhetoric of de-policing: Evaluating open-ended survey responses from police officers with machine learning-based structural topic modeling." *Journal of Criminal Justice, 64(C)*, 1–1. Journal
49. Scott Mourtgos & Ian T. Adams. (2019). "The Effect of Prosecutorial Actions on Deterrence: A County-Level Analysis." *Criminal Justice Policy Review, 31(4)*, 479-499. Journal
50. David Carter, Samantha Mosier, & Ian T. Adams. (2019). "How Values Shape Program Perceptions: The"Organic Ethos" and Producers' Assessment of U.S. Organic Policy Impacts." *Review of Policy Research, 36(3)*, 296-317. Journal
51. Sharon Mastracci & Ian T. Adams. (2019). "Emotional Labour in Non-Governmental Organisations: Narrative Analysis and Theory Expansion." *International Journal of Work Organisation and Emotion, 10(1)*, 1-18. Journal
52. Sharon Mastracci, & Ian T. Adams. (2019). "Is Emotional Labor Easier in Collectivist or Individualist Cultures? An East–West Comparison." *Public Personnel Management, 48(3)*, 325–344. Journal

53. Ian T. Adams & Sharon Mastracci. (2018). "Police Body-Worn Cameras: Effects on Officers' Burnout and Perceived Organizational Support." *Police Quarterly, 22(1)*, 5-30. Journal

54. Sharon Mastracci & Ian T. Adams. (2018). "That's what the Money's for: Alienation and Emotional Labor in Public Service." *Administrative Theory and Praxis, 40(4)*, 304-319. Journal

55. Ian T. Adams & Sharon Mastracci. (2017). "Visibility is a Trap: The Ethics of Police Body-Worn Cameras and Control." *Administrative Theory & Praxis, 39(4)*, 313-328. Journal

### Invited Articles

1. Padilla, K., & Adams, I. T. (2026). Special Issue on Technology in Policing: The Tool is Only Part of the Equation. *Applied Police Briefings*, 3(Summer).

2. Boehme, H. M., Olson, M., Adams, I. T., & Fulmer, C. (2026). Gunshot Detection Technology in a Mid-Sized Agency: More Detections, Seizures, and Faster Recoveries. *Applied Police Briefings*, 3(Summer).

3. Somers, L. J., Todak, N., Mourtgos, S. M., & Adams, I. T. (2026). Through Thick and Thin: Comparing Traditional Qualitative Analysis and Natural Language Processing Techniques Using Narrative Data from Police Officers. *Applied Police Briefings*, 3(Summer).

4. Geary, I. A. Jr., Adams, I. T., Stoughton, S., Del Pozo, B., Olson, M., & Alpert, G. P. (2026). When "Science" Isn't Scientific: What Police Leaders Should Know about Force Science. *Applied Police Briefings*, 3(Spring). Journal

5. Mourtgos, S. M., & Adams, I. T. (2026). From Academia to Action: How Police Leaders Translate Evidence on the Ground. *NIJ LEADS Special Issue*, 123–139. Journal

6. Padilla, K. E., & Adams, I. T. (2025). Emerging tools and technologies and the future of policing Research: An introduction. *Police Practice and Research, 0(0)*, 1–5. Journal Special Issue

7. Irick A. Geary, Jr., Ian T. Adams, Matt Barter, Kyle McLean, & Hunter M. Boehme. (2025). "Does Artificial Intelligence Speed Up Police Report Writing Times? No." *Applied Police Briefings, 2(2)*. Journal

8. Mourtgos, S. M., Adams, I. T., & Nix, J. (2024). "Elevated Police Turnover Following the Summer of George Floyd Protests." *Applied Police Briefings, 1(2)*. Journal

9. Adams, I., Mourtgos, S., & Wilson, J. (2024). Guest editorial: Police staffing: global perspectives and local realities. *Policing: An International Journal, 47(5)*, 721–724. Journal Special Issue.

10. Ian T. Adams (2019). "Andrew G. Ferguson, *The Rise of Big Data Policing: Surveillance, Race, and the Future of Law Enforcement* (New York, NY: NYU Press, 2017). 272 Pp. $28.00 (Hardcover), ISBN: 1479892823." *Public Administration Review 79(5)*: 791–93. Journal, Book Review

### Book Chapters

1. Alexis Fabila, Ian T. Adams, & Kyle McLean. (*Forthcoming* 2026). Large Language Model Technologies in Policing: Early Lessons in Artificial Intelligence from Research and Practice.

