**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# EVIDENTIARY HEARING

| | |
|---|---|
| STATE OF MINNESOTA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY DONNELL MORGAN, JR. (1),<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No: 26-cr-112 (1) (NEB)<br>Date: October 9, 2026<br>Court Reporter: Renee Rogge<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Time Commenced: 1:25 p.m. - 3:00 p.m.<br>3:15 p.m. – 5:00 p.m.<br>Time Concluded: 5:00 p.m.<br>Time in Court: 3 hours and 20 minutes |

## APPEARANCES:

Plaintiff: James Pearce, Julie Gegenheimer, Joshua Larson and Morgan Kutz
Defendant: Ryan Pacyga, Marie Pacyga, Rachel Paulose
United States Attorney's Office: Jonathan Myers, Paul Quast and David Fuller
Witness Attorney: Caitlin Hull

**EVIDENTIARY HEARING:**

X Defendant's two witnesses testimony are excused from hearing. The Court ordered the witnesses will be referenced by their initials going forward.

X Defendant's witnesses: Officer Myles Codner and Officer John Parodi

X The hearing is continued to 10/13/26 at 9:00 a.m. in Courtroom 13W of the Minneapolis Federal Courthouse

Date: October 9, 2026

s/KW
Signature of Courtroom Deputy
to Judge Nancy E. Brasel