**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# EVIDENTIARY HEARING

| | |
|---|---|
| STATE OF MINNESOTA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY DONNELL MORGAN, JR. (1),<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No: 26-cr-112 (1) (NEB)<br>Date: October 13, 2026<br>Court Reporter: Renee Rogge<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Time Commenced: 9:00 a.m. – 10:30 a.m.<br>10:45 a.m. – 12:25 p.m.<br>1:30 p.m. – 3:00 p.m.<br>3:20 p.m. 5:20 p.m<br>Time Concluded: 5:20 p.m.<br>Time in Court: 6 hours and 40 minutes |

## APPEARANCES:

Plaintiff: James Pearce, Julie Gegenheimer, and Joshua Larson
Defendant: Ryan Pacyga, Marie Pacyga, Rachel Paulose
United States Attorney's Office: David Fuller

**EVIDENTIARY HEARING:**

X Defendant's witnesses: Officer John Parodi and Officer Gregory Morgan

X Post hearing briefs due: Three weeks after the transcripts are filed. Response briefs are due one week. The Federal Government may file one brief by the first due date.

Date: October 13, 2026

s/KW
Signature of Courtroom Deputy
to Judge Nancy E. Brasel