**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota,<br><br>Plaintiff,<br><br>v.<br><br>Gregory Donnell Morgan, Jr.,<br><br>Defendant. | Case No. 26-CR-112 (NEB)<br><br>**DECLARATION OF ANDREW J. GUBASH** |

**DECLARATION OF ANDREW J. GUBASH**

**STATE OF MINNESOTA** )
)ss.
**COUNTY OF HENNEPIN** )

1. My name is Andrew J. Gubash. I make this declaration upon my personal knowledge of the facts set forth herein.
2. I am a resident of Inver Grove Heights, Minnesota.
3. I am a paralegal with the Upper Midwest Law Center and am authorized to make this declaration on Upper Midwest Law Center's behalf.
4. I am over the age of 18 and competent to testify. I have personal knowledge of the facts stated herein. The purpose of this declaration is to provide true and correct copies of Hennepin County Attorney Mary Moriarty's public comments that were published by her office, along with news reports of Ms. Moriarty's statements, as they appeared when I accessed them on November 9, 2026.

5. On or about November 9, 2026, I personally reviewed these public statements and published materials that are described below. Each is available at the web address identified in this declaration. A true and correct copy of each source, as viewed at the time of the writing of this declaration, is attached as an exhibit to this declaration.

6. Attached as **Exhibit A** is a true and correct copy of a statement titled "Hennepin County Attorney Mary Moriarty statement on law enforcement action in Minneapolis," dated June 4, 2025, downloaded from https://www.hennepinattorney.org/news/news/2025/June/statement-on-law-enforcement-action. In this statement, Ms. Moriarty writes that "ICE is being deployed to terrorize people." She explains the very presence of ICE "alongside local law enforcement causes grievous and irreparable harm." She describes the arrests made by ICE as "masked abductions." Ms. Moriarty writes that the presence of ICE in an immigrant community would keep people from reporting crimes, testifying as witnesses, and seeking help, and finished by calling local agencies to be "clear and transparent" about their role in assisting federal agencies. Mary Moriarty, *Hennepin County Attorney Mary Moriarty Statement on Law Enforcement Action in Minneapolis*, Hennepin Cnty. Att'y (June 4, 2025), https://www.hennepinattorney.org/news/news/2025/June/statement-on-law-enforcement-action.

7. Attached as **Exhibit B** is a true and correct copy of a news release titled "Hennepin County Attorney Mary Moriarty statement on federal action at Government Center," sent by Hennepin County on February 5, 2026, downloaded from https://content.govdelivery.com/accounts/MNHENNE/bulletins/40802c8. This statement was issued following the arrests of two individuals charged with criminal sexual conduct. In the statement she stated that ICE is "degrading public safety." She also said that ICE was "harming crime victims" and that Minnesota Courts must not be used as "staging grounds for federal immigration enforcement." Press Release, Hennepin Cnty., Hennepin County Attorney Mary Moriarty Statement on Federal Action at Government Center (Feb. 5, 2026), https://content.govdelivery.com/accounts/MNHENNE/bulletins/40802c8.

8. Attached as **Exhibit C** is a true and correct copy of a statement titled "Statement from Hennepin County Attorney Mary Moriarty regarding recent DHS proposals," dated February 4, 2026, downloaded from https://www.hennepinattorney.org/news/news/2026/February/boa-statement. In this statement Ms. Moriarty says that the Basic Ordering Agreements proposed by the Department of Homeland Security would violate Minnesota law and describes the offer to pay county sheriffs as "outrageous." She argues that ICE arrests were being conducted through "illegal pathways." She further stated that when law enforcement transfers

the accused to ICE before they are convicted it harms their victims. Mary Moriarty, *Statement from Hennepin County Attorney Mary Moriarty Regarding Recent DHS Proposals*, Hennepin Cnty. Att'y (Feb. 4, 2026), https://www.hennepinattorney.org/news/news/2026/February/boa-statement.

9. Attached as **Exhibit D** is a true and correct copy of a message titled "Message from Hennepin County Attorney Mary Moriarty on state and local law enforcement jurisdiction," dated January 23, 2026, downloaded from https://www.hennepinattorney.org/news/news/2026/January/community-questions. In this message, Ms. Moriarty states "that there is no absolute immunity for ICE agents" and calls the concept that there could be "completely wrong." She also states that she will be conducting oversight on investigations by local law enforcement of "potential unlawful conduct by federal agents." Mary Moriarty, *Message from Hennepin County Attorney Mary Moriarty on State and Local Law Enforcement Jurisdiction*, Hennepin Cnty. Att'y (Jan. 23, 2026), https://www.hennepinattorney.org/news/news/2026/January/community-questions.

