**Hennepin County, Minnesota**

# Hennepin County Attorney Mary Moriarty statement on law enforcement action in Minneapolis

### Hennepin County Attorney Mary Moriarty released the following statement regarding Tuesday's law enforcement action in Minneapolis:

Yesterday, an ICE spokesperson confirmed what Hennepin County residents already knew: their agents were on the ground as part of a criminal investigation involving multiple agencies. ICE has confirmed that local law enforcement assisted them. Obviously, our community has questions.

My singular focus is on the safety of the people who live here, and I want to be very clear that ICE showing up in the heart of one of our vibrant immigrant communities alongside local law enforcement causes grievous and irreparable harm. Across the country, ICE is conducting masked abductions of people who are at university, entering courthouses, and working and contributing to this country. ICE is being deployed to terrorize people.

The people of Hennepin County deserve better than statements that yesterday's "groundbreaking criminal operation" was not about immigration. ICE's presence will keep people from reporting crimes, from testifying as witnesses, and from seeking help. Local law enforcement should remember that and be clear and transparent with community about what assistance they are or are not willing to provide to federal agencies.

#30#