HENNEPIN COUNTY
MINNESOTA

Subscribe to updates from Hennepin Count

Email Address e.g. name@e:
Subscribe

# STATEMENT: Hennepin County Attorney Mary Moriarty statement on federal action at Government Center

Share Bulletin

Hennepin County, Minnesota sent this bulletin at 02/05/2026 04:02 PM CST

View in browser

HENNEPIN COUNTY
ATTORNEY'S OFFICE
Safety. Equity. Justice.

**News release**

For immediate release 02/05/2026
Contact: Daniel Borgertpoepping, Public Information Officer

---

## Hennepin County Attorney Mary Moriarty statement on federal action at Government Center

**Hennepin County Attorney Mary Moriarty released the following statement after federal agents took two individuals into custody at the Hennepin County Government Center Thursday morning:**

"This morning, ICE arrested two individuals charged with criminal sexual conduct before we had an opportunity to hold them accountable for their alleged offenses. ICE is harming crime victims by denying them a court process. ICE is degrading public safety by detaining individuals who have not been convicted of a crime and preventing victims and witnesses from seeking the accountability they deserve.

Our courts are not staging grounds for federal immigration enforcement. These actions make it more difficult, and in some cases impossible, to get victims and witnesses to come to court to testify. Using local taxpayer resources to assist the federal government in civil immigration enforcement is inappropriate.

We are reviewing the situation to provide transparency about who was involved and what precisely transpired."

– 30 –

Look for more news on the Hennepin County Attorney's Office website.

hennepinattorney.org
citizeninfo@hennepin.us

Unsubscribe/update preferences | GovDelivery help