**Hennepin County, Minnesota**

# Message from Hennepin County Attorney Mary Moriarty on state and local law enforcement jurisdiction

**From Hennepin County Attorney Mary Moriarty**

**VIDEO**

I wanted to take a moment to respond to questions our office has received from community members regarding state and local law enforcement's jurisdiction when it comes to potential illegal activity by ICE agents.

We have heard repeatedly over the past few weeks that there is absolute immunity for ICE agents. This is completely wrong. There is no absolute immunity for ICE agents who violate Minnesota law. The Supremacy Clause of the United States Constitution does not erase state criminal law.

State and local law enforcement still have jurisdiction to conduct investigations into potential criminal offenses by any federal agent - just as they would any other person who breaks Minnesota criminal law. Those investigations could be more difficult if the federal government refuses to cooperate with a criminal investigation. But our office stands ready to support those local investigations and to review any case submitted to us for potential charging.

And the BCA will continue to assist local law enforcement to investigate potential unlawful conduct by federal agents on a case-by-case basis.

Just yesterday, the BCA announced they are conducting a use-of-force investigation in the shooting of a man by an ICE agent on Wednesday, January 14th. When that investigation is submitted to our office, we will review it for potential charging.

And, as you know, the BCA continues to work with us and the Attorney General's Office to collect evidence in the shooting of Renee Good.

At the HCAO, we understand how important it is to the community that we partner with local and state law enforcement to ensure that there is accountability for unlawful behavior by federal agents. So I want you all to know: We can and will act within our authority to review for charging any case presented to us.

This is a frightening time for our community. I want to ensure you all know that we remain committed to collaborating with our law enforcement partners, communicating clear and accurate information to our community, and doing everything in our power to protect our community's safety during this challenging time.

#30#

Terms of use | Privacy | Copyright 2026