https://www.thecentersquare.com/minnesota/article_01f12588-7026-4a16-9984-ae4ab8694af8.html

# Feds push back on Minnesota prosecution of ICE agent

By Elyse Apel | The Center Square
May 19, 2026




Law enforcement officers assist with immigration enforcement efforts in New York on Jan. 28, 2025. Photo: Tia Dufour / U.S. Department of Homeland Security / Public Domain

(The Center Square) – Federal immigration officials are calling Minnesota's prosecution of an ICE agent a "political stunt" after Hennepin County Attorney Mary Moriarty announced criminal charges tied to a January shooting during Operation Metro Surge.

An ICE spokesperson told The Center Square in an email that the state's actions are unlawful and defended the conduct of federal agents involved in the operation.

"These actions by Minnesota sanctuary politicians are unlawful and nothing more than a political stunt," an ICE spokesperson said.

The spokesperson also said the U.S. Attorney's Office is already investigating statements made under oath connected to the case.

“Lying under oath is a serious federal offense. The U.S. Attorney’s Office is actively investigating these statements,” the spokesperson said. “Upon conclusion of the investigation, the officers may face disciplinary action, including termination of employment, as well as potential criminal prosecution.”

The spokesperson added, "The men and women of ICE are entrusted with upholding the rule of law and are held to the highest standards of professionalism, integrity, and ethical conduct. Violations of this sacred sworn oath will not be tolerated.”

Moriarty **announced** Monday charges against ICE agent Christian Castro in connection with the Jan. 14 shooting of Julio Cesar Sosa-Celis in north Minneapolis.

Castro faces four counts of second-degree assault and one count of falsely reporting a crime. Prosecutors allege Castro fired through the front door of a duplex while standing outside and not under physical threat.

“Mr. Castro fired his weapon through the front door of the home while standing alone in the front yard, under no physical threat or duress, and knowing there were people who had just run inside,” Moriarty said in a **statement** Monday. “Mr. Castro is an ICE agent. But his federal badge does not make him immune from state charges for his criminal conduct in Minnesota.”

According to the Hennepin County Attorney’s Office, the bullet struck Sosa-Celis in the leg before lodging in the wall of a child’s bedroom.

The county also disputed the Department of Homeland Security’s initial public account of the incident. Federal authorities had previously alleged officers were assaulted with a broom handle and snow shovel, claims prosecutors now say were false.

"The press release – along with its dozens of false statements – remains on the DHS website," the county said.

Minnesota Attorney General Keith Ellison released a **statement** backing the prosecution and said no one, including federal agents, is above the law.

"The State of Minnesota must hold people accountable for violating the law and for harming Minnesotans," Ellison said. "I support the filing of these charges, and I am working closely with Hennepin County Attorney Moriarty to ensure we reach a just outcome here."

Last month, Minneapolis released security camera footage of the incident captured from a distance.

"A violent crime did occur that night, but it was Mr. Castro who committed it," Moriarty said at a press conference Monday. "He shot through the door of a home with many people, including children, inside, while fortunately missing several others."

In total, Operation Metro Surge brought thousands of federal agents to the Twin Cities earlier this year and sparked sustained protests, particularly following the January shootings.

Federal officials, including White House border czar Tom Homan, have also defended the larger operation, saying agents apprehended more than 4,000 individuals, including violent offenders and gang members, as part of Operation Metro Surge.

The state is now pursuing more than a dozen additional investigations as part of Minnesota's effort to scrutinize federal law enforcement. Moriarty said that reflects the unusual set of circumstances.

"There's no modern precedent for what happened to the people here in Minnesota," she said.

In March, Moriarty announced the launch of a public portal seeking photos and videos to help identify potentially unlawful behavior as part of those investigations.

“There are many victims whose stories need to be told. We will investigate and pursue charges where appropriate,” Moriarty said at that time. “If you saw or experienced unlawful conduct by federal agents, please submit any photo or video evidence.”

In addition to the charges against Castro, this is the second prosecution Moriarty has filed against a federal immigration agent tied to Operation Metro Surge. The first came in April, when ICE agent Gregory Donnell Morgan Jr. was charged with two counts of second-degree assault.

A spokesperson for the U.S. Department of Homeland Security previously told The Center Square that such investigations are unwarranted.

“This does nothing to make Minnesota safer. Enforcing federal immigration laws is a clear federal responsibility under Article I, Article II and the Supremacy Clause,” the spokesperson said. “Federal officials acting in the course of their duties are immune from liability under state law.”

Elyse Apel, a graduate of Hillsdale College, is a reporter for The Center Square covering Colorado, Minnesota, and Michigan. Her work has appeared in a range of national outlets, including the *Washington Examiner*, *The American Spectator*, and *The Daily Wire*.

**Elyse S. Apel**

Learn more about your privacy options