## MS Now: Hennepin County Atty responds to Trump DOJ targeting her office

**Transcript**

0:00

Mary Moriarty: I was in a meeting about the shooting of Renee Good.

0:03

Mary Moriarty: As you know, our office is doing an investigation in conjunction with our state BCA.

0:09

Mary Moriarty: And so we were in a meeting on that, and I suddenly started getting texts from media saying, hey, we hear you've been subpoenaed.

0:16

Mary Moriarty: Like everything this administration does.

0:19

Mary Moriarty: It's loud and, you know, announced on social media or something like that.

0:24

Mary Moriarty: I had no idea what actually happened is similar to what happened to our attorney general, Keith Ellison.

0:29

Mary Moriarty: It was actually it was actually not Keith that was subpoenaed it was his office.

0:33

Mary Moriarty: And in this particular case, my office has a criminal division and a civil division.

0:38

Mary Moriarty: My civil division represents the entirety of Hennepin County and so that subpoena was not served on me.

0:45

Mary Moriarty: It was served on Hennepin County, and we will be advising the county on the subpoena.

0:51

Alicia Menendez: Given that the federal government does not seem particularly interested in accountability around the death of Renee Good.

1:01

Alicia Menendez: Is there a role your office is poised to play to help people in your state, people across this country, understand what really happened expressly so that it does not happen again?

1:12

Mary Moriarty: Absolutely.

1:13

Mary Moriarty: And I've been very clear on that from the beginning, that in any loss of life at the hands of law enforcement in Minnesota, there is an investigation at the state level for Minnesota peace officers.

1:26

Mary Moriarty: In this particular case, it wasn't a Minnesota law enforcement officer, but there still needs to be a thorough investigation and a decision by the county attorney's office as to whether charges are appropriate or not. And that needs to be transparent and public.

1:41

Mary Moriarty: That is the only way the community, in fact, in this case, the nation will have trust in the integrity of that investigation and decision.

1:48

Mary Moriarty: I also think it's important that the administration just apparently announced that they are not doing an investigation at the federal level into the shooting and killing of Renee Good, which is somewhat incomprehensible.

2:03
Symone Sanders-Townsend: It is reprehensible.

2:04

Symone Sanders-Townsend: They are finding time to investigate these state offices, but not finding time to get to the root of a killing that we saw unfold on television, County Attorney.

2:16

Symone Sanders-Townsend: This is from the New York Times reporting today about the subpoenas.

2:21

Symone Sanders-Townsend: They note while the subpoenas did not cite a specific criminal statute that the Justice Department was investigating, the inquiry was said to focus on whether officials in Minnesota had conspired to impede the thousands of federal agents who have been in the state since last month looking for undocumented immigrants.

2:38

Symone Sanders-Townsend: County attorney, I believe this is a this is level four on the escalation ladder.

2:42

Symone Sanders-Townsend: It started, it started, with public intimidation way back when at the beginning of his administration, even prior to, frankly. And then it escalated to threatening members of Congress for just stating something that the current Secretary of Defense himself had stated in a video that was also accurate and true.

3:02

Symone Sanders-Townsend: Then it escalated to actually let's charge the sitting Attorney General of New York and see if we can criminally charge her with a felony at the federal level.

3:12

Symone Sanders-Townsend: And now they are charging democratic institutions of democracy, small d democracy, these state offices, county offices.

3:22

Symone Sanders-Townsend: I believe that what is happening in Minnesota is a test case.

3:25

Symone Sanders-Townsend: And if they get away with this very broad and I will say baseless subpoena and proceedings here, this is something that will be replicated throughout the country because the president has threatened it before. What is you all strategy to fight this?

3:41

Mary Moriarty: So they're not winning that narrative. They're not winning it at all and I think that that's making them escalate. And they're not winning the narrative because the whole country is seeing children.

3:53

Mary Moriarty: In fact, I don't know of a single parent who hasn't had to talk to their child. And I'm talking five-year-olds, six-year-olds and older.

4:02

Mary Moriarty: Their children are frightened that ICE is going to take them away or their parent or a kid in their class.

4:10

Mary Moriarty: Kids are afraid to go to school. Kids are afraid to go to school.

4:15

Mary Moriarty: People who are peacefully protesting, exercising their constitutional rights, are being ripped out of their cars.

4:22

Mary Moriarty: If you don't have white skin, you are in danger of being stopped by ICE and profiled.

4:29

Mary Moriarty: And we heard today actually some of our law enforcement partners had a press conference.

4:33

Mary Moriarty: And one of the chiefs talked about one of his police officers of color who was off duty.

4:39

Mary Moriarty: She was boxed in by ICE. They demanded and she's a citizen, they demanded to know who she was and see her papers and that kind of thing.

4:49

Mary Moriarty: She was going to try to record it and they ripped the phone out of her hand. That happened to a cop.

4:54

Mary Moriarty: That is what's happening here on the streets of Minnesota. And people are seeing the videos.

5:02

Mary Moriarty: And Minnesota, Minnesotans are very peaceful. They know how to protest very peacefully. And they are not going to back down.

5:12

Mary Moriarty: They are going to resist this, and I think the administration sees that it's losing the public narrative, and so they are simply escalating, trying to intimidate those of us who are simply trying to do their jobs.