BREAKING THE NEWS

# Analyzing recent blows to Mary Moriarty's prosecution philosophies

What does a judge rejecting a plea deal in one high-profile case, and the attorney general taking away another, mean for the Hennepin County attorney?







Author: **Lou Raguse**
Published: **6:57 PM CDT October 24, 2023**
Updated: **7:00 PM CDT October 24, 2023**

MINNEAPOLIS — The family of Steve Markey did not hold back while giving victim impact statements.

"Mary Moriarty's behavior in this case and other cases like this is a disgrace to the justice system,"

The family criticized Hennepin County Attorney Mary Moriarty while asking Judge Michael Burns to reject the plea deal that would keep a young man involved in their loved one's murder out of prison.

"She's giving him a slap on the hand and counseling. We're shocked. We can't believe this."

"I'm asking you, your honor, please don't let murderers walk our streets."

Judge Burns disagreed with Moriarty's office about the amount of progress Husayn Braveheart has made with treatment and programming.

"Progress that was punctuated by outbursts, disrespect to staff and other residents, episodes of physical violence, harassment to staff and other residents.

And Burns ultimately did what the Markey family wanted.

"I am not accepting Mr. Braveheart's guilty plea at this time. "

Close Ad

It was another high-profile blow to Moriarty's goal of reforming how juveniles suspects are treated in the criminal justice system. In April, Minnesota Attorney General Keith Ellison asked Governor Tim Walz to take the case involving the murder of Zaria McKeever, which also includes juvenile suspects, away from Moriarty.

"I think it's extraordinary," said Alan Harris, who was a Hennepin County prosecutor for 36 years, leading the adult prosecution division when he retired in 2020.

"First of all, I don't know that the electorate fully understands what she's talking about when she talks about reforming the juvenile system. There's room for improvement at every level of the criminal justice system, but I don't know that the average person would have expected that murder cases and serious robbery cases and serial robbery cases would be treated so leniently," Harris said.

"This is what she ran on but now other people in the system are not allowing her to fulfill the platforms of her campaign," said assistant professor Julie Jonas from the University of St. Thomas Law School.

Jonas points out a key piece of Moriarty's platform was considering brain development when assessing crimes committed by juveniles and was elected to be a progressive prosecutor.

ADVERTISEMENT

SCROLL TO CONTINUE READING

"And that was very clearly her platform," Jonas said.

But Jonas notes the decisions made by Judge Burns and Attorney General Ellison reflect concerns about the rights of victims.

In a statement to KARE 11 News, Moriarty wrote:

*"The standard I have set as County Attorney is that we will do the right thing, based on the unique circumstances of each case, to protect public safety by holding individuals accountable in meaningful and effective ways. That is true regardless of the age of the person we are prosecuting.*

*For far too long, the criminal justice system has reflexively equated justice with the longest possible prison sentence, while ignoring data that shows long prison sentences do not necessarily improve public safety. Sometimes a long prison sentence is necessary but sometimes other tools give us a much better chance of keeping the public safe.*

*I am proud of the team of attorneys, victim advocates, and other staff in this office who do this work every day. As we continue prosecuting several thousand cases each year, we will never waver from our commitment to doing the right thing for public safety and to seeking a more safe, equitable, and just Hennepin County."*

**Related Articles**

**Ellison declines to take over Steve Markey murder case at victim family's request**

**Moriarty contradicts Ellison on school resource officer law interpretation**

**Judge rejects controversial plea deal in murder of Steve Markey**

## WATCH MORE ON KARE 11+

*Download the free KARE 11+ app for Roku, Fire TV, Apple TV and other smart TV platforms to watch more from KARE 11 anytime! The KARE 11+ app includes live streams of all of KARE 11's newscasts. You'll also find on-demand replays of newscasts; the latest from KARE 11 Investigates, Breaking the News and the Land of 10,000 Stories; exclusive programs like Verify and HeartThreads; and Minnesota sports talk from our partners at Locked On Minnesota.*

- *Add KARE 11+ on Roku here or by searching for KARE 11 in the Roku Channel Store.*
- *Add KARE 11+ on Fire TV here or by searching for KARE 11 in the Amazon App Store.*
- *Learn more about the KARE 11+ app for Apple TV in the Apple App Store.*
- *Learn more about KARE 11+ here.*

## Watch more Breaking The News:

*Watch all of the latest stories from Breaking The News in our YouTube playlist:*

COMMENTARY: 'Coolest thing made in MN' contest
KARE 11

Watch on

**Senior Drivers In Florida Did Not See This Coming**
Check this before paying your next car insurance bill.

**Flying Car Startup Is Now Open to Investors - $1 per/share**
See the aircraft turning science fiction into reality
AirCar | Sponsored
Learn More

**New SUVs With Tiny Price Tags (Take A Look)**
SearchResultOffers | Search Ads | Sponsored
Learn More

**The Worst Zip Codes for Car Insurance in Florida (Is Yours on the List?)**
Check rates now—many drivers are paying more than they need to.
OTTO Insurance | Sponsored
Click Here

**Florida: Worst Car Zip Codes for Overcharging Insurance (Is Yours On The List?)**
Car insurance prices vary by ZIP more than most drivers realize
OTTO Insurance | Sponsored
Click Here

**Best Christmas Gift: Here Are 29+ Of The Coolest Gifts For 2026**

**consumerbags.com** | Sponsored

**After 60, Knee Health Comes Down to 1 Nutrient Most Doctors Miss**

**DailyHealthDigital** | Sponsored

Learn More

**You Dreamed of Flying Cars. Now Own a Piece at $1/share**

The dream is taking flight. Meet AirCar and explore the opportunity to invest

**AirCar** | Sponsored

Get Info

**Bizarre twist in Eden Prairie couple fraud case**

**KARE**

**Disturbing new details about North St. Paul deaths**

**KARE**

**LOADING NEXT ARTICLE...**