Trace Gallagher looks back at 30 years of breaking...

Feds arrest Minnesota teen in alleged Mall of Americ...

Jack Keane warns of 'threat' from Iran: 'Not goi...

Anti-Israel pro
Berate Mayor

POLITICS

# Soros prosecutor ripped for failing to charge Walz staffer over Tesla vandalism: 'Two-tiered justice system'

County Attorney Mary Moriarty has financial ties to progressive megadonor George Soros



By **Deirdre Heavey** , **Andrew Mark Miller** · **Fox News**

Published April 23, 2025 5:28pm EDT

Comments Add Fox News on Google

**Home**

Trace Gallagher looks back at 30 years of breaking...

Feds arrest Minnesota teen in alleged Mall of Americ...

Jack Keane warns of 'threat' from Iran: 'Not goi...

Anti-Israel pro Berate Mayor

By entering your email and pushing continue, you are agreeing to Fox News' Terms of Use and Privacy Policy, which includes our Notice of Financial Incentive.

Enter your email

Continue

**Elon Musk condemns violent attacks in Tesla as a fundamental case of terrorism**

DOGE leader Elon Musk discusses the Wisconsin Supreme Court race, stopping fraud and violent attacks on Tesla on The Five.

A Minnesota state employee avoided criminal charges after vandalizing at least six Tesla vehicles, the local district attorney announced this week, prompting outrage from local leaders who spoke to Fox News Digital.

The Hennepin County Attorney's Office (HCAO) said it would seek "diversion" over charges against Minnesota Department of Human Services data analyst Dylan Bryan Adams after causing $20,000 in damages. The diversion approach "helps to ensure the individual keeps their job and can pay

**WALZ STAFFER ACCUSED OF VANDALIZING TESLAS MIGHT NOT FACE CHARGES: REPORT**



**Home**

Trace Gallagher looks back at 30 years of breaking...

Feds arrest Minnesota teen in alleged Mall of Americ...

Jack Keane warns of 'threat' from Iran: 'Not goi...

Anti-Israel pro Berate Mayor

SENTENCE FOR TESLA VANDALS

Qualls was targeted in a suspected arson case that left three conservative group offices heavily damaged in Minnesota in 2024. Qualls said on Wednesday that authorities never found the arsonist.

"Minnesota is again bucking the national trend: While the Justice Department and FBI are investigating the nationwide vandalism and attacks against Tesla as acts of domestic terrorism, Minnesota Progressives are giving them a free pass," Matthew RJ Brodsky, President of Red Ax Strategies and Board Chair of the American Center for Counter Extremism, told Fox News Digital.

Adam Schwarze, a Republican candidate for the U.S. Senate in Minnesota, told Fox News Digital that Minnesota vandals "get a free pass if they have the approved political philosophy."



**A Washington Tesla supercharging station was damaged earlier this month, according to authorities. The Trump administration has called Tesla vandalism "domestic terrorism." (Lacey Police Department)**

Republicans told Fox News Digital that Moriarty refusing to criminally charge a Minnesota state employee, following a string of targeted violence, could invoke domestic terrorism.

"This is a dangerous precedent that tells every Minnesotan that political violence is acceptable here. After Gov. Tim Walz cheered on the loss of Tesla's stock to the detriment of his own pension. Now we have one of his employees damaging a Tesla and a Democrat country attorney letting him get away with it. It's a Democrat double-whammy: They insult the professional law enforcement officers of our state by ignoring their work, and then let their political allies and supporters off the hook for breaking the law," Minnesota Sen. Mark Koran said.

John Nagel, a retired police lieutenant in Minnesota and former candidate for the Minnesota state legislature, said diversion can be a "great tool for someone who is younger and dumber, but this individual had a responsible job and was old enough to know better."

**WISCONSINITES KICKED OUT AND DENIED ENTRY TO THIS DEMOCRAT'S 'FAKE TOWN HALL'**

"This sends a bad message to an already hostile group of politically charged individuals," Nagel said. "As a police officer, I have had several people tell me that if they had spent even a few nights in jail, they wouldn't have committed a crime the second and third time.

Brodsky added that Moriarty's latest legal blunder is consistent with her legacy in Walz's home state. Moriarty, who handed Adams a "pre-charge diversion" on Monday, has been backed by groups tied to money from megadonor George Soros, one of the most prominent backers of progressive issues in the United States.

"It would be an understatement to say that Progressive County Attorney Mary Moriarty has been soft on crime since she took office in 2023. She has consistently shown undue leniency for violent criminal suspects charged with sexual assault and even murder. It is one of the many reasons the Minneapolis Police Department has been at loggerheads with the county attorney's office, to say nothing of the outrage among the victims' families," Brodsky said.



**Five Tesla vehicles were set on fire and shot at in what police investigated as a "targeted attack" at a local repair center in Las Vegas, Nevada on March 18, 2025. This is one of several Tesla vandalism cases across the United States. (Hal Sparks via Storyful)**

Nagel questioned how many tax dollars were invested in finding Adams "only to have their efforts wiped out by a progressive prosecutor" and leaving Minnesota dealerships on alert "knowing someone can come into their lot and damage cars."

As Republicans ripped the state's "soft on crime" practices, they tied Walz's own anti-Telsa rhetoric to the string of violence against Elon Musk's multi-billionaire electric vehicle business. Amid the string of attacks on Tesla as its stock was taking a tumble, Walz told a Wisconsin town hall that he checks Tesla's stock when he wants to feel better.



