<u>**Hennepin County, Minnesota**</u>

# Hennepin County Attorney Mary Moriarty response to the alleged end of Operation Metro Surge

**Hennepin County Attorney Mary Moriarty responded to the alleged end of Operation Metro Surge Thursday, and reiterated the HCAO's commitment to investigate multiple actions by federal agents:**

**VIDEO**

"We receive the news of the alleged end of Operation Metro Surge with some skepticism. Questions should be asked and answered about the exact nature of the cooperation with ICE supposedly promised by local and state officials, who were already providing all information and cooperation required by law.

Anyone who has witnessed this occupation in our community, or seen the footage online, knows that none of this has made us safer, as the federal government is claiming. Instead, it has caused irreparable damage to our community. Alex Pretti and Renee Good are no longer with their families. Children are traumatized and afraid to go to school. Small businesses are closing. And many of our immigrant neighbors, often with no criminal records, have been forcibly removed from our community.

We continue our efforts to investigate multiple actions by federal agents during this occupation. This office will be deliberate, and we will not waver. Our community will not forget and nor will we. This morning, Homan thanked law enforcement for arresting people he referred to as agitators. Let me be clear - we will not be used by the federal government to prosecute people who are exercising their 1st amendment rights. Every case submitted to us for a person arrested for exercising their 1st amendments rights has been dismissed.

If the federal government is really ending this occupation, the reason is that Minnesotans resisted in countless nonviolent ways. This community continues to show inspirational energy and strength in caring for neighbors. Our immigrant community has demonstrated incredible courage.

To the people of Hennepin County: You are owed a debt of gratitude that can never be repaid for showing the federal government and the nation just how much you care for your neighbors and our democracy."

Terms of use | Privacy | Copyright 2026