# EXHIBIT A

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No. 18A10724
Court File No. 27-CR-18-21919

---

**State of Minnesota,**

Plaintiff,

vs.

**BILLY JEAN SLEDGE DOB: 09/06/1964**

7956 Ewing Ave N
Brooklyn Park, 55443

Defendant.

**COMPLAINT**

Summons

[X] Amended

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Threats of Violence - Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 08/28/2018

Control #(ICR#): 18042761

Charge Description: That on or about 8/28/2018, in Hennepin County, Minnesota, BILLY JEAN SLEDGE did threaten to commit a crime of violence with the purpose of terrorizing another, and/or in reckless disregard of the risk of causing terror in another, R.B.

**COUNT II**

**Charge: Assault-2nd Degree-Dangerous Weapon**
Minnesota Statute: 609.222.1, with reference to: 609.222.1, 609.11.5(a), 609.101.2
Maximum Sentence: 7 YEARS AND/OR $4,200-$14,000
Offense Level: Felony

Offense Date (on or about): 08/28/2018

Control #(ICR#): 18042761

Charge Description: That on or about 8/28/2018, in Hennepin County, Minnesota, BILLY JEAN SLEDGE, assaulted R.B, while using a firearm.
Minimum Sentence: 3 YEARS

## STATEMENT OF PROBABLE CAUSE

THE OFFENSE PORTION HAS BEEN AMENDED TO ADD AN ADDITIONAL COUNT OF ASSAULT - 2ND DEGREE - DANGEROUR WEAPON (AS COUNT 2). THE PROBABLE CAUSE PORTION REMAINS THE SAME.

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On or about August 28, 2018, at approximately 5:36 p.m. officers of the Brooklyn Park Police Department were dispatched to a report of a weapons complaint in the area of Brookdale Drive and France Avenue North in the City of Brooklyn Park, Hennepin County, Minnesota. Remarks on the call were that OnStar advised a driver had followed a person who pulled a gun on him while driving. The suspect vehicle was parked at a house in the area and the reporting party was waiting for officers nearby.

Upon arrival, officers spoke with the reporting party, R.B., Victim herein, who stated that he and his wife were on their way to dinner when a black Chrysler 300 started to drive aggressively behind him. At one point, the vehicle went into oncoming traffic to get around him. Victim eventually pulled over at an intersection to allow the Chrysler to pass. When the vehicle pulled up beside him, the driver and sole occupant held up a black handgun that had a silver slide. The male was holding the gun so that the weapons profile could be plainly seen and was waving it back-and-forth as he yelled something at Victim and his wife. As the vehicle passed, Victim hit his OnStar button to call 911 and followed the vehicle while on the phone with dispatch.

Victim followed the vehicle until it pulled into the driveway of a residence and observed the driver exit the vehicle and enter the home. No one else got out of the car and no one exited the residence after the suspect entered. Victim directed officers to the residence in question and officers observed the suspect vehicle still parked in the driveway. After calling the occupants out of the residence, officers identified the only male party inside as BILLY JEAN SLEDGE, DOB: 09/06/1964, Defendant herein. The only other occupant was a female later identified as Defendant's wife. Defendant was placed under arrest and requested that officers open his wallet and pull out his permit to carry.

In a search of the residence, officers located a black and silver Ruger SR40 handgun in a kitchen cabinet on the bottom shelf hidden underneath numerous plastic bags. Eleven (11) rounds were removed from the magazine.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | Christopher McNeill<br>Detective<br>5400 85th Ave N<br>Brooklyn Park, MN 55443<br>Badge: 153 | Electronically Signed:<br>02/19/2020 08:08 AM<br>Hennepin County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Kevin C Lin<br>Assistant County Attorney<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>02/18/2020 10:43 AM |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## [X] SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear on ________ ___, _____ **at** _____ **AM/PM** before the above-named court at the address listed on the attached court summons to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## [ ] WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

[ ] ***Execute in MN Only*** [ ] ***Execute Nationwide*** [ ] ***Execute in Border States***

## [ ] ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $40,000.00
Conditions of Release:

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: February 19, 2020.

| | | |
|---|---|---|
| **Judicial Officer** | Peter A Cahill<br>District Court Judge | Electronically Signed: 02/19/2020 08:39 AM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

**State of Minnesota**

Plaintiff

vs.

**BILLY JEAN SLEDGE**

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Summons upon the Defendant herein named.*

Signature of Authorized Service Agent:

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | BILLY JEAN SLEDGE |
| **DOB:** | 09/06/1964 |
| **Address:** | 7956 Ewing Ave N<br>Brooklyn Park, 55443 |
| **Alias Names/DOB:** | |
| **SID:** | MN95018481 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | Black |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 136037 |
| **SILS Tracking No.** | 3033787 |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 8/28/2018 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9C22 | | MN0270300 | 18042761 |
| | Penalty | 8/28/2018 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9C22 | | MN0270300 | 18042761 |
| 2 | Charge | 8/28/2018 | 609.222.1<br>Assault-2nd Degree-Dangerous Weapon | Felony | A2423 | | MN0270300 | 18042761 |
| | Definition | 8/28/2018 | 609.101.2<br>Minimum Fines – Victim Assistance Programs | No-Level | A2423 | | MN0270300 | 18042761 |
| | Penalty | 8/28/2018 | 609.11.5(a)<br>Minimum Sentences of Imprisonment-Firearm Use or Possession | Felony | A2423 | | MN0270300 | 18042761 |
| | Penalty | 8/28/2018 | 609.222.1<br>Assault-2nd Degree-Dangerous Weapon | Felony | A2423 | | MN0270300 | 18042761 |

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No. 18A06799
Court File No. 27-CR-18-14247

---

**State of Minnesota,**

Plaintiff,

vs.

**GRANT ANDREW PEDERSEN DOB: 12/01/1998**

25721 164TH ST NW
BIG LAKE, MN 55309

Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Terroristic Threats-Cause or Attempt Cause Terror**
Minnesota Statute: 609.713.3(a)(1), with reference to: 609.713.3(a)(1)
Maximum Sentence: 1 YEAR AND 1 DAY AND/OR $3,000
Offense Level: Felony

Offense Date (on or about): 06/02/2018

Control #(ICR#): 18003117

Charge Description: That on or about 6/2/2018, in Hennepin County, Minnesota, GRANT ANDREW PEDERSEN displayed, exhibited, brandished, or otherwise employed a replica firearm or a BB gun in a threatening manner, causing or attempting to cause terror in victim.