*In* Huey, L., Ferguson, L. and Adams, I.T. (Eds.), *Future Policing: Technology and Transformation*. Taylor & Francis/Routledge.

2. Huey, L., Ferguson, L., & Adams, I.T. (*Forthcoming* 2026). The Future is Now: An Introduction. *In* Huey, L., Ferguson, L. and Adams, I.T. (Eds.), *Future Policing: Technology and Transformation*. Taylor & Francis/Routledge.
3. Justin Nix, Ian T. Adams, & Josh M. McCrain (*forthcoming* 2026). Measuring and Studying Officer-Involved Shootings in the U.S.: Comparing Estimates from Multiple Open-Source Registries. *In* L. Xue, J. Rosenberger, and C. Loeffler (Eds.), [*Title and page numbers TBD*]. Taylor & Francis/CRC Press.
4. Ian T. Adams, Scott M. Mourtgos, & Geoffrey P. Alpert (2025). Police use of force. *In*, Regoeczi, W., & Miethe, T. D. (Eds.), *Research Handbook on Violent Crime and Society* (511–526). Edward Elgar Publishing. Link
5. Mastracci, S., & Adams, I. T. (2025). Managing Identity Using Emotional Labor in Sex-Typed Public Service Occupations. In N. M. Elias, M. H. Holmes, & M. J. D'Agostino (Eds.), *Making Sense of Identity and Equity in Public Sector Workplaces*. Routledge. Link
6. Ian T. Adams & Geoffrey Alpert (2023). Use of Force in Policing. *In* H. Pontell (Ed.), *Oxford Research Encyclopedia of Criminology and Criminal Justice*. New York and Oxford: Oxford University Press. Link
7. Scott Mourtgos & Ian T. Adams (2023). Police Proactivity in an Era of Pandemic and Protest. *In* M. Deflem (Ed.), *Crime and Social Control in Pandemic Times*. Emerald Publishing. Link
8. Scott Mourtgos, Ian T. Adams & Sharon Mastracci (2021). Improving Victim Retention and Officer Response in Rape Investigations. *In* E. Arble & B. Arnetz (Eds.), *Interventions, Training, and Technologies for Improved Police Well-Being and Performance*. IGI Global. Link
9. Ian T. Adams & Sharon Mastracci (2020). Hidden in Plain Sight: Contrasting Emotional Labor in Civilian and Sworn Criminal Justice Employees. *In* J. Phillips, C. Westaby, A. Fowler, & J. Waters (Eds.), *Emotional Labour in Criminal Justice and Criminology* (pp. 185-195). Routledge. Link
10. Sharon Mastracci & Ian T. Adams (2019). Trending Interconnectedness: The Value of Comparative Analysis. *In* M.E. Guy, S.H. Mastracci, & S.-B. Yang (Eds.), *The Palgrave Handbook of Global Perspectives on Emotional Labor in Public Service* (pp. 51–79). Springer International Publishing. Link
11. Sharon Mastracci & Ian T. Adams (2019). Understanding Emotional Labor at the Cultural Level. *In* M.E. Guy, S.H. Mastracci, & S.-B. Yang (Eds.), *The Palgrave Handbook of Global Perspectives on Emotional Labor in Public Service* (pp. 119–148). Springer International Publishing. Link
12. Sharon Mastracci, Ian T. Adams, & Ning Kang (2019). The UK. *In* M.E. Guy, S.H. Mastracci, & S.-B. Yang (Eds.), *The Palgrave Handbook of Global Perspectives on Emotional Labor in Public Service* (pp. 423–453). Springer International Publishing. Link

### Dissertation

Adams, Ian (2022). Modeling Officer Perceptions of Body-Worn Cameras: A National Survey
Ph.D., The University of Utah.

## Teaching

### Assistant Professor — University of South Carolina

Independent Study: PhD Policing Research (CRJU 792) — Spring 2026

Research Design in Criminology and Criminal Justice (CRJU 814)

- In-person — Fall 2025

Evidence Based Policing (LAWG 702)

- Hybrid — Fall 2025

Policing (CRJU 311)

- Online — Fall 2024
- Online — Spring 2024
- Online — Summer 2023

Criminal Law (CRJU 314)

- In-person — Fall 2023
- In-person — Spring 2023
- In-person — Fall 2022

Policing Practice and Problems (CRJU 711)

- In-person — Spring 2025
- In-person — Spring 2023

Senior Honors Thesis (SCHC 499)

- Primary Advisor — Spring 2024
- Primary Advisor — Fall 2023

## Grant & Funding Activity

### Awarded

My teams have been awarded **$3,553,589** in external funding, in the projects listed below.