10. Attached as **Exhibit E** is a true and correct copy of an opinion piece by Mary Moriarty titled "Mary Moriarty: The better path forward on public safety and immigration," published in the Star Tribune on February 27,

2025, downloaded from https://www.startribune.com/mary-moriarty-the-better-path-forward-on-public-safety-and-immigration/601229005. In this article Ms. Moriarty describes a person who is only identified as "Maria" an "undocumented" mother who is victimized by a past partner and describes the parade of hypothetical horrors she may face because her "former partner may threaten to call ICE." In this opinion Ms. Moriarty writes that the federal administration's approach to immigration makes victims and witnesses afraid to report crimes or participate in prosecutions, and she wrote that the administration "has chosen fearmongering over public safety." Mary Moriarty, *The Better Path Forward on Public Safety and Immigration*, Star Trib. (Feb. 27, 2025), https://www.startribune.com/mary-moriarty-the-better-path-forward-on-public-safety-and-immigration/601229005.

11. Attached as **Exhibit F** is a true and correct copy of a Sahan Journal article by Mohamed Ibrahim, titled "Hennepin County Attorney files felony charges against ICE agent for pointing gun at driver," dated April 16, 2026, as published on sahanjournal.com and downloaded from https://sahanjournal.com/public-safety/hennepin-county-attorney-felony-charges-ice-agent-assault-gun/. In this article Ms. Moriarty is quoted as stating that in charging an ICE agent she was able to reach "an important milestone in our efforts to seek accountability for the harms inflicted on our community during Operation Metro Surge." Mohamed Ibrahim, *Hennepin*

*County Attorney Files Felony Charges Against ICE Agent for Pointing Gun at Driver*, Sahan J. (Apr. 16, 2026), https://sahanjournal.com/public-safety/hennepin-county-attorney-felony-charges-ice-agent-assault-gun/.

12. Attached as **Exhibit G** is a true and correct copy of an article by Elyse Apel, titled "Feds push back on Minnesota prosecution of ICE agent" dated May 19, 2026, as published on The Center Square, downloaded from https://www.thecentersquare.com/minnesota/article_01f12588-7026-4a16-9984-ae4ab8694af8.html. The article reports that in March of 2026 Ms. Moriarty announced she was seeking photos and videos to help identify potentially unlawful behavior by federal agents. She also stated that the state was pursuing more than a dozen additional investigations of federal law enforcement which was described as an "effort to scrutinize federal law enforcement." The article explains that federal immigration officials called Minnesota's prosecution of an ICE agent a "political stunt." Elyse Apel, *Feds Push Back on Minnesota Prosecution of ICE Agent*, Ctr. Square (May 19, 2026), https://www.thecentersquare.com/minnesota/article_01f12588-7026-4a16-9984-ae4ab8694af8.html.

13. Attached as **Exhibit H** is a true and correct copy of a press release titled "The National Police Association Urges the Department of Justice to Intervene in the Local Prosecution of a Federal ICE Agent" dated May 06, 2026, as published on PR Newswire downloaded from https://www.prnewswire.com/news-releases/the-national-police-

association-urges-the-department-of-justice-to-intervene-in-the-local-prosecution-of-a-federal-ice-agent-302763812.html. The article states that Ms. Moriarty does not have a record of impartial enforcement and that her record shows an enforcement agenda built on "ideological opposition to ICE itself." Press Release, Nat'l Police Ass'n, The National Police Association Urges the Department of Justice to Intervene in the Local Prosecution of a Federal ICE Agent, PR Newswire (May 6, 2026), https://www.prnewswire.com/news-releases/the-national-police-association-urges-the-department-of-justice-to-intervene-in-the-local-prosecution-of-a-federal-ice-agent-302763812.html.

14. Attached as **Exhibit I** is a true and correct copy of a transcript from an interview of Hennepin County Attorney Mary Moriarty, which appeared in an MS Now episode titled "Hennepin County Atty responds to Trump DOJ targeting her office." In the episode she was interviewed by Alicia Menendez, Symone Sanders-Townsend and Michael Steele. The show focuses on political news and discussion. The episode aired on January 20, 2026, and the available clip was downloaded from https://www.ms.now/the-weeknight/watch/first-on-ms-now-hennepin-county-county-atty-responds-to-trump-doj-targeting-her-office-other-officials-2482431555884. I watched the video clip on the site on November 9, 2026. I compared the transcript against the video and it is an accurate reflection of the audio. The timestamps provided below refer to the video clip. *Hennepin County Atty*

*Responds to Trump DOJ Targeting Her Office*, *The Weeknight*, MS NOW (Jan. 20, 2026), https://www.ms.now/the-weeknight/watch/first-on-ms-now-hennepin-county-county-atty-responds-to-trump-doj-targeting-her-office-other-officials-2482431555884.

15. In response to Ms. Sanders-Townsend's question at 2:42–3:41, Ms. Moriarty stated that the administration was "not winning that narrative" and was escalating as a result. *Id.* at 3:41. She stated that peaceful protesters were being "ripped out of their cars." *Id.* at 4:15, and that people without white skin "are in danger of being stopped by ICE and profiled." *Id.* at 4:22. She stated that Minnesotans would "resist this" and that the administration was trying to intimidate people who were simply doing their jobs. *Id.* at 5:02–5:12.