**Hungarian-born US investor and philanthropist George Soros smiles after delivering a speech on the sidelines of the World Economic Forum (WEF) annual meeting in Davos on May 24, 2022. (FABRICE COFFRINI/AFP via Getty Images)**

**CLICK HERE TO GET THE FOX NEWS APP**

Brodsky said each Tesla vandalized is a felony, adding: "These crimes didn’t take place in a vacuum either, with progressives focusing their anger at Elon Musk and DOGE’s effort to shrink the bloated federal workforce."

**Home**

Trace Gallagher looks back at 30 years of breaking...

Feds arrest Minnesota teen in alleged Mall of Americ...

Jack Keane warns of 'threat' from Iran: 'Not goi...

Anti-Israel pro
Berate Mayor

County Attorney’s Office did not respond to Fox News Digital's requests for comment.

---

Deirdre Heavey is a politics writer for Fox News Digital.

**Home**

Trace Gallagher looks back at 30 years of breaking...

Feds arrest Minnesota teen in alleged Mall of Americ...

Jack Keane warns of 'threat' from Iran: 'Not goi...

Anti-Israel pro
Berate Mayor

## Related Topics

Politics | Tim Walz | Terrorism | Minnesota

0 Comments

**Home**

Trace Gallagher looks back at 30 years of breaking...

Feds arrest Minnesota teen in alleged Mall of Americ...

Jack Keane warns of 'threat' from Iran: 'Not goi...

Anti-Israel pro Berate Mayor

## No comments yet

Be the first to start the conversation.

U.S.

Blue City Crime
Campus Radicals
Border Crisis
True Crime

Politics

Donald Trump
Senate
House
Judiciary
Foreign Policy
Fox News Polls
Elections

World

U.N.
Conflicts
Terrorism
Disasters
Global Economy
Environment
Religion
Scandals

Opinion

**Home**

Trace Gallagher looks back at 30 years of breaking...

Feds arrest Minnesota teen in alleged Mall of Americ...

Jack Keane warns of 'threat' from Iran: 'Not goi...

Anti-Israel pro Berate Mayor

OutKick Betting
NFL
College Football
MLB
NASCAR
NBA
NHL
Golf
Tennis
UFC
WWE

Food & Drink
Faith
Discovery
Games & Quizzes

## Health

Longevity
Brain Health
Weight Loss
Sleep Health
Cancer News
Mental Health
Heart Health
Healthy Living

## Deals

Trending Deals
Gift Guides
Home Deals
Kitchen Deals
Tech and Electronic Deals
Health and Fitness Deals
Beauty and Fashion Deals

## FOX Business

Personal Finance
Economy
Markets
Watchlist
Lifestyle
Real Estate
Tech

## Science & Tech

Air & Space
Security
Innovation
Video Games
Military Tech
Planet Earth
Wild Nature

**Home**

**Trace Gallagher looks back at 30 years of breaking...**

**Feds arrest Minnesota teen in alleged Mall of Americ...**

**Jack Keane warns of 'threat' from Iran: 'Not goi...**

**Anti-Israel pro Berate Mayor**

Icon Match
Daily Crossword Puzzle
Mini Crossword Puzzle

## About

Contact Us
Careers
Fox Around the World
Advertise With Us
Media Relations
Corporate Information
Compliance

## Apps & Products

FOX News Go
FOX Weather
FOX Nation
FOX Noticias
FOX Square Store
FOX News Radio
FOX News Newsletters
FOX News Podcasts
FOX One

## Watch Live Sports on FOX One

Watch NFL Games Live
Watch College Football Games Live
Watch Bengals vs Dolphins Live
Watch Vikings vs Saints Live
Watch Giants vs Commanders Live
Watch Bears vs Packers Live
Watch Lions vs Cardinals Live
Watch Indiana vs Nebraska Live

**Home**

Trace Gallagher looks back at 30 years of breaking...

Feds arrest Minnesota teen in alleged Mall of Americ...

Jack Keane warns of 'threat' from Iran: 'Not goi...

Anti-Israel pro Berate Mayor

Heart Health

Beauty and Fashion Deals

Healthy Living

## FOX Business

Personal Finance
Economy
Markets
Watchlist
Lifestyle
Real Estate
Tech

## Science & Tech

Air & Space
Security
Innovation
Video Games
Military Tech
Planet Earth
Wild Nature

## Games

Scattergories Daily
5 Across the Letter Word Game
Downwords
Sudoku
Word Swap
Word Search
Icon Match
Daily Crossword Puzzle
Mini Crossword Puzzle

## Watch Live

FOX News Shows
Programming Schedule
On Air Personalities
Full Episodes
Show Clips
News Clips

**Home**

Trace Gallagher looks back at 30 years of breaking...

Feds arrest Minnesota teen in alleged Mall of Americ...

Jack Keane warns of 'threat' from Iran: 'Not goi...

Anti-Israel pro Berate Mayor

Compliance

FOX News Newsletters

FOX News Podcasts

FOX One

## Watch Live Sports on FOX One

Watch NFL Games Live

Watch College Football Games Live

Watch Bengals vs Dolphins Live

Watch Vikings vs Saints Live

Watch Giants vs Commanders Live

Watch Bears vs Packers Live

Watch Lions vs Cardinals Live

Watch Indiana vs Nebraska Live

Terms of Use New Privacy Policy Your Privacy Choices Closed Caption Policy Help Contact Us Accessibility Statement News Sitemap Video Sitemap

This material may not be published, broadcast, rewritten, or redistributed. ©2026 FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by LSEG.