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On June 2, 2018, officers responded to a report of a road rage incident near the area of County Road 17 and County Road 6, Independence, Hennepin County, Minnesota. Responding officers spoke to Victim who reported he was southbound on County Road 17 when a 2015 Dodge Charger with Minnesota license plate AZR576 passed him at a high rate of speed. The driver and registered owner of MN AZR576 was subsequently identified as GRANT ANDREW PEDERSEN, DOB: 12/1/1998, Defendant herein. Victim reported he caught up to Defendant's vehicle and told Defendant to slow down. Defendant stated, "Fuck you old man," and pulled out a silver handgun and leaned it out of the window towards Victim. Defendant then moved the gun back inside of the vehicle and drove off. Victim reported he was in fear of death or great bodily harm.

Victim was shown a photo lineup and positively identified Defendant as the male he saw point the gun at him.

In an out of custody interview, Defendant admitted he had a confrontation with Victim regarding his driving conduct. Defendant admitted he showed Victim a pellet gun, but did not point it at Victim. Defendant admitted the gun was at his residence in his night stand. Defendant gave officers consent to enter his house and retrieve the gun. Officers recovered the pellet gun from Defendant's residence. The pellet is made of metal and appears to be an authentic pistol.

Defendant is in custody.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | Joshua Brozek<br>Patrol Officer<br>1918 County Road 90<br>Maple Plain, MN 55359<br>Badge: 112 | Electronically Signed:<br>06/05/2018 01:22 PM<br>Hennepin County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Jacqueline Bailey<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>06/05/2018 12:18 PM |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear on ________ ___, _____ **at** _____ **AM/PM** before the above-named court at 300 S Sixth Street, Minneapolis, MN 55487 to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☐ ***Execute Nationwide*** ☐ ***Execute in Border States***

## ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $30,000.00
Conditions of Release: No Contact with Victim; No Possession of Weapons

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: June 5, 2018.

**Judicial Officer** Mark Kappelhoff, District Court Judge — Electronically Signed: 06/05/2018 01:34 PM

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

**State of Minnesota**
Plaintiff
vs.
**GRANT ANDREW PEDERSEN**
Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*

Signature of Authorized Service Agent:

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | GRANT ANDREW PEDERSEN |
| **DOB:** | 12/01/1998 |
| **Address:** | 25721 164TH ST NW<br>BIG LAKE, MN 55309 |
| **Alias Names/DOB:** | |
| **SID:** | MN18AW0433 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | White |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 837238 |
| **SILS Tracking No.** | 3016986 |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 6/2/2018 | 609.713.3(a)(1)<br>Terroristic Threats-Cause or Attempt Cause Terror | Felony | A9573 | | MN0273700 | 18003117 |
| | Penalty | 6/2/2018 | 609.713.3(a)(1)<br>Terroristic Threats-Cause or Attempt Cause Terror | Felony | A9573 | | MN0273700 | 18003117 |

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No. 18A05603
Court File No. 27-CR-18-11791

---

**State of Minnesota,**

Plaintiff,

vs.

**MOHAD ALI OSMAN DOB: 07/13/1994**

2128 Cedar Grove Pkwy
Eagan, MN 55112

Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Terroristic Threats-Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 05/05/2018

Control #(ICR#): 18143345

Charge Description: That on or about May 5, 2018, in Hennepin County, Minnesota, Mohad Ali Osman did threaten to commit a crime of violence with the purpose of terrorizing another, and/or in reckless disregard of the risk of causing terror in another, Victim.

# STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On May 5, 2018, a Minneapolis Police officer was dispatched to the area of University and 15th Avenue SE in Minneapolis, Hennepin County, Minnesota, on the report of a road rage incident. Officers responded and spoke with B.A., Victim herein. Victim told officers that the driver of a small silver vehicle with dents in it pointed a gun at him, and yelled, “I’ll f--k you up!” Victim picked up his phone to call 911, and the driver yelled, “Hang up the phone, I’ll f--k you up!” Victim drove away quickly and called 911. He provided law enforcement with a description of the vehicle, the license plate, and the driver.

Nearby, officers located a vehicle matching the description being driven by a male matching the description. The driver was identified as MOHAD ALI OSMAN, DEFENDANT herein. A show up was conducted, and Victim identified Defendant as the person who had pointed a gun at him.

In a subsequent search of Defendant’s vehicle, officers located a loaded 9mm Hi-Point firearm in the glove compartment.

Defendant was advised of his rights pursuant to Miranda, and stated that another driver had been intentionally cutting him off in traffic and slowing down. He was in a hurry, so he became angry and gave the driver the finger. He admitted that he also yelled to that driver, but claimed that he said, “I’m f—king late!” He claimed that there would not be a handgun in his vehicle when searched by law enforcement.

Defendant has a prior conviction for carrying a pistol without a permit (27-CR-15-17488).

**SIGNATURES AND APPROVALS**

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | Jason Walters<br>Sergeant<br>350 S 5th St<br>Minneapolis, MN 55415-1389<br>Badge: 7502 | Electronically Signed:<br>05/08/2018 11:41 AM<br>Hennepin County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Erin Lutz<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>05/08/2018 10:28 AM |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

☐ **SUMMONS**

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear on ________ ___, _____ **at** _____ **AM/PM** before the above-named court at 300 S Sixth Street, Minneapolis, MN 55487 to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

☐ **WARRANT**

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☐ ***Execute Nationwide*** ☐ ***Execute in Border States***

☒ **ORDER OF DETENTION**

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $30,000.00
Conditions of Release: No Contact with Victim;

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: May 8, 2018.

| | | |
|---|---|---|
| **Judicial Officer** | Kerry Meyer<br>District Court Judge | Electronically Signed: 05/08/2018 11:48 AM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

| | |
|---|---|
| **COUNTY OF HENNEPIN**<br>**STATE OF MINNESOTA**<br><br>**State of Minnesota**<br>Plaintiff<br>vs.<br>**MOHAD ALI OSMAN**<br>Defendant | *LAW ENFORCEMENT OFFICER RETURN OF SERVICE*<br>*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*<br>Signature of Authorized Service Agent: |

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | MOHAD ALI OSMAN |
| **DOB:** | 07/13/1994 |
| **Address:** | 2128 Cedar Grove Pkwy<br>Eagan, MN 55112 |
| **Alias Names/DOB:** | |
| **SID:** | MN12FE4155 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | Black |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 726849 |
| **SILS Tracking No.** | 3011334 |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 5/5/2018 | 609.713.1 Terroristic Threats-Reckless Disregard Risk | Felony | A9413 | | MN0271100 | 18143345 |
| | Penalty | 5/5/2018 | 609.713.1 Terroristic Threats-Reckless Disregard Risk | Felony | A9413 | | MN0271100 | 18143345 |

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No. 18A14323
Court File No. 27-CR-18-28902

---

**State of Minnesota,**

Plaintiff,

vs.

**BRIAN SEMAJ MOORE DOB: 05/19/1978**

7408 BLOOMINGTON AVE
RICHFIELD, MN 55423

Defendant.