1. Scott Mourtgos (PI), Eric Dlugolenski (co-PI), Ian Adams (co-PI), Jerry Ratcliffe (co-PI) (2025). "An Evaluation of Drone as First Responder Programs in U.S. Policing." Arnold Ventures Funding. **$293,110**
2. Ian Adams (PI), Seth Stoughton (co-PI), & Geoff Alpert (co-PI), (2024). "Virtual Reality Training Development for Law Enforcement." Bureau of Justice Assistance, in Award #15PBJA-23-GK-06160-VIRT. **$558,750**

3. Ian Adams (PI), Josh McCrain (co-PI), Kaylyn Jackson Schiff (co-PI), & Daniel Schiff (co-PI), (2024). "LEAD-R: Law Enforcement Administrative Data for Research." Arnold Ventures Funding. **$184,374**.
4. Ian Adams (PI) and Josh McCrain (co-PI) (2024). "Interdisciplinary Policing Workshop, Third Annual (2025)." Arnold Ventures Funding. **$63,628**.
5. Geoff Alpert (PI), Ian Adams (co-PI), & Kyle McLean (co-PI) (2024). "Evaluating Implementation & Impact of Automated Body-Camera Review on Officers' Professionalism and Behavioral Outcomes." Arnold Ventures Funding. **$357,727**.
6. Josh McCrain (PI), Ian Adams (co-PI), Kaylyn Jackson Schiff (co-PI), & Daniel Schiff (co-PI) (2023). "Policing Leadership and Accountability: Harnessing Big Data and Causal Inference for Evaluating Police Reform Practices." National Institute of Justice, Award #15PNIJ-23-GG-05487-RESS. **$972,083**.
7. Hunter Boehme (PI), Ian Adams (Co-PI), Gabrielle O'Keefe, Irick Geary, Scott Mourtgos, & Heather Prince (2023). "A longitudinal cohort mixed methods study of the impact of mental health on retention and turnover among early career police officers in South Carolina." National Institute of Justice, Award #15PNIJ-23-GG-05499-RESS **$1,000,000**.
8. Geoff Alpert (PI), Ian Adams (co-PI), Kyle Mclean, & Michael White (2023). "The Effect of Automated Body-Camera Review on Officers' Professionalism and Behavioral Outcomes." Arnold Ventures Funding. **$94,621**.
9. Josh McCrain, Ian Adams, Kaylyn Jackson Schiff, & Daniel Schiff (2023). "A Scalable Approach to Estimating Public Opinion in Microgeographies: Multilevel Regression and Poststratification." Innovations in Measuring Community Perceptions Challenge. National Institute of Justice **$2,500**.
10. Josh McCrain (PI), Ian Adams (co-PI), & Scott Mourtgos (2022). "Policing Policy, Reforms, and Human Capital." University of Utah, Research Incentive Grant. **$26,796**.

### Selected Honors

1. Emerging Scholar Award. Academy of Criminal Justice Sciences, Police Section. 2026
2. Outstanding Early Career Experimental Criminologist Award. American Society of Criminology, Division of Experimental Criminology 2025
3. Best Paper on Public Policy Award. American Political Science Association (APSA, Public Policy Section).[5] 2025
4. McCausland Faculty Fellowship. University of South Carolina. 2025
5. Outstanding Faculty Publication. Department of Criminology & Criminal Justice, University of South Carolina.[6] 2025
6. Early Career Award. American Society of Criminology, Division of Policing. 2024
7. LEADS Academic Program. National Institute of Justice. 2023-2025

[5] Kaylyn Schiff, Daniel Schiff, Bryant Moy, Josh McCrain, Scott Mourtgos, & Ian T. Adams. (2025). "Does Civilian Oversight Impact Police Legitimacy?" *PNAS Nexus 0(0)*.

[6] Ian Adams (2024). "Fuck: The Police." *Police Quarterly*, 28(1).

8. Best Paper Award by Graduate Student, (from journal)[7] 2022.
9. Best Paper Award for Later-Career Scholars (from journal)[8] 2022
10. Best Graduate Student Paper Award, Dept. of Political Science, University of Utah[9] 2022
11. Laverne Burchfield Award (best book review in *Public Administration Review*)[10] 2020

## Professional and Public Facing Communication

### Invited Academic Talks

"How AI is Reshaping Policing & Criminal Justice." Criminal Justice Fly-In. *National Public Radio (NPR)*. Washington, DC. June 9, 2026.