16. Attached as **Exhibit J** is a true and correct copy of a KARE 11 report analyzing Ms. Moriarty's prosecution philosophies, downloaded from https://www.kare11.com/article/news/local/breaking-the-news/analyzing-hennepin-county-attorney-mary-moriartys-prosecution-philosophies/89-475dd096-71b8-40af-8eb1-1ddd62c0b544 from October 24, 2023, by Lou Raguse titled "Analyzing recent blows to Mary Moriarty's prosecution philosophies." This report describes the response by a family and court to one of Ms. Moriarty's plea deals. Ms. Moriarty's plea deal offered a suspect involved in the murder of Steve Markey "a slap on the hand and counseling." Ms. Moriarty offered him this deal despite the defendant's

institutional record of outbursts, physical violence and harassment of staff and other residents. After listening to the impact statements of the victim's family the court declined to accept the guilty plea. A Hennepin County prosecutor who worked in the office explained that Ms. Moriarty treated "murder cases and serious robbery cases and serial robbery cases . . . leniently." Lou Raguse, *Analyzing Recent Blows to Mary Moriarty's Prosecution Philosophies*, KARE 11 (Oct. 24, 2023), https://www.kare11.com/article/news/local/breaking-the-news/analyzing-hennepin-county-attorney-mary-moriartys-prosecution-philosophies/89-475dd096-71b8-40af-8eb1-1ddd62c0b544.

17. Attached as **Exhibit K** is a true and correct copy of an article by Deirdre Heavey and Andrew Mark Miller titled "Soros prosecutor ripped for failing to charge Walz staffer over Tesla vandalism: 'Two-tiered justice system'" published by Fox News on April 23, 2025, and downloaded from https://www.foxnews.com/politics/soros-prosecutor-ripped-failing-charge-walz-staffer-tesla-vandalism-two-tiered-justice-system. The article reports that the Hennepin County Attorney's Office announced it would seek diversion rather than criminal charges for Dylan Bryan Adams, after he allegedly damaged at least six Tesla vehicles, causing roughly $20,000 in damage. It reports that the office said diversion would help ensure Mr. Adams keeps his job and pays restitution. Deirdre Heavey & Andrew Mark Miller, *Soros Prosecutor Ripped for Failing to Charge Walz Staffer over*

*Tesla Vandalism: 'Two-Tiered Justice System,'* Fox News (Apr. 23, 2025), https://www.foxnews.com/politics/soros-prosecutor-ripped-failing-charge-walz-staffer-tesla-vandalism-two-tiered-justice-system.

18. Attached as **Exhibit L** is a true and correct copy of an article by Jeff Day titled "Hennepin County to limit felony charges stemming from low-level traffic stops," published by the Minnesota Star Tribune on September 17, 2025, and downloaded from https://www.startribune.com/mary-moriarty-announces-hennepin-county-will-stop-charging-cases-from-low-level-traffic-stops/601475624. The article reports that Ms. Moriarty announced her office would no longer prosecute most felony cases arising from listed traffic stops. It states this includes cases in which officers identify gun or drug possession. The article describes the policy as one of many Ms. Moriarty instituted, including a policy to consider defendants' racial identity at key prosecutorial decision points. It reports that the state's largest police organization said Ms. Moriarty consulted no law enforcement agencies in developing the policy. Jeff Day, *Hennepin County to Limit Felony Charges Stemming from Low-Level Traffic Stops*, Star Trib. (Sept. 17, 2025), https://www.startribune.com/mary-moriarty-announces-hennepin-county-will-stop-charging-cases-from-low-level-traffic-stops/601475624.

19. Attached as **Exhibit M** is a true and correct copy of a statement titled "Hennepin County Attorney Mary Moriarty response to the alleged end of

Operation Metro Surge," dated February 12, 2026, downloaded from https://www.hennepinattorney.org/news/news/2026/February/metro-surge-end. In this official statement, Ms. Moriarty repeatedly characterizes the federal operation as an "occupation." She states that Minnesotans "resisted" the operation and thanks the people for their resistance. She states that every case submitted to her office for prosecution for exercising First Amendment rights was dismissed but provides no details of whether those rights were being exercised constitutionally. Mary Moriarty, *Hennepin County Attorney Mary Moriarty Response to the Alleged End of Operation Metro Surge*, Hennepin Cnty. Att'y (Feb. 12, 2026), https://www.hennepinattorney.org/news/news/2026/February/metro-surge-end.

20. I have personal knowledge that each of the attached exhibits is a true and correct copy of the document or recording described above. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Executed in Hennepin County, Minnesota.

On: November 12, 2026

Andrew J. Gubash