**COMPLAINT**

Summons

[X] Amended

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Terroristic Threats-Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 11/22/2018

Control #(ICR#): 18014831

Charge Description: That on or about 11/22/2018, In Hennepin County, Minnesota, Brian Semaj Moore did threaten to commit a crime of violence with the purpose of terrorizing another, and/or in reckless disregard of the risk of causing terror in another.

## STATEMENT OF PROBABLE CAUSE

AMENDED COMPLAINT: THE OFFENSE PORTION HAS BEEN AMENDED TO REMOVE COUNT 1, POSSESS AMMO/ANY FIREARM, AND TO RENUMBER THE ORIGINAL COUNT 2, TERRORISTIC THREATS-RECKLESS DISREGARD RISK, AS COUNT 1. THE PROBABLE CAUSE HAS BEEN AMENDED TO DELETE A PARAGRAPH CONCERNING FACTS PERTAINING TO THE ORIGINAL COUNT 1, AS DEFENDANT IS NOT PROHIBITED FROM POSSESSION OF FIREARMS/AMMO.

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On or about November 22, 2018, officers of the Richfield Police Department responded to a call regarding a road rage incident occurring in Richfield, Hennepin County, Minnesota. Officers met with a known adult female, hereinafter Victim who stated that she was driving on Highway 77 when another vehicle pulled up and that front passenger, later identified as BRIAN SEMAJ MOORE, Defendant herein, showed a handgun in the window. This action frightened Victim. She was able to give a vehicle description to the officer.

Officers traced the registration to the suspect vehicle and went to the residence which belonged to Defendant. Officers spoke to Defendant and his wife who admitted being involved in a road rage incident.

Officers found a .38 round of ammunition in Defendant's vehicle.

Officers obtained a search warrant and searched Defendant's residence and located ammunition along with a Intra tec 9 mm Luger semi auto handgun, a Ruger .357 revolver and a .22 caliber pistol.

[DELETED PARAGRAPH]

Defendant is currently in custody.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | Jeffrey Cook<br>POLICE OFFICER<br>350 S 5th St<br>Minneapolis, MN 55415 | Electronically Signed:<br>04/05/2019 10:22 AM<br>Hennepin County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Kevin Bieging<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>04/05/2019 10:05 AM |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☒ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear on ________ ___, _____ **at** _____ **AM/PM** before the above-named court at 300 S Sixth Street, Minneapolis, MN 55487 to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☐ ***Execute Nationwide*** ☐ ***Execute in Border States***

## ☐ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $100,000.00
Conditions of Release:

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: April 5, 2019.

| | | |
|---|---|---|
| **Judicial Officer** | Laurie Miller<br>District Court Judge | Electronically Signed: 04/05/2019 10:31 AM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

**State of Minnesota**

Plaintiff

vs.

**Brian Semaj Moore**

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Summons upon the Defendant herein named.*

Signature of Authorized Service Agent:

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | Brian Semaj Moore |
| **DOB:** | 05/19/1978 |
| **Address:** | 7408 BLOOMINGTON AVE<br>RICHFIELD, MN 55423 |
| **Alias Names/DOB:** | |
| **SID:** | MN18B94344 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | Black |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 743809 |
| **SILS Tracking No.** | 3068068 |
| **Case Scheduling Information:** | AMENDED COMPLAINT - Defendant is not currently in custody.<br>CHANGED TO SUMMONS.<br>Next Hearing Date:<br>05/20/2019 Jury Trial Judicial Officer Garcia, Tamara G. Hearing Time 09:00 AM |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 11/22/2018 | 609.713.1<br>Terroristic Threats-Reckless Disregard Risk | Felony | A9B23 | | MN0270000 | 18014831 |
| | Penalty | 11/22/2018 | 609.713.1<br>Terroristic Threats-Reckless Disregard Risk | Felony | A9B23 | | MN0270000 | 18014831 |

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No. 18A06880
Court File No. 27-CR-18-14339

---

**State of Minnesota,**

Plaintiff,

vs.

**RAYMOND HENRY EDWARDS DOB: 04/04/1995**

7427 WEST CIRCLE NE
FRIDLEY, MN 55432

Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Terroristic Threats-Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 06/04/2018

Control #(ICR#): 18027414

Charge Description: That on or about 6/4/2018, in Brooklyn Park, in Hennepin County, Minnesota, RAYMOND HENRY EDWARDS did threaten to commit a crime of violence with the purpose of terrorizing another, and/or in reckless disregard of the risk of causing terror in another, Victim 1.

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On June 4, 2018, Brooklyn Park Police officers responded to a report of a road rage incident involving a weapon that occurred on Highway 610 near Zane Avenue N, Brooklyn Park, Hennepin County. Dispatch provided a suspect vehicle described as a black Jeep with MN Lic 086UBD. Officers arrived in that area and located the suspect vehicle and performed a stop. The driver of the vehicle was detained and identified as RAYMOND HENRY EDWARDS, Defendant. He was the sole occupant of the suspect vehicle.

Officers spoke with J.H., Victim 1, who reported he was traveling westbound on Highway 610 when he moved into the middle left lane to take Westbound Highway 610 at the interchange with Highway 252. At the same time, Defendant also merged left behind Victim 1's vehicle. Victim 1 believed this is what caused the road rage issue because Defendant thought he cut Defendant off. As Defendant passed Victim 1 to the left, Defendant pointed a black pistol at Victim 1 and was pointing the "business end" of the gun at Victim 1. Victim 1 stated he felt his life was threatened and was afraid Defendant would use the gun.

Officers searched Defendant's vehicle and found a black XBG BB gun on the passenger rear floorboard. Also in the rear passenger area, officers located a backpack. Inside the backpack was a mason jar containing a green leafy substance that officers recognized as marijuana. The marijuana weighed 63.6 grams. Officers also located a marijuana grinder and a digital scale.

In a post-Miranda statement, Defendant admitted he got into a road rage incident when Victim 1 cut him off. He stated that they went back and forth flipping each other off. He admitted that at one point he lifted the BB gun to show the Victim 1 what he had to scare the other driver off. He admitted this was a stupid decision. He also admitted the marijuana in the vehicle was his and that he buys it to smoke for personal use and to give to people he works with.

Defendant is in custody.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | Christopher McNeill<br>Detective<br>5400 85th Ave N<br>Brooklyn Park, MN 55443<br>Badge: 153 | Electronically Signed:<br>06/06/2018 11:40 AM<br>Hennepin County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | James Hanneman<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>06/06/2018 11:36 AM |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

☐ **SUMMONS**

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear on **________ ___, _____ at _____ AM/PM** before the above-named court at 300 S Sixth Street, Minneapolis, MN 55487 to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

☐ **WARRANT**

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☐ ***Execute Nationwide*** ☐ ***Execute in Border States***

☒ **ORDER OF DETENTION**

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $30,000.00
Conditions of Release: No Contact with Victim; No Possession of Weapons

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: June 6, 2018.

| | | |
|---|---|---|
| **Judicial Officer** | Mark Kappelhoff<br>District Court Judge | Electronically Signed: 06/06/2018 11:48 AM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

**State of Minnesota**

Plaintiff

vs.