"Improving Transparency, Efficiency, and Outcomes Through Responsible Tech & AI." The South and the Next 250. Atlanta, Georgia. May 14, 2026.

"Police Profanity, Force Science, and Artificial Intelligence in Policing." Iowa FBI National Academy Associates Annual Retraining. Clear Lake, Iowa. April 22, 2026.

"Three Early Lessons on Artificial Intelligence in Policing." Police Executive Research Forum Annual Meeting. Los Angeles, California. April 16, 2026.

"Finding Goldilocks in the Fourth Amendment: Public Judgment and the Challenge of Democratic Policing." Federalist Society at William & Mary Law School. Williamsburg, Virginia. April 9, 2026.

"Avertogenic Thinking." School of Criminal Justice and Criminology, Texas State University. San Marcos, Texas. February 26, 2026.

"Briefing on Artificial Intelligence." SEARCH, The National Consortium for Justice Information and Statistics. February 3, 2026.

"AI & Policing: A Strategic Briefing for the South Carolina Law Enforcement Division (SLED) Command Staff." SLED Command Staff Retreat. January 10, 2026.

"AI in Policing." Engineers and Scientists Acting Locally. Jan 8, 2026.

"Final Frame: Time and Context in Public Determinations of Reasonableness." Prosecutors Alliance Annual Meeting. November 18, 2025.

"Magic or Measurable? Experimental Evidence on the Uneven Effects of Artificial Intelligence in Policing." RTI/COPS Webinar. October 27, 2025.

[7] Scott Mourtgos, Ian Adams, & Justin Nix (2022). "Elevated Police Turnover following the Summer of George Floyd Protests: A Synthetic Control Study." *Criminology & Public Policy, 21(1)*, 9-33.

[8] Justin Nix, Tara Richards, Scott Mourtgos, & Ian Adams (2021). "Comparing 911 and Emergency Hotline Calls for Domestic Violence in Seven Cities: What Happened When People Started Staying Home Due to COVID-19?" *Criminology & Public Policy, 20(3)*, 573-591.

[9] Scott Mourtgos, Ian Adams, & Sam Baty (2022). "Challenging the Ordinality of Police Use-of-Force Policy." *Criminal Justice Policy Review, 33(2)*, 119-147.

[10] Ian Adams (2019). "Andrew G. Ferguson, *The Rise of Big Data Policing: Surveillance, Race, and the Future of Law Enforcement* (New York, NY: NYU Press, 2017). 272 Pp. $28.00 (Hardcover), ISBN: 1479892823." *Public Administration Review 79(5)*: 791–93.

"Experimental Evidence on Artificial Intelligence in Policing." National Governor's Association, Consortium of State Public Safety Executives. Webinar. October 23, 2025.

"Magic or Measurable? Experimental Evidence on AI's Uneven Effects in Policing." Virtual Crime Economics (ViCE) Seminar Series. September 4, 2025.

"Does AI Improve Police Report writing speed? First experimental evidence." For the LEADS AI Summit. July 14, 2025.

"Does it work? The Power and Complexity of RCTs in Policing." Police Research & Advancement Section, *of the* International Association of Chiefs of Police. May 7, 2025.

"Blue Language: Condemning, Celebrating, Understanding, and Regulating Police Profanity." Justice Clearinghouse. January 30, 2025.

"Forced Science: Does 'Force Science' Belong in the Courtroom?" Prosecutors Alliance. Georgia Bar Association, Atlanta, Georgia. November 18, 2023.

"Appropriate Use of Expert Witnesses." Prosecutors Alliance. Berkeley Law School, California. November 3, 2023.

"Small Thoughts on Policing." Keynote, Policing Section. *CrimCon* 2023 Annual Conference. Oct. 16, 2023.

"Policing People: Policy, Politics, and Problems of the Modern Police Agency." Rombach Institute on Crime, Delinquency and Corrections, School of Government & Public Policy, University of Arizona. April 20, 2022.

"Hidden in Plain Sight: Contrasting Emotional Labor & Burnout in Civilian and Sworn Law Enforcement Employees." Helena Kennedy Centre for International Justice. Department of Law and Criminology at Sheffield Hallam University. Sheffield, United Kingdom. March 18, 2019.