**RAYMOND HENRY EDWARDS**

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*

Signature of Authorized Service Agent:

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | RAYMOND HENRY EDWARDS |
| **DOB:** | 04/04/1995 |
| **Address:** | 7427 WEST CIRCLE NE<br>FRIDLEY, MN 55432 |
| **Alias Names/DOB:** | |
| **SID:** | MN18AE3709 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | White |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 837303 |
| **SILS Tracking No.** | 3017232 |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 6/4/2018 | 609.713.1<br>Terroristic Threats-Reckless Disregard Risk | Felony | A9B73 | | MN0270300 | 18027414 |
| | Penalty | 6/4/2018 | 609.713.1<br>Terroristic Threats-Reckless Disregard Risk | Felony | A9B73 | | MN0270300 | 18027414 |

State of Minnesota
County of Washington

District Court
10th Judicial District

Prosecutor File No. CR-2022-1369
Court File No. 82-CR-22-2959

---

**State of Minnesota,**

Plaintiff,

vs.

**ADAM JOSEPH JAAP DOB: 05/13/2004**

20258 Saint Croix Trail N
Scandia, MN 55073

Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Assault-2nd Degree-Dangerous Weapon**
Minnesota Statute: 609.222.1, with reference to: 609.222.1
Maximum Sentence: 7 years and $14,000.
Offense Level: Felony

Offense Date (on or about): 09/03/2022 to 09/03/2022

Control #(ICR#): 22041591

Charge Description: Assault another, to-wit: M.R.T., with a dangerous weapon, to wit: firearm.

**COUNT II**

**Charge: Threats of Violence - Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: Not more than 5 years and not more than $10,000.
Offense Level: Felony

Offense Date (on or about): 09/03/2022 to 09/03/2022

Control #(ICR#): 22041591

Charge Description: Threaten, directly or indirectly, to commit any crime of violence to wit: 2nd Degree Assault, with purpose to terrorize another or to cause evacuation of a building, place of assembly, vehicle or facility of public transportation or otherwise to cause serious public inconvenience, or in a reckless disregard of the risk of causing such terror or inconvenience.

# STATEMENT OF PROBABLE CAUSE

The Complainant states that the following facts establish probable cause:

Your Complainant is a licensed peace officer in the state of Minnesota and is employed by the Washington County Sheriff's Office. Based on reports of an incident occurring on or about September 3, 2022, in West Lakeland Township, complaint offers the following to establish probable cause:

On September 3, 2022, deputies were dispatched to a gun pointing incident that occurred in the area of 30th Street and Manning Avenue North in West Lakeland Township, Washington County, state of Minnesota. M.R.T. reported they were near Oakland Junior High School on Manning Avenue when they came up behind a 2005 gray Honda Accord (MN JCV970) occupied by two males. The Honda Accord was moving slower than other vehicle in that lane of traffic so M.R.T. came up behind the vehicle fairly fast. The Honda Accord then break-checked M.R.T. and the passenger made hand gestures toward M.R.T. The driver then rolled down the window, put his left arm out the window, and was holding a matte black handgun. M.R.T. stated they were confident the object in the driver's hand was a gun and they were certain the actions were directed at them to intimidate and threaten him. M.R.T. was in fear for their safety and called 911.

While the vehicles were continuing into Stillwater, the Honda Accord took a U-turn and began following M.R.T. around the time M.R.T. was able to meet up with Stillwater police squads, the Honda Accord stopped following.

ADAM JOSEPH JAAP (DOB: 5/13/2004) later arrived to the Stillwater Police Department. JAAP admitted to being in the area at the time of the assault, being involved in a road rage type incident, and driving the suspect vehicle. JAAP stated he did not have a handgun at any time and that he was possibly holding his cellphone while making hand gestures. JAAP's vehicle was searched but no firearm was recovered. JAAP admitted to stopping at an apartment in Stillwater prior to going to the police department. It should be noted JAAP recently applied for a permit to carry.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | Sara Peulen<br>Deputy Sheriff<br>15015 62nd Street N<br>PO Box 3801<br>Stillwater, MN 55082-3801<br>Badge: 163 | Electronically Signed:<br>09/06/2022 09:36 AM<br>Washington County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Kayla Wengronowitz<br>Assistant County Attorney<br>PO Box 6<br>15015 62nd Street North<br>Stillwater, MN 55082<br>(651) 430-6115 | Electronically Signed:<br>09/06/2022 08:21 AM |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☐ ***Execute Nationwide*** ☐ ***Execute in Border States***

## ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $
Conditions of Release:

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: September 6, 2022.

**Judicial Officer** Laura A Pietan Electronically Signed: 09/06/2022 09:40 AM

Sworn testimony has been given before the Judicial Officer by the following witnesses:

| | |
|---|---|
| **COUNTY OF WASHINGTON**<br>**STATE OF MINNESOTA**<br><br>**State of Minnesota**<br>Plaintiff<br>vs.<br>**Adam Joseph Jaap**<br>Defendant | *LAW ENFORCEMENT OFFICER RETURN OF SERVICE*<br>*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*<br><br>Signature of Authorized Service Agent: |

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | Adam Joseph Jaap |
| **DOB:** | 05/13/2004 |
| **Address:** | 20258 Saint Croix Trail N<br>Scandia, MN 55073 |
| **Alias Names/DOB:** | |
| **SID:** | |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | White |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | No |
| **Driver's License #:** | W000027366300 (MN) |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 9/3/2022 | 609.222.1 Assault-2nd Degree-Dangerous Weapon | Felony | A2423 | N | MN0820000 | 22041591 |
| | Penalty | 9/3/2022 | 609.222.1 Assault-2nd Degree-Dangerous Weapon | Felony | A2423 | N | MN0820000 | 22041591 |
| 2 | Charge | 9/3/2022 | 609.713.1 Threats of Violence - Reckless Disregard Risk | Felony | A9C23 | N | MN0820000 | 22041591 |
| | Penalty | 9/3/2022 | 609.713.1 Threats of Violence - Reckless Disregard Risk | Felony | A9C23 | N | MN0820000 | 22041591 |

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No. 22A08335
Court File No. 27-CR-22-15813

---

**State of Minnesota,**

Plaintiff,

vs.

**JACOB CARRINGTON ADAMS DOB: 06/03/1994**

14745 Portland Ave
APT 211
Burnsville, MN 55306

Defendant.