"Expanding Emotional Labor: Researching the 'Meaner than Mean'." Rory and Elizabeth Brooks Doctoral College 2018/2019 Masterclass. Global Development Institute at the University of Manchester. Manchester, United Kingdom. March 15, 2019.

## Public and Practitioner Criminology

1. Barter, M., & Adams, I. T. (2026, April 15). Technology, Trust, and Taxpayer Dollars. *Police Chief Magazine*.
2. Stoughton, S. W., Adams, I. T., Alpert, G. P., Kerlikowse, G., McGough, M. Q., & Noble, J. J. (2026, January 29). What Federal Immigration Enforcement Is Doing Isn't Policing—And It Isn't Normal. *Justia*.
3. Ian Adams, Scott Mourtgos, Kyle McLean, & Geoffrey Alpert. (2025, February 1). All Bark and No Empirical Bite. Police Chief Magazine
4. Ian Adams (2024). Large Language Models and Artificial Intelligence for Police Report Writing. In CrimRxiv. Link
5. Ian Adams, Justin Nix, & Scott Mourtgos (2023, May 15). Stretched Thin. *City Journal*. Link

6. Peter Leasure, Hunter Boehme, Ian Adams, and Douglas Berman (2023, February 10). The Impact of Empirical Research on Public Opinion Regarding Marijuana-Related Policies. Ohio State Legal Studies Research Paper No. 758, Drug Enforcement and Policy Center. Link
7. Ian Adams, Justin Nix, & Scott Mourtgos (2023, February 7). Memphis police numbers dropped by nearly a quarter in recent years – were staffing shortages a factor in the killing of Tyre Nichols? *The Conversation*. Link
8. Ian Adams & Seth Stoughton (2023, February 1). Tyre Nichols' death underscores the troubled history of specialized police units. *The Conversation*. Link
9. Josh McCrain, Ian Adams, Scott Mourtgos, Daniel Schiff, & Kaylynn Jackson Schiff (December 2022). Voters Support Civilian Oversight of Policing. Data For Progress. Link
10. Scott Mourtgos, Ian Adams, & Justin Nix. August 2022. Linking the Workforce Crisis, Crime, and Response Time. *Police Chief Magazine*. Available online.
11. Scott Mourtgos, Ian Adams, & Sam Baty. November 2021. Police use-of-force policies should be replaced by those based more closely on legal principles. London School of Economics, Phelan US Centre. Available online.
12. Justin Nix, Ian Adams, & Scott Mourtgos. Autumn, 2021. "Arresting the Recruitment Crisis." *City Journal*, 344, 4-5. Available online.
13. Ian Adams. June, 2021. "Survey Results of Utah Public Safety Employees." Utah Public Safety Recruitment and Retention, for Representative Matthew Gwynn, Utah House of Representatives.
14. Scott Mourtgos, Ian Adams, Justin Nix, & Tara Richards. 2020. "Code-R Kit Mandatory Testing Experiment." Research Brief for Agency Command Staff. Salt Lake City Police Department.
15. Sharon Mastracci & Ian T. Adams (2020). "Emotional Labor in Emergency Dispatch: Gauging Effects of Training Protocols." *Annals of Emergency Dispatch, 7(3)*, 5-10. Journal
16. Sharon Mastracci & Ian Adams. May, 2019. "Emotional Labor in Emergency Dispatch: Report on a Survey of Call Takers and Dispatchers". University of Utah, p. 1-85. Salt Lake County, Utah. *International Academy of Emergency Dispatch (IAED)*, 418 respondents.
17. Ian Adams. November, 2018. "The Need for Nuanced Research on the Uses and Misuses of Body-Worn Police Cameras." *Scholar Strategy Network*: Key Findings. Available online.
18. Ian Adams & Sharon Mastracci. November, 2018. "Utah Law Enforcement Wellness Project". University of Utah, Utah. Provided for three participating agencies, names withheld.