**COMPLAINT**

Warrant

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Threats of Violence - Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 07/24/2022

Control #(ICR#): 22405636

Charge Description: That on or about 7/24/2022, in Hennepin County, Minnesota, JACOB CARRINGTON ADAMS did threaten to commit a crime of violence with the purpose of terrorizing another, and/or in reckless disregard of the risk of causing terror in another, S.B.

**COUNT II**

**Charge: Threats of Violence - Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 07/24/2022

Control #(ICR#): 22405636

Charge Description: That on or about 7/24/2022, in Hennepin County, Minnesota, JACOB CARRINGTON ADAMS did threaten to commit a crime of violence with the purpose of terrorizing another, and/or in reckless disregard of the risk of causing terror in another, A.B.

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On July 24, 2022, dispatch received a call related to a road rage incident on 35W near 82nd street in which it was reported a white male driving a black Volkswagen with MN Plate NSTYVW, pointed a firearm at the reporting parties and then sped off.

Troopers contacted the registered owner of the vehicle, JACOB CARRINGTON ADAMS (DOB: 06/03/1994), at his residence. Defendant acknowledged being the driver involved in this incident with the reporting parties but denied ever pointing a firearm at the reporting parties and claimed he did flip them off with his middle finger before speeding off. Troopers asked if Defendant had any firearms with him at the time of this incident and Defendant showed troopers a black pistol with a silver barrel, a black 9mm Dan Wesson TCP handgun that he had in a backpack.

Troopers followed up with the reporting parties, S.B. and A.B. who both relayed A.B. was driving southbound on 35 W (S.B. was front passenger) when they had an encounter with a black Volkswagen in which the vehicle was positioned in the lane to the left of their vehicle. The vehicle's passenger window rolled down and the vehicle swerved closer to their vehicle when they observed a white male with brown hair in a ponytail with glasses pointing a black pistol with a silver barrel at them. The parties indicated the gun was pointed at them for approximately 5 seconds when the driver, A.B., applied his brakes to try to have the Volkswagen pass them. The Volkswagen then sped off, and the parties noticed it at a traffic light on an exit and wrote down the license plate and reported the incident to dispatch.

Given the severity of the conduct and the need to seek conditions to ensure public safety, the State is seeking that the complaint issue with a warrant.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | Eric Zastrow<br>State Trooper<br>3489 Hadley Ave N<br>Oakdale, MN 55128<br>Badge: 85 | Electronically Signed:<br>08/11/2022 11:59 AM<br>Washington County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Thomas Pedersen<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>08/11/2022 11:43 AM |

THE GREAT SEAL OF THE STATE OF MINNESOTA 1858

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☒ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☒ ***Execute Nationwide*** ☐ ***Execute in Border States***

## ☐ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $30,000.00
Conditions of Release: No Contact with Victim; No Possession of Weapons; Make All Appearances; Remain Law Abiding

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: August 11, 2022.

| **Judicial Officer** | Rachel Hughey<br>Judge | Electronically Signed: 08/11/2022 12:03 PM |
|---|---|---|

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

| | |
|---|---|
| **COUNTY OF HENNEPIN**<br>**STATE OF MINNESOTA**<br><br>**State of Minnesota**<br>Plaintiff<br>vs.<br>**JACOB CARRINGTON ADAMS**<br>Defendant | *LAW ENFORCEMENT OFFICER RETURN OF SERVICE*<br>*I hereby Certify and Return that I have served a copy of this Warrant upon the Defendant herein named.*<br>Signature of Authorized Service Agent: |

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | JACOB CARRINGTON ADAMS |
| **DOB:** | 06/03/1994 |
| **Address:** | 14745 Portland Ave<br>APT 211<br>Burnsville, MN 55306 |
| **Alias Names/DOB:** | Jacob Francis Carring Adams DOB: 6/3/1994 |
| **SID:** | |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | No |
| **Driver's License #:** | |
| **SILS Person ID #:** | 834610 |
| **SILS Tracking No.** | 3289312 |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 7/24/2022 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9B00 | | MNMHP0100 | 22405636 |
| | Penalty | 7/24/2022 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9B00 | | MNMHP0100 | 22405636 |
| 2 | Charge | 7/24/2022 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9B00 | | MNMHP0100 | 22405636 |
| | Penalty | 7/24/2022 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9B00 | | MNMHP0100 | 22405636 |

| State of Minnesota<br>County of Hennepin | District Court<br>4th Judicial District |
|---|---|

Prosecutor File No. 22A02063
Court File No. 27-CR-22-3627

**State of Minnesota,**

Plaintiff,

vs.

**JONATHAN WILLIAM BUERGEL DOB: 03/24/1991**

8655 BRYANT AVENUE SOUTH
BLOOMINGTON, MN 55420

Defendant.

**COMPLAINT**

Order of Detention

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Threats of Violence - Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 02/24/2022

Control #(ICR#): 22502618

Charge Description: That on or about 2/24/2022, in Hennepin County, Minnesota, JONATHAN WILLIAM BUERGEL did threaten to commit a crime of violence with the purpose of terrorizing another, and/or in reckless disregard of the risk of causing terror in another.

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On February 24, 2022, at approximately 7:50 a.m., the Minnesota State Trooper was dispatched to a road rage/gun pointing incident on Westbound I-494 near Bush Lake Road in the County of Hennepin, State of Minnesota. The trooper spoke with the caller (victim herein) who indicated that he was driving in the left lane when he came up behind a Nissan pickup truck. When he attempted to pass the truck, the driver of the truck accelerated and would not let victim pass. The pickup continued to drive erratically by changing lanes and blocking the victim from passing. Victim was finally able to get around the pickup when the driver and sole occupant took out a handgun and pointed it at victim and his passenger. The suspect vehicle then exited onto Westbound 212. Victim was able to capture the suspect vehicle's license plate.

Troopers ran the plate and learned that the suspect vehicle was registered to JONATHAN WILLIAM BUERGEL (DOB: 3/24/1991), defendant herein. Through social media, troopers learned defendant's place of employment, a medical device company in Eden Prairie, located near highway 212. Troopers arrived at defendant's place of employment and located him inside. Defendant admitted to displaying the firearm during the incident because he wanted the other driver to know, "that he would not be a victim." Defendant was placed under arrest and was found to be wearing a holster. Defendant's vehicle was searched. Inside troopers located a gun safe containing a loaded pistol. The vehicle also had a holster bolted to the center console.

Defendant is currently in custody.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | P. Jergenson<br>Sergeant<br>2005 N Lilac Drive<br>Golden Valley, MN 55422<br>Badge: 211 | Electronically Signed:<br>02/25/2022 11:37 AM<br>Hennepin County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Jacob Carl Fischmann<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>02/25/2022 11:28 AM |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☐ ***Execute Nationwide*** ☐ ***Execute in Border States***

## ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $30,000.00
Conditions of Release:

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: February 25, 2022.

| | | |
|---|---|---|
| **Judicial Officer** | Gina Brandt<br>District Court Judge | Electronically Signed: 02/25/2022 11:45 AM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

**State of Minnesota**

Plaintiff

vs.