## Conference Research Presentations (Last Three Years)

| | |
|---|---|
| *Academy of Criminal Justice Sciences* | 2022, 2026 |
| *Interdisciplinary Policing Policy Workshop* | 2023, 2024, 2025 |
| *Police Executive Research Forum* Town Hall | 2025 |
| *American Society of Evidence-Based Policing* | 2023, 2024, 2025, 2026 |
| *American Society of Criminology* | 2021, 2022, 2023, 2024, 2025 |

| | |
|---|---|
| *International Association of Chiefs of Police, Mid-Year Policy Conference* | 2026 |
| *International Association of Chiefs of Police, Research Advisory Committee* | 2023, 2024, 2025 |
| *National Institute of Justice Research Conference* | 2024 |
| *Association for Public Policy Analysis and Management* | 2023 |
| *CrimCon* | 2020, 2023 |
| *European Society of Criminology* | 2023 |
| *Law of Policing Conference* | 2022, 2023 |

### Guest Lectures and Workshops (Last Three Years)

1. "The Unreasonably Difficult Issue of Reasonableness," *for* Professor Justin Nix, University of Nebraska Omaha, March 24, 2026.
2. "Officer Involved Shooting Seminar," *for* Professor Tom Hogan, South Texas College of Law Houston. November 10, 2025.
3. "The Improper use of Scientific Claims in Police Use of Force Cases," *for* Professor Sharon Fairley, in class "Law, Politics, and Policy of Policing," University of Chicago Law School. October 28, 2025.
4. "Artificial Intelligence and Police, Ethics Discussion," *for* Dr. Ashley Mancik, CRJU 3XX, University of South Carolina. April 16, 2025.
5. "Professional Development: Working with External Partners in Research," *for* Dr. Kaitlyn Boyle, CRJU 801, University of South Carolina. March 26, 2025.
6. "Ready to Learn How AI Impacts Police Performance and if it Saves Officers Time Writing Reports?" FBINAA Webinar. October 9, 2024.
7. "AI-powered body worn camera (BWC) analysis and report writing: How to manage legal, privacy and union concerns." Police1 Webinar. July 18, 2024.
8. "Missingness: Solved, Solveable (But Poorly Done), and Unsolved Issues," *for* Criminology & Criminal Justice Graduate Students Association, Quantitative Skills Workshop. University of South Carolina. March 14, 2024.
9. "Policing Policy for Non-CJ Students" POL 120: Introduction to Public Policy, *for* Dr. Daniel Schiff, Purdue University. November 8, 2023.
10. "Parsing the Criminal and Civil Streams of Police Accountability." CRCJ 8040 - Police & Society *for* Dr. Justin Nix, University of Nebraska-Omaha. November 8, 2023.
11. "Utilization and Perspectives on Analytical Tools and BWC Footage." Bureau of Justice Assistance, Technical Training Center, Body-worn Camera Policy and Implementation Center. September 13, 2023.
12. "Transitioning from Coursework to Dissertation." Department of Political Science, University of Utah. Salt Lake City, Utah. March 28, 2023.
13. "Professionalism in Criminology & Criminal Justice," *for* Dr. Geoff Alpert, CRJU 801, University of South Carolina. February 13, 2023.

## Academic Service

### Service to the Profession (Selected)

Special Issue Editor (with Kathleen Padilla), "Special Issue on Technology in Policing: The Tool is Only Part of the Equation," for *Applied Police Briefings Summer 2026.

Special Issue Editor (with Scott Mourtgos and Jeremy Wilson), "Police Staffing: Global Perspectives and Local Realities," for *Policing: An International Journal*. 2025.

Special Issue Editor (with Kathleen E. Padilla), "Emerging Technologies & Tools in Policing Practice," for *Police Practice & Research: An International Journal*. 2025.

Co-founder, Interdisciplinary Policing Policy Workshop. 2023–>

Peer Review (ad hoc). An online record of my peer-review activity, primarily for academic journals in both public administration and criminal justice, is available through Web of Science.

## Current Academic Society Membership

American Society of Criminology

Division of Experimental Criminology
Division of Policing

American Society of Evidence-Based Policing

## Praxis

### Practitioner Teaching

Evidence-Based Policing for the Police Executive

| | |
|---|---|
| Excellence in Policing & Public Safety | March, 2024 |
| Excellence in Policing & Public Safety | April, 2024 |
| Excellence in Policing & Public Safety | October, 2025 |
| University of Pennsylvania Master of Applied Criminology and Police Leadership | March 27, 2026 |

Looking Forward: Evidence on Artificial Intelligence for Police Executives

| | |
|---|---|
| FBI National Academy | May 11, 2023 |
| FBI National Academy | July 27, 2023 |
| FBI National Academy | October 23, 2023 |
| Miami Police Department, Leadership Retreat | January 30, 2024 |
| FBI National Academy | Feb 15, 2024 |
| FBI National Academy | May 9, 2024 |
| FBI National Academy | August 12, 2024 |
| Texas Department of Public Safety | August 26, 2024 |
| FBI National Academy | November 7, 2024 |
| FBI National Academy | April 17, 2025 |
| FBI National Academy | August 7, 2025 |
| Beaufort Police Department (SC) | August 12-14, 2025 |