**JONATHAN WILLIAM BUERGEL**

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*

*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*

Signature of Authorized Service Agent:

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | JONATHAN WILLIAM BUERGEL |
| **DOB:** | 03/24/1991 |
| **Address:** | 8655 BRYANT AVENUE SOUTH<br>BLOOMINGTON, MN 55420 |
| **Alias Names/DOB:** | |
| **SID:** | MN22DC7619 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | White |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 902371 |
| **SILS Tracking No.** | 3265810 |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 2/24/2022 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9513 | | MNMHP0400 | 22502618 |
| | Penalty | 2/24/2022 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9513 | | MNMHP0400 | 22502618 |

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No. 25A12346
Court File No. 27-CR-25-28485

---

**State of Minnesota,**

Plaintiff,

vs.

**JODIE ANTHONY WELLNER DOB: 08/31/1973**

3850 Colfax Ave N
Minneapolis, MN 55412

Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Threats of Violence - Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 11/07/2025

Control #(ICR#): 25323540

Charge Description: That on or about 11/7/2025, in Minneapolis in Hennepin County, Minnesota, JODIE ANTHONY WELLNER did threaten to commit a crime of violence with the purpose of (terrorizing another, and/or in reckless disregard of the risk of causing terror in another, Victim 1

**COUNT II**

**Charge: Threats of Violence - Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 11/07/2025

Control #(ICR#): 25323540

Charge Description: That on or about 11/7/2025, in Minneapolis in Hennepin County, Minnesota, JODIE ANTHONY WELLNER did threaten to commit a crime of violence with the purpose of (terrorizing another, and/or in reckless disregard of the risk of causing terror in another, Victim 2.

**COUNT III**

**Charge: Harassment; Restraining Order - Violate and knows of temporary or restraining order**
Minnesota Statute: 609.748.6(b), with reference to: 609.748.6(b)

Maximum Sentence: 90 DAYS AND/OR $1,000
Offense Level: Misdemeanor

Offense Date (on or about): 11/07/2025

Control #(ICR#): 25323540

Charge Description: That on or about 11/7/2025, in Minneapolis in Hennepin County, Minnesota, JODIE ANTHONY WELLNER violated a restraining order or a temporary restraining order issued pursuant to Minn. Stat. 609.748, and JODIE ANTHONY WELLNER knew of the order.

# STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On 11/7/2025 at 5 p.m., officers responded to the 3800 Block of Colfax Ave N in Minneapolis, Hennepin County, Minnesota on a call of an individual with a firearm.
Officers spoke to V1 who stated that her husband's stepdad, Jodie Anthony Wellner, DOB 8/31/1973, Defendant herein, had been yelling and chasing her. She stated that she left the address on Colfax Ave N after the Defendant had chased her car with a shovel. The Defendant then followed her vehicle in his own vehicle eventually pulling alongside her and pulling out a firearm stating, "I should shoot you. I'm going to shoot you."

Officers then spoke to V2 who stated that the Defendant then crossed the street and made threats to her stating that he should, "Take care of her." V2 stated that she had previously sought an HRO protecting her from the Defendant. The Defendant was served with an HRO in 27-HA-CV-24-606 on 9/21/2024, the order expires on September 18 2026.

The Defendant was arrested and is in custody on this charge.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

**Complainant**

Todd Sauvageau
Sergeant
350 S 5th St
Minneapolis, MN 55415-1389
Badge: 06309

Electronically Signed:
11/10/2025 11:37 AM
Hennepin County, Minnesota

Being authorized to prosecute the offenses charged, I approve this complaint.

**Prosecuting Attorney**

Joshua Luger
300 S 6th St
Minneapolis, MN 55487
(612) 348-5550

Electronically Signed:
11/10/2025 11:35 AM

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☐ ***Execute Nationwide*** ☐ ***Execute in Border States***

## ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $20,000.00
Conditions of Release: No Contact with Victim; No Driving without a License; No use of drugs/alcohol; No Possession of Weapons; Make All Appearances; Remain Law Abiding

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: November 10, 2025.

| | | |
|---|---|---|
| **Judicial Officer** | Laurie Miller<br>District Court Judge | Electronically Signed: 11/10/2025 11:39 AM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

| | |
|---|---|
| **COUNTY OF HENNEPIN**<br>**STATE OF MINNESOTA**<br><br>**State of Minnesota**<br>Plaintiff<br>vs.<br>**JODIE ANTHONY WELLNER**<br>Defendant | *LAW ENFORCEMENT OFFICER RETURN OF SERVICE*<br>*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*<br>Signature of Authorized Service Agent: |

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | JODIE ANTHONY WELLNER |
| **DOB:** | 08/31/1973 |
| **Address:** | 3850 Colfax Ave N<br>Minneapolis, MN 55412 |
| **Alias Names/DOB:** | Jodie Anthony Wellner DOB: 8/31/1973<br>Jodie Anthony Wellner DOB: 8/31/1931 |
| **SID:** | MN92002875 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | Black |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 212835 |
| **SILS Tracking No.** | 3492258 |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 11/7/2025 | 609.713.1 Threats of Violence - Reckless Disregard Risk | Felony | A9521 | | MN0271100 | 25323540 |
| | Penalty | 11/7/2025 | 609.713.1 Threats of Violence - Reckless Disregard Risk | Felony | A9521 | | MN0271100 | 25323540 |
| 2 | Charge | 11/7/2025 | 609.713.1 Threats of Violence - Reckless Disregard Risk | Felony | A9521 | | MN0271100 | 25323540 |
| | Penalty | 11/7/2025 | 609.713.1 Threats of Violence - Reckless Disregard Risk | Felony | A9521 | | MN0271100 | 25323540 |
| 3 | Charge | 11/7/2025 | 609.748.6(b) Harassment; Restraining Order - Violate and knows of temporary or restraining order | Misdemeanor | N3380 | | MN0271100 | 25323540 |
| | Penalty | 11/7/2025 | 609.748.6(b) Harassment; Restraining Order - Violate and knows of temporary or restraining order | Misdemeanor | N3380 | | MN0271100 | 25323540 |

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No. 25A08252
Court File No. 27-CR-25-19306

---

**State of Minnesota,**

Plaintiff,

vs.

**MICHAEL ALEXANDER CERNEY DOB: 11/10/1994**

6350 OTTER LAKE RD
LINO LAKES, MN 55110

Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Threats of Violence - Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 07/29/2025

Control #(ICR#): 25509412

Charge Description: That on or about 7/29/2025, in Minneapolis, Hennepin County, Minnesota, MICHAEL ALEXANDER CERNEY did threaten to commit a crime of violence with the purpose of terrorizing another, and/or in reckless disregard of the risk of causing terror in another, specifically Victim.

# STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On July 29, 2025, a Trooper with the Minnesota State Patrol responded to a reported road rage incident near Interstate 94 and Lyndale Avenue in Minneapolis, Hennepin County, Minnesota.

Upon arrival, the Trooper met with the 911 caller, A.H. (herein Victim). Victim stated that he was driving in the left turn lane and merged back into the middle lane. The driver of a Chevrolet Avalanche was behind Victim and appeared to become upset with Victim. The driver of the other vehicle aggressively drove alongside the Victim in such a way that it appeared that the driver was trying to run the Victim off the road. Victim was forced far enough off the main roadway that he struck the curb with his vehicle. Victim said that he was traveling southbound on the ramp to I-94 heading west and I-394 during this time. As Victim continued driving, the suspect drove alongside Victim. Victim then saw the driver yelled out the window "You want a problem? I'll give you a problem!" The man then pulled out what Victim described as a 9mm compact pistol, cocked the firearm, and then pointed it at Victim through the car window. Victim said that in that moment he was afraid for his life. Victim then took the exit at Lyndale Avenue in order to separate and get away from the driver of the other vehicle. Victim pulled over on Lyndale and called 911.

Victim was able to provide the license plate of the other vehicle to the Trooper. The Trooper than ran the license plate and found the vehicle was registered to MICHAEL ALEXANDER CERNEY; DOB: 11/10/1994 (herein Defendant). The Trooper responded to the address that was associated with the vehicle registration. He was able to speak with the Defendant on the front porch of the Defendant's home. Defendant confirmed that he had been in a road rage incident near I-94 and Lyndale Avenue earlier that same day. The Defendant stated that during this road rage incident, he pulled out his gun and presented it to the other driver.

The Defendant retrieved the firearm for the Trooper, who took the gun as evidence. The gun matched the description provided by Victim. The Defendant was placed under arrest.

Defendant is currently in custody.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | Daniel Ryan<br>State Trooper<br>2005 N Lilac Drive<br>Golden Valley, MN 55422<br>Badge: 198 | Electronically Signed:<br>07/30/2025 03:14 PM<br>Hennepin County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Joseph R. Paquette<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>07/30/2025 03:01 PM |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☐ ***Execute Nationwide*** ☐ ***Execute in Border States***

## ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $30,000.00
Conditions of Release: No Contact with Victim; No Possession of Weapons; Make All Appearances; Remain Law Abiding

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: July 30, 2025.

| | | |
|---|---|---|
| **Judicial Officer** | Christian M Sande<br>District Court Judge | Electronically Signed: 07/30/2025 03:18 PM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

**State of Minnesota**

Plaintiff

vs.

**MICHAEL ALEXANDER CERNEY**

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*

Signature of Authorized Service Agent:

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | MICHAEL ALEXANDER CERNEY |
| **DOB:** | 11/10/1994 |
| **Address:** | 6350 OTTER LAKE RD<br>LINO LAKES, MN 55110 |
| **Alias Names/DOB:** | |
| **SID:** | MN13G81086 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | White |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 959401 |
| **SILS Tracking No.** | 3473617 |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 7/29/2025 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9C23 | | MNMHP0400 | 25509412 |
| | Penalty | 7/29/2025 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9C23 | | MNMHP0400 | 25509412 |

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No. 26A04259
Court File No. 27-CR-26-10131

---

**State of Minnesota,**

Plaintiff,

vs.

**DONOVAN POWELL DOB: 04/25/1988**

3343 Aldrich Ave N
Minneapolis, MN 55412

Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Threats of Violence - Reckless Disregard Risk**
Minnesota Statute: 609.713.1, with reference to: 609.713.1
Maximum Sentence: 5 YEARS AND/OR $10,000
Offense Level: Felony

Offense Date (on or about): 04/20/2026

Control #(ICR#): 26002020

Charge Description: That on or about 4/20/2026, in Crystal, Hennepin County, Minnesota, DONOVAN POWELL did threaten to commit a crime of violence with the purpose of terrorizing another, and/or in reckless disregard of the risk of causing terror in another, Victim.

# STATEMENT OF PROBABLE CAUSE

Complainant, a licensed peace officer with the Crystal Police Department, has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On April 20, 2026, Crystal Police Officers were dispatched to the area of 57th Ave N and Northway Drive, which is located in Hennepin County, Minnesota, on a road rage incident. Officers conducted a traffic stop at that location of a vehicle being driven by DONOVAN POWELL, the defendant herein.

As officers were dealing with the traffic stop, another officer spoke to the reporting party, Victim herein. Victim reported that he and the defendant engaged in aggressive driving conduct with Victim blocking the defendant as the defendant tried to pass. Victim reported that he came to a stop at a red light at Regent Ave N and that the defendant's vehicle pulled parallel to him.

Victim reported that he looked over and the defendant was pointing a handgun at him, with the barrel pointed out the driver's side window towards Victim. Victim described the gun as a black handgun and stated that he was absolutely sure it was a pistol being pointed at him.

Officers conducted a search of the defendant's vehicle and located a black handgun in the center console.

The defendant is currently in custody.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | Tim Tourville<br>Patrol<br>4141 Douglas Drive N<br>Crystal, MN 55422<br>Badge: 327 | Electronically Signed:<br>04/21/2026 12:34 PM<br>Hennepin County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Dan Allard<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>04/21/2026 11:08 AM |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☐ ***Execute Nationwide*** ☐ ***Execute in Border States***

## ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $30,000.00
Conditions of Release: No Contact with Victim; No Possession of Weapons

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: April 21, 2026.

**Judicial Officer** Marta M. Chou
District Court Judge
Electronically Signed: 04/21/2026 01:40 PM

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

**State of Minnesota**

Plaintiff

vs.

**DONOVAN POWELL**

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*

*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*

Signature of Authorized Service Agent:

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | DONOVAN POWELL |
| **DOB:** | 04/25/1988 |
| **Address:** | 3343 Aldrich Ave N<br>Minneapolis, MN 55412 |
| **Alias Names/DOB:** | |
| **SID:** | MN07108459 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | Black |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 613826 |
| **SILS Tracking No.** | 3521255 |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 4/20/2026 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9513 | | MN0270400 | 26002020 |
| | Penalty | 4/20/2026 | 609.713.1<br>Threats of Violence - Reckless Disregard Risk | Felony | A9513 | | MN0270400 | 26002020 |

10-CR-26-921
Filed in District Court
State of Minnesota
9/18/2026

State of Minnesota
County of Carver

District Court
1st Judicial District

Prosecutor File No. 0100110894
Court File No. 10-CR-26-921

---

**State of Minnesota,**

Plaintiff,

vs.