DC Police Leadership Academy — March 18, 2026

Introduction to US & Utah Constitutions

*Primary Instructor* | Salt Lake City POST — Spring 2022
*Primary Instructor* | Salt Lake City POST — Summer 2021
*Primary Instructor* | Salt Lake City POST — Spring 2021

Criminal Justice & Court Systems

*Primary Instructor* | Salt Lake City POST — Spring 2022
*Primary Instructor* | Salt Lake City POST — Spring 2021

Criminal Code & Elements of Crime

*Primary Instructor* | Salt Lake City POST — Spring 2022
*Primary Instructor* | Salt Lake City POST — Spring 2021

Investigating Police Use-of-Force Training Seminars

*Presenter* | Sandy, Utah. — March 2020
*Co-instructor* | Cedar City, Utah. — June 2018

## Board Positions

*Association of Force Investigators*

Board of Advisors — 2020-current

*International Academies of Emergency Dispatch*

Chair of the Board — 2021-current
Board of Trustees — 2019-current

## Policy and Legislation

1. Artificial Intelligence in Criminal Justice Stakeholders Meeting, with Microsoft. March 8, 2024.
2. Use of Force Review Technical Assistance Summit. Excellence in Policing and Public Safety Program. University of South Carolina Law School. June 19-21, 2023.
3. Listening Session - Criminologists (Expertise in Body-worn Cameras, Use of Force). "Executive Order 14074 — Advancing Effective, Accountable Policing and Criminal Justice Practices To Enhance Public Trust and Public Safety." National Institute of Justice (NIJ) and the Bureau of Justice Assistance (BJA). May 11, 2023.
4. Sen. Jani Iwamoto and Rep. Ryan Wilcox. 2022. SB126 Officer Intervention and Reporting. Bill File. *Language and testimony*.
5. Rep. Matthew Gwynn and Sen. John Johnson. 2022. HB070 Public Safety Disability Benefits. Bill File. *Language and testimony*.
6. Rep. Ryan Wilcox and Sen. John Johnson. 2022. HB345 Public Safety Employee Personal Data. Bill File. *Language and testimony.*

7. Rep. Mike Winder and Sen. Daniel Thatcher. 2022. HB094 POST Council Membership. Bill File. *Language and testimony*.
8. Duty to Intervene Workgroup (2022FL-0071/02). 2021-2022. Utah State Legislature, on behalf of Senator Jan Iwamoto.
9. Utah Legislature, Law Enforcement and Criminal Justice Interim Committee. September 2021. Testimony on Law Enforcement Recruitment and Retention, on behalf of Representative Matthew Gwynn.
10. Utah POST Council. 2021. Statewide K9 Use-of-Force Policy Subcommittee. In reference to SB38.
11. Utah POST Council. 2021. Statewide Use-of-Force Policy Subcommittee. In reference to SB106.
12. Public Safety Recruitment, Retention, and Retirement Working Group. 2021. Utah State Legislature, on behalf of Representative Matthew Gwynn.
13. Rep. Karen Kwan and Senator Daniel Thatcher. 2021. HB0248. Mental Health Support Program for First Responders. Bill file. *Language and testimony*.
14. Rep. Angela Romero and Senator Todd Weiler. 2021. HB0264 Law Enforcement Weapons Use Amendment. 53-13-116. Bill file. *Language and testimony*.
15. Mental Health Protections for First Responders Workgroup (HB154). 2019-2020. Utah State Legislature, on behalf of Representative Karen Kwan.
16. "Utah's Approach to Justice Reinvestment." Presentation to the Idaho Legislature, Criminal Justice Reinvestment Oversight Committee. Boise, Idaho. September 17, 2018.