**CRAIG ALLEN SWANSON DOB: 03/25/1985**

7712 Arboretum Village Cir
Chanhassen, MN 55317

Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

**COUNT I**

**Charge: Assault-2nd Degree-Dangerous Weapon**
Minnesota Statute: 609.222.1, with reference to: 609.11.5
Maximum Sentence: Mandatory Minimum 36 months
Offense Level: Felony

Offense Date (on or about): 09/17/2026

Control #(ICR#): 26030708

Charge Description: On or about September 17, 2026, in the County of Carver, State of Minnesota, defendant assaulted another with a dangerous weapon, to-wit: Firearm involving Victim 1.

**COUNT II**

**Charge: Assault-2nd Degree-Dangerous Weapon**
Minnesota Statute: 609.222.1, with reference to: 609.11.5
Maximum Sentence: Mandatory Minimum of 36 months
Offense Level: Felony

Offense Date (on or about): 09/17/2026

Control #(ICR#): 26030708

Charge Description: On or about September 17, 2026, in the County of Carver, State of Minnesota, Craig Allen Swanson assaulted another with a dangerous weapon, to-wit: Firearm involving Victim 2.

**COUNT III**

**Charge: Assault-2nd Degree-Dangerous Weapon**
Minnesota Statute: 609.222.1, with reference to: 609.11.5
Maximum Sentence: Mandatory Minimum of 36 months
Offense Level: Felony

Offense Date (on or about): 09/17/2026

Control #(ICR#): 26030708

Charge Description: On or about September 17, 2026, in the County of Carver, State of Minnesota, Craig Allen Swanson assaulted another with a dangerous weapon, to-wit: Firearm involving Vicitm 3.

# STATEMENT OF PROBABLE CAUSE

The Complainant states that the following facts establish probable cause:

On September 17, 2026, deputies of the Carver County Sheriff's Office responded to a report of weapons assault that had occurred at or near the intersection of Lyman Blvd and Audubon Rd, Chanhassen, Carver County.

Law enforcement spoke with an adult male reporting party (fully identified in law enforcement reports and hereinafter, "Victim 1"). Victim 1 explained that he was driving a vehicle and a red F150 pickup truck with specific MN registration was tailgating him and flipping him off sometimes with both hands while driving on Audobon Rd. Victim 1 explained that he had two juveniles in the vehicle at the time and when he went to make a left turn on Lyman Blvd., this other driver pulled up and brandished a gun in his left hand and pointed it at the ceiling of the pickup. Victim 1 did not see the man point the gun. Victim 1 was thinking they he and the passenger juveniles could die if he shot us and was scared for his safety. Victim 1 called 911 in response.

Law enforcement spoke with the juveniles present in the vehicle (fully identified in law enforcement reports and hereinafter, "Victim 2" and "Victim 3"). One of the victims observed this man point a gun at them and both Victim 2 and Victim 3 stated that "he has a gun" when they first saw it. They both were scared for their safety.

Law enforcement learned that the registered owner of the specifically described vehicle was and adult male named Craig Allen Swanson (DOB 03/25/1985), Defendant herein. Defendant matches the description of the man that brandished and pointed the firearm at the victims. Defendant was placed under arrested and while law enforcement was conducting their investigation Defendant called one of the deputies over to the squad vehicle and stated, "I feel like shit...I did have a firearm on me today, I did not wave it at them, I promise that" and that "its in the cooler".

A search warrant was subsequently obtained and law enforcement found in the center console of the vehicle was four (4) 9mm Glock magazines loaded with 17 rounds each; three (3) .380 caliber Glock magazines loaded with six rounds each; and two Bianchi speed strip magazines loaded with six rounds each. In the lunch pail placed in the garage, law enforcement located a Taurus Armas .380 caliber loaded with six rounds of .380 caliber ammunition.

PLEASE TAKE NOTICE: Pursuant to Minn. Stat. 609.49., intentional failure to appear for duly scheduled court appearances may result in additional criminal charges, and in addition to any arrest warrant that may otherwise be issued by the Court.

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| | | |
|---|---|---|
| **Complainant** | Dave Murphy<br>Deputy Sheriff<br>606 E 4th Street<br>Chaska, MN 55318<br>Badge: 888 | Electronically Signed:<br>09/18/2026 10:27 AM<br>Carver County, Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| | | |
|---|---|---|
| **Prosecuting Attorney** | Jeffrey Albright<br>604 E 4th Street<br>Chaska, MN 55318-2102<br>(952) 361-1400 | Electronically Signed:<br>09/18/2026 10:22 AM |

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ ***Execute in MN Only*** ☐ ***Execute Nationwide*** ☐ ***Execute in Border States***

## ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $
Conditions of Release:

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: September 18, 2026.

**Judicial Officer** Eric Braaten Electronically Signed: 09/18/2026 10:39 AM

Sworn testimony has been given before the Judicial Officer by the following witnesses:

| | |
|---|---|
| **COUNTY OF CARVER**<br>**STATE OF MINNESOTA**<br><br>**State of Minnesota**<br>Plaintiff<br>vs.<br>**Craig Allen Swanson**<br>Defendant | *LAW ENFORCEMENT OFFICER RETURN OF SERVICE*<br>*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*<br>Signature of Authorized Service Agent: |

Filed in District Court
State of Minnesota
9/18/2026

# DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | Craig Allen Swanson |
| **DOB:** | 03/25/1985 |
| **Address:** | 7712 Arboretum Village Cir<br>Chanhassen, MN 55317 |
| **Alias Names/DOB:** | |
| **SID:** | MN05087289 |
| **Height:** | |
| **Weight:** | 0lbs. |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | White |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | F186037962515 (MN) |
| **Alcohol Concentration:** | |

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 9/17/2026 | 609.222.1 Assault-2nd Degree-Dangerous Weapon | Felony | A2300 | B | MN0100000 | 26030708 |
| | Penalty | 9/17/2026 | 609.11.5 Minimum Sentences of Imprisonment-Firearm | Felony | A2300 | B | MN0100000 | 26030708 |
| 2 | Charge | 9/17/2026 | 609.222.1 Assault-2nd Degree-Dangerous Weapon | Felony | A2300 | B | MN0100000 | 26030708 |
| | Penalty | 9/17/2026 | 609.11.5 Minimum Sentences of Imprisonment-Firearm | Felony | A2300 | B | MN0100000 | 26030708 |
| 3 | Charge | 9/17/2026 | 609.222.1 Assault-2nd Degree-Dangerous Weapon | Felony | A2300 | B | MN0100000 | 26030708 |
| | Penalty | 9/17/2026 | 609.11.5 Minimum Sentences of Imprisonment-Firearm | Felony | A2300 | B | MN0100000 | 26030708 |