## Related Certifications

| | |
|---|---|
| Certified Advanced Specialist, *Force Science Institute* | 2020 |
| Basic Force Analyst, *Force Science Institute* | 2015 |
| Tactical Communications Instructor, *California POST* | 2015 |
| Advanced Training Officer | 2014 |
| Utah State Certified K9 Trainer & Handler (Patrol) | 2012 |
| Utah State Certified K9 Trainer & Handler (Narcotics Detection) | 2012 |
| Utah Law Enforcement Officer | 2007 |
| Utah Correctional & Special Functions Officer | 2004 |

## Related Training

| | |
|---|---|
| *Inter-University Consortium for Political and Social Research*, University of Michigan | 2019 |
| Force Investigation Strategies and the Cognitive Interview Process, *AFI* | 2021 |
| Force Science Advanced Specialist Course, *Force Science Institute* | 2020 |
| Body Cameras: Investigations, Policy, and Incident Analysis. *Force Science Institute* | 2017 |
| Adaptive Leadership, *Kem C. Gardner Policy Institute* | 2016 |
| National Mentoring Conference, *University of New Mexico* | 2016 |
| Structural Equation Modeling, Stata Corp. | 2016 |
| FBI Crisis & Hostage Negotiator I and II | 2016 |

| | |
|---|---|
| Crisis Negotiation – Mental Illness Focus, *Salt Lake City PD* | 2016 |
| Crisis Negotiation – DV Focus, *Salt Lake City PD* | 2016 |
| Force Science Institute Analyst | 2015 |
| Peer Support & Crisis Response, *Salt Lake City PD* | 2015 |
| Interview and Interrogation | 2015 |
| Police Mid-Management Certificate | 2014 |
| Senior Police Officer | 2014 |
| Advanced Training Officer | 2014 |
| Police K9 Handler/Trainer (Patrol, Apprehension, Tracking), *Utah POST* | 2012 |
| Police K9 Handler/Trainer (Narcotics Detection) Police, *Utah POST* | 2012 |
| Public Information Officer, *Utah State Emergency Communications* | 2011 |
| Child Abduction Response Team (CART), *Federal Bureau of Investigation* | 2010 |
| Advanced Electronic Investigations, *Federal Bureau of Investigation* | 2009 |

## Academic and Professional Media (Current Year)

1. Fingerhut, H. (2026, July 1). New autopsy of a baby killed by police in Mississippi deepens outrage. *AP News.*
2. Loller, T., & Bates, S. (2026, June 18). Police shooting of a 1-year-old Mississippi boy ignites tension between police and Black residents. *AP News.*
3. Stanley, J. (2026, May 19). Studies Question Value of AI-Assisted Police Reports. American Civil Liberties Union.
4. Pettit, E. (2026, April 8). Lots of Social Science Didn't Replicate. Does That Mean It's Bunk? *The Chronicle of Higher Education.*
5. Sottile, Z. (2026, March 29). Police used AI facial recognition to arrest a Tennessee woman for crimes committed in a state she says she's never visited. *CNN.*
6. Buchele, M. (2026, March 5). Austin Police release new rules that could reduce officer calls to ICE. *KUT Radio*, Austin's NPR Station.
7. Adams, I. T. (Guest Expert), Asher, J. (Host). (2026, March 11). Policing in the Age of AI with Ian Adams [Broadcast]. Jeff-alytics Podcast.
8. Einbinder, Nicole. (2026, March 9). "AI Cameras Are Everywhere — and People Are Paying the Price for Their Mistakes." *Business Insider*.
9. Kaste, Martin. (2026, February 25). Crashes raise concerns about pursuit rules for immigration agents. Morning Edition.*NPR, Morning Edition*.
10. O'Connor, D. (2026, February 24). Maine police use AI software developed by a 19-year-old to write reports. *Bangor Daily News.*
11. McWhorter, J. (2026, January 8). The Normalization of 'FAFO' Might Be Good for English. *The New York Times.*
12. Schumacher, J. (2026, January 30). A shooting, a promised probe, and a public image problem. *WORLD.*
13. Schumacher, J. (2026, January 21). "Outside of the norm." *WORLD.*

14. Lauer, C. (2026, January 15). As immigration agents police Minneapolis protests, experts warn of training gaps and the rising risk. *ABC News*.

15. Schlender, A. S. (2026, January 13). Improving Law Enforcement Behavior through Artificial Intelligence [Broadcast]. In How On Earth. *KGNU*.

16. Lewis, K. (2026, January 9). Protection Detail. *National Affairs*, Winter(66).

17. Runkel, G. (2026, January 8). South Carolina police training limits when officers should shoot at cars. FOX Carolina.

18. Neville, N., & Hemphill, J. (2026, January 8). Hundreds march through downtown Columbia in protest of ICE after killing of Minnesota woman. WIS TV.